IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER, individually and on behalf of those similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>TRAVIS KALANICK,<br><br>      Defendant. | Case No. 1:15-cv-9796 (JSR)<br><br>**NOTICE OF MOTION** |

  Pursuant to the Court's April 11, 2016 telephonic order in the above-referenced action, and upon the accompanying Memorandum of Law, Defendant Travis Kalanick moves this Court, before the Honorable Jed S. Rakoff, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for partial reconsideration of its March 31, 2016 Opinion and Order denying his Motion to Dismiss the First Amended Complaint in this action pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: April 14, 2016

                        Respectfully submitted,

                        /s/ Karen L. Dunn
                        Karen L. Dunn
                        William A. Isaacson
                        Ryan Y. Park
                        5301 Wisconsin Ave, NW
                        Washington, DC 20015
                        Tel:  (202) 237-2727
                        Fax:  (202) 237-6131
                        kdunn@bsfllp.com
                        wisaacson@bsfllp.com
                        rpark@bsfllp.com

                        Alanna C. Rutherford
                        Peter M. Skinner

575 Lexington Ave, 7th Floor
New York, NY 10022
Tel:  (212) 446-2300
Fax:  (212) 446-2350
arutherford@bsfllp.com
pskinner@bsfllp.com

*Counsel for Defendant Travis Kalanick*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2016, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned matter.

                                                                     */s/ Ryan Y. Park*
                                                                      Ryan Y. Park