## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER, individually and on behalf of those similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>TRAVIS KALANICK,<br><br>     Defendant. | Case No. 1:15-cv-9796 (JSR)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, pursuant to the Court's order in open court on May 20, 2016, upon the accompanying Memorandum of Law and Declaration of Alanna C. Rutherford, Defendant Travis Kalanick will move this Court, before the Honorable Jed S. Rakoff, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an order joining Uber Technologies, Inc. as a defendant in this action pursuant to Federal Rule of Civil Procedure 19(a) or, alternatively, Federal Rule of Civil Procedure 20(a), with response papers to be filed by June 3, 2016.

Dated: May 20, 2016

                   Respectfully submitted,

                   /s/ Karen L. Dunn
                   Karen L. Dunn

William A. Isaacson
Ryan Y. Park
BOIES, SCHILLER & FLEXNER LLP
Tel:  (202) 237-2727
Fax:  (202) 237-6131
5301 Wisconsin Ave, NW
Washington, DC 20015
kdunn@bsfllp.com
wisaacson@bsfllp.com
rpark@bsfllp.com

Peter M. Skinner
Alanna C. Rutherford
Joanna C. Wright
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave, 7th Floor
New York, NY 10022
Tel:  (212) 446-2300
Fax:  (212) 446-2350
pskinner@bsfllp.com
arutherford@bsfllp.com
jwright@bsfllp.com

*Counsel for Defendant Travis Kalanick*