UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER, individually and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TRAVIS KALANICK,<br><br>    Defendant. | Civil Action No. 15 Civ. 09796 (JSR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Reed M. Brodsky respectfully enters his appearance as counsel for Uber Technologies, Inc., and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Uber Technologies, Inc.  The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
   May 23, 2016

                GIBSON, DUNN & CRUTCHER LLP

                By: *s/ Reed M. Brodsky*
                   Reed M. Brodsky

                200 Park Avenue
                New York, New York 10166
                Telephone:  (212) 351-4000
                Facsimile:   (212) 351-4035
                E-mail:  rbrodsky@gibsondunn.com

                *Counsel for Uber Technologies, Inc.*