IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER, *individually and on behalf of those similarly situated,*<br><br>                                    Plaintiffs,<br><br>                    v.<br><br>TRAVIS KALNICK,<br><br>                                    Defendant. | Case No.: 1:15-cv-09796 (JSR) |

## NOTICE OF APPEARANCE OF MATTEW L CANTOR

PLEASE TAKE NOTICE that Matthew L. Cantor of Constantine Cannon LLP shall appear as counsel of record for plaintiff Spencer Meyer and those similarly situated, and hereby requests service of all documents in this matter.

Dated: New York, New York
       May 26, 2016

                                    Respectfully submitted,

                                    CONSTANTINE CANNON LLP

                                    By:   /s/ Matthew L. Cantor
                                          Matthew L. Cantor
                                          Constantine Cannon LLP
                                          335 Madison Avenue, 9th Fl.
                                          New York, NY 10017
                                          Telephone: (212) 350-2700
                                          Facsimile:  (212) 350-2701
                                          mcantor@constantinecannon.com

1

350494.1