## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER, *individually and on behalf of those similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> TRAVIS KALNICK, <br><br> Defendant. | Case No.: 1:15-cv-09796 (JSR) |

### NOTICE OF APPEARANCE OF DAVID A. SCUPP

PLEASE TAKE NOTICE that David A. Scupp of Constantine Cannon LLP shall appear as counsel of record for plaintiff Spencer Meyer and those similarly situated, and hereby requests service of all documents in this matter.

Dated: New York, New York
       May 26, 2016

Respectfully submitted,

CONSTANTINE CANNON LLP

By:   /s/ David A. Scupp
      David A. Scupp
      Constantine Cannon LLP
      335 Madison Avenue, 9th Fl.
      New York, NY 10017
      Telephone: (212) 350-2700
      Facsimile:  (212) 350-2701
      dscupp@constantinecannon.com

350502.1