UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SPENCER MEYER, individually and on
behalf of those similarly situated,

               Plaintiff,

v.

TRAVIS KALANICK,

               Defendant.

-----------------------------------------------------------x

Civil Action No. 15 Civ. 09796 (JSR)

**[PROPOSED] ORDER
GRANTING MOTION FOR
ADMISSION PRO HAC VICE**

The motion of Daniel G. Swanson, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

> Daniel G. Swanson (dswanson@gibsondunn.com)
> GIBSON, DUNN & CRUTCHER LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Telephone: 213.229.7000
> Facsimile: 213.229.7520

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Uber Technologies, Inc. in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 27, 2016
       New York, New York

                                                       _____
                                                       THE HONORABLE JED S. RAKOFF
                                                       UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SPENCER MEYER, individually and on
behalf of those similarly situated,

          Plaintiff,

v.

TRAVIS KALANICK,

          Defendant.

------------------------------------------------------------x

Civil Action No. 15 Civ. 09796 (JSR)

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, Daniel G. Swanson of the law firm of Gibson, Dunn & Crutcher LLP hereby moves this Court for an Order for admission to practice *pro hac vice* in this Court to appear as counsel for Uber Technologies, Inc. in the above-captioned action.

Mr. Swanson is a member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against him in any state or federal court. Attached hereto as **Exhibit A** is an original copy of the certificate of good standing for Mr. Swanson from the bar of the State of California. A proposed Order is also attached hereto.

Dated: May 23, 2016          GIBSON, DUNN & CRUTCHER LLP

                                              By:   *s/ Daniel G. Swanson*
                                                       Daniel G. Swanson

                                                       333 South Grand Avenue
                                                       Los Angeles, CA 90071-3197
                                                       Telephone: 213.229.7000
                                                       Facsimile: 213.229.7520
                                                       dswanson@gibsondunn.com

                                                       *Attorney for Uber Technologies, Inc.*

# Exhibit A



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *DANIEL G. SWANSON*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that DANIEL G. SWANSON, #116556, was on the 27th day of December, 1984, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 19th day of May, 2016.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
J. Nakamura, Deputy Clerk