# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

May 20, 2016

**Via Electronic Mail**

The Honorable Jed. S. Rakoff
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



Re:   *Meyer v. Kalanick*, No. 15-CV-09796 (JSR)

Judge Rakoff:

Per the Court's request, below please find the names of the people at Uber Technologies, Inc. who initiated an investigation concerning the plaintiff in this case at the request of Salle Yoo, Esq., General Counsel of Uber Technologies, Inc.:

   Joe Sullivan, Esq., Chief Security Officer
   Craig Clark, Esq., Legal Director, Security and Enforcement

Mr. Clark retained Ergo. The person at Ergo who conducted the entirety of the investigation was Miguel Santos-Neves.

Sincerely,

*Alanna Rutherford*
Alanna C. Rutherford

Cc:   Counsel of Record