IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER, <br><br> Plaintiffs, <br><br> v. <br><br> TRAVIS KALANICK, <br><br> Defendant. | Case No. 1:15-cv-9796 (JSR) <br><br> **NOTICE OF MOTION** |

Pursuant to the Court's telephonic order on June 7, 2016, and upon the accompanying Memorandum of Law, Defendant Travis Kalanick moves this Court, before the Honorable Jed S. Rakoff, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, to compel arbitration under the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, with answering papers to be served and filed by June 22, 2016, reply papers to be served and filed by June 29, 2016, and oral argument to be held on July 7, 2016 at 4:00 p.m.

Dated:  June 7, 2016

                                                                     Respectfully submitted,

                                                                     /s/ Karen L. Dunn
                                                                     Karen L. Dunn

William A. Isaacson
Ryan Y. Park
BOIES, SCHILLER & FLEXNER LLP
Tel:  (202) 237-2727
Fax:  (202) 237-6131
5301 Wisconsin Ave, NW
Washington, DC 20015
kdunn@bsfllp.com
wisaacson@bsfllp.com
rpark@bsfllp.com

Peter M. Skinner
Alanna C. Rutherford
Joanna C. Wright
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave, 7th Floor
New York, NY 10022
Tel:  (212) 446-2300
Fax:  (212) 446-2350
pskinner@bsfllp.com
arutherford@bsfllp.com
jwright@bsfllp.com

*Counsel for Defendant Travis Kalanick*