```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SPENCER MEYER, individually and on    :
behalf of those similarly situated,   :
                                      :        15 Civ. 9796
     Plaintiff,                       :
                                      :           ORDER
     -v-                              :
                                      :
TRAVIS KALANICK and                   :
UBER TECHNOLOGIES, INC.,              :
                                      :
     Defendants.                      :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

This Order concerns an ongoing inquiry into allegations that defendant Uber Technologies, Inc. ("Uber") hired third party Global Precision Research, LLC d/b/a Ergo ("Ergo") to investigate plaintiff and/or plaintiff's counsel, that the Ergo investigator made material misrepresentations in the course of conducting this research, and that counsel for defendant Kalanick made misrepresentations to plaintiff's counsel regarding the investigation.[1] In light of the approaching conclusion of the discovery permitted in connection with this inquiry, the Court invites plaintiff to indicate what relief, if any, plaintiff now seeks. Plaintiff's brief on the subject, not to exceed 15 double-spaced pages (not including any attachments from documents or deposition transcripts), is to be filed by

---

[1] For background on the Ergo matter, see the Court's Memorandum Order dated June 7, 2016, Dkt. 76.

1

June 29, 2016. Defendants' joint opposition, not to exceed 20 double-spaced pages (plus, again, any attachments) must be filed by July 6, 2016. Plaintiff may submit a reply, not to exceed 5 double-spaced pages, by July 8, 2016.[2] The Court will hold oral argument on this matter on July 14, 2016, to coincide with already-scheduled oral argument on the motions to compel arbitration filed by defendants Kalanick and Uber. In light of this addition, the oral argument previously scheduled for 4 p.m. on July 14 is moved to 3:30 p.m., and counsel should anticipate that oral argument may continue into the early evening.
SO ORDERED.

Dated:    New York, NY
          June 21, 2016                          JED S. RAKOFF, U.S.D.J.

---

[2] The Court does not anticipate that any of these filings or attachments will be under seal, and the parties should proceed on the assumption that the confidentiality imposed at an earlier stage of this inquiry will be lifted. If, however, a party wishes to have any portion of its submissions in this regard filed under seal, it should contact the Court, in a joint telephone call with all parties, at least 24 hours prior to the filing.