# EXHIBIT Y

# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

PETER M. SKINNER
Tel.:  (212) 303-3654
E-mail:  pskinner@bsfllp.com

May 11, 2016

<u>VIA EMAIL</u>

Mr. Brian Feldman
Harter Seacrest & Emery, LLP
1600 Bausch & Lomb Place
Rochester, NY 14604-2711
bfeldman@hselaw.com

      **Re:**    *Meyer v. Kalanick*, No. 15 Civ. 9796 (S.D.N.Y.)

Dear Brian:

We write in response to your May 10, 2016 letter.  On March 23, 2016, Plaintiff made an informal request for information from Defendant.  On March 29, 2016 and April 25, 2016, we offered to respond to those informal requests by providing the majority of the information you requested.  Moreover, what we offered to provide informally was more than enough to allay your client's alleged concerns about harm to his reputation.

Namely, we confirmed that Ergo had ceased any inquiries in this matter and that no further inquiries would be made.  We further offered to provide you with (1) the name and contact information of any individual or entity contacted by Ergo and (2) the date and method of communication for each contact.  Since that time, you have neither responded to our proposal nor made any further requests for information concerning Ergo.  Now, in an effort to obtain some perceived tactical advantage by calling the Court on this wholly irrelevant issue, you claim without basis that we have refused to provide all but a "mere fraction" of the information requested.  Unless and until you explain the basis for seeking judicial relief for information that we have already offered to give to you, a telephonic conference with the Court is both premature and improper.  Our offer to provide the above information still stands, and we remain willing to meet and confer on this issue.

Sincerely,

        /s/
_____
Peter M. Skinner