UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER, individually and on behalf of those similarly situated,<br><br>                       Plaintiffs,<br><br>  -against-<br><br>TRAVIS KALANICK and UBER TECHNOLOGIES, INC.,<br><br>                       Defendants. | ECF Case<br><br>1:15 Civ. 9796 (JSR)<br><br>**DECLARATION OF**<br>**SPENCER MEYER** |

I, SPENCER MEYER, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.    I am the plaintiff in the above-captioned case, and I make this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motions to Compel Arbitration.

2.    I understand that Uber has indicated that I registered as an Uber user on or about October 18, 2014. That date is consistent with my recollection of when I registered for the Uber App, and I believe that I was in the State of Vermont at the time.

3.    In completing the registration process on my smartphone, I do not recall seeing the terms of service hyperlink on the second screen of the registration process as depicted in the May 24, 2016 Declaration of Vincent Mi and the exhibit thereto. Having seen the Mi Declaration and the exhibit, I recall now that I entered my contact information and credit card information, and then clicked the REGISTER button. I do not believe that I ever clicked on the hyperlink to the terms of service & privacy policy. Nor do I recall noticing that hyperlink.

4.    In completing the registration process, I did not read any terms and conditions, and I never indicated that I accepted them.

5.  I was not aware of any arbitration provision in the terms and conditions, and I never agreed to one.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 28, 2016

Spencer Meyer