# EXHIBIT E

**DECRYPTED EMAILS**
**12/17/16 TO 1/19/16**



EXHIBIT NO. 46
6·22·16
Andrea Ignacio, CSR 9830

CONFIDENTIAL

ERGO-0001169

**FIRST EMAIL RECEIVED REGARDING PROJECT #2**
**12/17/15 @ 9:04 AM MST**
**EMAIL FROM MAT HENLEY TO TODD EGELAND AND MATTHEW MONEYHON**

Mat Henley <mat@uber.com>                                                      12/17/15 

to me

-----BEGIN PGP MESSAGE-----
Charset: ISO-8859-1
Comment: GPGTools - https://gpgtools.org
Comment: Using GnuPG with Mozilla - http://enigmail.mozdev.org/

hQEMA0ZG3ZcAznO6AQf/S4ADMW1XYhD6P+Y8n6KCirtlq7oAo9sus6veq4zhrV3a
gxaDHtwogOJngAPTb1XpUQg8JOwVb90HgtAbTwxASFWYcmlX3qliPwpiPi7xTaKe
dLAU6Wx7fWfa6BVOKtC0kVJiGigpF/Kna0gYX63Cm7L3po0tcxUDfE0ucXEAGErv
Hm19DjMXQy0RZHl3YFjDBnoq5W8wDr9SqY7Zvoto4HhVeDXXJbczkVip75F2pEhH
RhUCKrTG0C1jhLW1vkM1BBo0RinoAb3a+bIfbUm5F+lPmW6KudmmHpgTYugDU9zV
fzUEDAtDCgmSjW6Z/TRFO+LLoGJCF/ZWQl3iyMdwe4UCDgOACCkQcUMDqRAH/1qD
xNuDcUw/1yddw4a82pLdYZk45ax6OE6irgEgPVUoTwkZPf+YlOLUWEhETqPe9tMw
6ExOjv/tBjdW4s5CUx3ZA+i/kfWV3u8E0GK+UyRL9hc+0i/Aw3l2pGNgonEf/KLM
oZ2+0JGJeQczd/f0Dj27lmp7xGpEeUJD+4x5O+dNe02jzpBiBHFnxgiY1cAjDTBo
DEHYX7ZTeOMGbcG/3wwcHFTHfHefqJfdFAcPEjxwjm9N+x15CqNP+2llEiyxsjg4
Cm15hl9haNuZ60bePTvhEmKKgrN/4iKTpDszF00Act9jo6lirTXWYUe4PBnqqgKs
AquUQS5GCSVEKMXnEyQH/RrVblQRbgf/JZ727BMPYEJwLkO8uhT3iBeRPMEiA1vr
NwuQD0iLaWmGafWPEzE70gDBdKzzRTZKPgTZMrxa4GB55aUBYno6O2ZoeMPV5YPA
Y/NJSrRPrDiqhJOV1JMVXoqmxq270K78eq7KloOUPZGVouivhnPtfxTVddE8jBur
FC5ER9FosrPihww8xDPfVxiM6KcLjKNYT7FLScTd7wU9UBlP6ugJUo9kATFbNsli
hQgNmdxCZSn5VqvrXJ6Hiw0Mk3f0AYd7/+KQd9BDeFl2d4T6lQ4KbDh+2yXdNa1Q
JcgKD20hvKOYG4A+iSy6aC3PLmUrMJ2nRbXvJ/VAHbXSwGEBG7YnOpVxCnQl5FC0
dKQ9HxNRlmaxM+FmSB3qlVJlJTp4+HhpYgw+UAkGMBUonymwjnbsyR5P33AZYnqS
pFKIS2CU2s54PCyzDNfPAceaR669LmiRSA450uVkKQCutDrAFzvuhTEsiSiuocfZ
/EHtk1B+FjdBFituVhleJeFVrE+DZwPGCjvPLOr8vUCpxAi1oTOjWUnWxBP5szrO
Vrd/Huz2qXqoQCp3XyCTRLDDXXrjfytXnvVl56KGNDfA4PAwiyTGXIDo1oLPKjU+
+1OzDoeUMnPmlGmJ6msOuCOJS2rh2EC+LQoxcyslCbY3jQ/NVq3nn3Q/TXE6Wosv
RLGdrhRGnh/rleDU/8b9lbnMPxMgWCL/P1XMMu8KZ7FN4pJr
=eF8r
-----END PGP MESSAGE-----

## DECRYPTED TEXT

Hey Todd,

How are things progressing with Pooja / Legal / etc?  Anything you need me to follow up on here?

I have a sensitive, very under the radar investigation that I need on an individual here in the U.S.  Per usual it's pretty urgent (getting dead date from Joe now).  Is this something you guys are interested in?

Mat

                                                      ERGO-0001170

12/18/15 @ 9:52PM MST
**MAT HENLEY EMAIL TO MATTHEW MONEYHON (TODD EGELAND CC'D)**

Mat Henley <mat@uber.com>
to Matthew, me

12/18/15  

Malagasy ▾   >   English ▾   Translate message         Turn off for: Malagasy ✕

-----BEGIN PGP MESSAGE-----
Charset: UTF-8
Comment: GPGTools - https://gpgtools.org
Comment: Using GnuPG with Mozilla - http://enigmail.mozdev.org/

hQEMA2+hGD9cmoXNAQf7B1F6bGGly1kv5tRTs4/weh/7bCZqqX2y6bEl2M6fPDcs
G3DZw8TkdDJilmDHMq8BCzfUO6x+0gVAjTAir/1eb/D3hPOCtbgCYmf3iAxrw/Bu
Add8Dc7g3RCPeiLD3RkGEAzYhvplYipMaYLEzLYh6uQJVqfVPX7Rzft6927uKyGx
1tfPAUH4HlV0QzgHnPl+9xatrHutdg0p7GLnL0neWa71EnzoHP8kx30/fgJrlOlu
WH6VMsdpTmvl+LId8XWQx+ajK2cz8VGqkGfA2NZxRi5AY10y4zKW+Eo30/6JdMOz
K6AW0W1gZ+4zK3HyJAD8k1h6ean/r1NlkPQ4NUl6HYUBDANGRt2XAM5zugEH/3vx
mgMWdZhc05OoONk2M2ld6xs3pZldOdENasz8ZclGGfvMNRhMk7+p5sZmKtnirXJz
yDNllTlMys5aKgeeP/XPdi.wE/JSMa7FudT883+vYkmRY+kE86SqJixXlx/C+Naz
uw/wgYW8OzxwmOnesHvr8n6+9Tl6Bwmlg1VlL6FY8xag5xBfKHwiP8hpMRKVtfmf
AeeMUU7etd79tPZfTCy6KoRDif7k1QeLAhbnLj2awzujaRfRY7cvRz6l15SbJzYLt
d8OcfxTU3Uk6khf1fVz7sfYCx6iA69Ld56+0q47Dux2h0mzcWjKN4wLXSaViJB2HY
hriOrB8bxx1skl7YFiKFAg4DgAgpEHFDA6kQCACE50tG4J9d193x0WcgusmysTKX
awcOdRLaJ6fvA1imev0xPjJ3GHqjmU+0YBzLCMYXl2cjRMfvCHZBFD3MbaT73sg2
SXVkrCkCgAPXfC/uHRK70lzwp6UHea+BYGV6t3vrVgZnOW0T2LKU96aTtmcja/D9
8t4yz7leYoOpO/O/qokac1ezs5ByveQOYW3ayDWDgvuFSbt4Ob+J3PAmMPl8dGQR
hNst340wJ7HALoHNluKSDQpoPa2LB8/taqAa3KU/g8R8UlYE+PB5xBJaRTHOxBOj
bTlJ9X2Yq8MWS1pDG2e2gPp512n6P6jKDQT7zlGeR3rul8mMSyK0RyATu3PRB/9Z
ThpaqpOoH9P4lJQpJfTCn9CzWzGEs8Mpft40VU+qeScOj4O4iiPDrhiw/kChwZp08u
7zeemZHKmzz0G3+MRqmoT4Wl30Yt+utMX3PVESXBwGdreQ5zL6Jd0D/L5GmkS0qm
Sv3Ql0fuv3iBCPKuEaQoswmmSGokR78QB4y+wA23mmY0ZSZ10y91m9WRnq8Ye/wvq
ToiWdXwrqj1mlKoud8qnq+/VUNRq1idFB+mWApQjPOVnBhnLuS1BUn4V+WjJVE9
OCUUPAHktAPthkxm2qFzQDjsXRieg8JilHM/8CrDWjt0Kyzqli2d99YaBClGtRE
JWPN2uRipuY+YgL1JCeS0ukBBW0MHxTQixlveDlXljg0qcrAhXrPuQaLWTv/dfhS
UGgnJrKtLwKrwnQblT4vMYyfChNP+78iwHmC1tc2bjlMsh2vrjehdDa3hK89bnlp
Y5Z5VS/lZwK6upuo+efFugGFAimORmBunolTaw8gVQuBzDtNvbWJMmagluFxuXCJ
Z52YMuoATkX+bceX6iTlfD4gYVPpYZRTOFoflBTUxpdtcUWShyf4K5xo0DTZR/c
blvHhVqWg6No4ibEFzPe+BnhZkxxuqSmoAaNcJcwMgN9d7xzVL1+y3Dq6Lg6DLvG
t3GpRhhq0yNcttQCF9plTLW9Cr6RgyYBroiCmssR4eJNFdnTzsNJmDSPRUApBH30
0uxJkNpAtb0EzAy67SpcXljE/EYEaL/lH+LDhPJED2UowIBHb3Dz2XbPlcajTkXs
ExLSy+a1f6TD7j3/ocfE88jxw7Rh1O9WdBbAdUXAo8Pq03F74MqKl3rSTVc0vili
aC1XL8TaQEjtGb5Lj0Z69M4ybLcZAphkgLyLQDaspgtRFHhNlhW6Anct3CGkCT1/
ZQR2b0qgkwirKmEW+DAo1Tf0nWD0H8DON3H3H1Q6FgI/3ihWigpB95h8dAUf2STk
g/1ZlieRavU1Qld4QvFyn3eyel9PjkL7mblUvc5OGu4QkuSs6lV9mT8514jkVhatl
gcD46r0QeW7+fZze+JekFW/RJm/JN9KvMcokfR0SCljM6yoEqn86m9yzEruCs7z
pB9XuloochNTHdVuq8nlFwvin/3LHyFS8bogSOFzmA2VPRswQknyG15hx2xJhEj8
uTbPZqRjLQNVOEoqMUNOEsc+0ZrRLhiKGAbKhorGIHjxh85LyVj2KO/Kizy8nY8m
f7Gl+DFTXFSEnmjEHdps/m1+WJUcQRETi9OvhJVW1Yiw8ry/rtqz/vw29iZLlc9s
lkVhUwhyfXumBcNiNzZAW2U3o9EuugsuXVoPwlEEiJrzdj0Y0ARnGKekhfwVtTPb
RETlf5afakFsdwDS2NhMmN+6UjpFoi14RUZrdz667tdlCHv+J3TSgoxvAz9zAiaN
PWoAmmtMTPbhXRiTlct9jltFVJTIW3eWLb1FVllgRzqsKXgsQmgRUSOv2mCHto6a
SMOsqJmu1WsPdX9EOnwSlVlVZMGEjCLNpR5VLMUJPLpVRD44BgEYw8luhdiZwaOC
mc+5CHt8MvbvP/Fu7etf+8yqZbcRbOTNGzPc0Mc52Tg2Ej338fGPLTumWU2pDxs4
Z/FzCOmV8o2gVpE=
=n2ti
-----END PGP MESSAGE-----

**DECRYPTED TEXT**

Hey Matt,

Sorry, I missed this yesterday.  A lawsuit was recently filed against Travis and we're looking for some discreet research on the individual that's filed it. Something you guys can work on?  It's here in the U.S.

Hoping to get something back to Salle first of January or so.  I don't have specific tasking on this, other than we have no idea who this dude is.

Would like to keep any communication about it encrypted or over chat to avoid potential discovery issues.

If it's something you can take on, I'll shot over the details.

Hope you guys are having a good holiday season.

mat

CONFIDENTIAL

**12/21/15  TODD EGELAND NOTE TO MAT HENLEY (MATTHEW MONEYHON CC'D) 10:28 AM MST**

**Mat Henley** <mat@uber.com>                                           12/18/15 
to Matthew, me

Malagasy    >   English    Translate message                       Turn off for: Malagasy ×

-----BEGIN PGP MESSAGE-----
Charset: UTF-8
Comment: GPGTools - https://gpgtools.org
Comment: Using GnuPG with Mozilla - http://enigmail.mozdev.org/

hQEMA2+hGD9cmpXNAQf7B1F6bGGly1kv5tRTs4/weh/7bCZqqX2y6bEI2M6fPDcs
G3DZw8TkdDJilmDHMq8BCzfUD6x+0gVAjTAir/1eb/D3hPOCtbgCYmf3IAxzw/Bu
Add8Dc7g3RCPeiLD3RkGEAzYhvplYipMaYLEzLYh6uQJVqfVPX7Rzfh6927uKyGx
1tfPAUH4HIV0QzgHnPI+9xatrHutdg0p7GLnL0neWa71EnzoHP8kx30/fqJrIOIu
WH6VMsdpTmvHLtd8XWQx+ajK2cz8VGqkGfA2NZxRi5AY10y4zKW+Eo30/6JdMOz
K6AW0W1gZ+4zK3HyJAD8k1h6ean/r1NikPC4NUI6HYUBDANGRt2XAM5zugEH/3vx
mgMWeZhc05CoONk2M2Id6xs3pZfdOdENasz8ZclGGfvMNRhMk7+p5sZmKtnlrXJz
yDNIITIMys5aKgeeP/XPdiuwE/JSMa7Fud T883+vYkmRY+kE66SqJbxXlx/C+Naz
uwIwgYW8OzxwmOnesHvr8n6+9TI6Bwmlg1ViL6FY8xag5xBfKHwIP8hpMRKVtfmf
AeeMUU7etd79tPZfTCy6KcRDif7k1QeLAhbnLj2awzujaRfRY7cvRz6l1SbJzYLt
d8OcfkTU3Uk6khf1fVz7sfYCx6lA69Ld56+0q47Dux2n0mzcWjKN4wLXSaVUB2HY
hriOrB8txx1skI7YFiXFAg4DgAgpEHFDA6kQCACE50tG4J9dl93x0WcgusmysTKX
awcOdRLaJ6fvA1Imev0xPjJ3GHqjmU+0YBzLCMYXl2cjRMfvCHZBFD3MbaT73sg2
SXVkrCkCgAPXfC/uHRK70lzwp6UHea+BYGV6t3vrVgZnOW0T2LKU96aTtmcja/D9
8t4yz7leYoOpO/O/qokac1ezs5ByveQOYW3ayDWDgvuFSbt4Ob+J3PAmMPl8dGQR
hNst340wJ7HALoHNluKSDQpoPa2LB8/taqAa3KU/g8R8UfYE+PB5xBJaRTHOxBOj
bTlJ9X2Yq8MWS1pDG2e2gPp512n6P6jKDQT7zfGeR3rul8mMSyK0RyATu3PRB/9Z
ThpaqpQoH9P4lIQpJfTCn9CzWzGEs8MpfH0VU+neScQj4Q4iiPDdhlw/kChwZpD8u
7zeemZHKmzz0G3+MRqmoT4Wi30Yt+utMX3PVESXBwGdreQ5zL6Jd0D/L5GmkS0qm
Sv3Oi0/uv3iBOPKuEaQoawmSGokR78QB4y+wA23rmY0ZSZ1Oy91m9WRnq8YeWvq
ToiWdXwrqj1mIKoud8qnq+/VUNRq1idFB+mWApQjPOVnBhnLuS1BUn4V+WjJVE9
OOUUPAHktAPthkxm2qFzQDjsXRieg8JiliHiM/8QrDWjt0KyzqliZd99YaBClGtRE
JWPN2uRlpuY+YqL1JCeSOukBBW0MHxTQixlveDIXljg0qcrAhXrPuQaLWTv/dfhS
UGgnJrKtLwKnwnQbiT4vMYyfChNP+78IwHrnC1Ic2bjIMsh2vrjehdDa3hK89bnip
Y5Z6VS/IZwK6upuo+efFugGFAimORmBunclTaw8gVQuBzDtNvbWJMmagluFkuXCJ
Z52YMuoATkX+bceX6ITIfD4gYVPpYZRTOFofiBTUxpdtcUWShjyf4K5xo0DTZR/c
blvHhVqWg6No4ibEFzPe+BnhZkxxuqSmoAaNcJcwMgN9d7xzVL1+y3Dq6Lg6DLvG
t3GpRhhq0yNcttQCF9plTLW9Cr6RgyYBroiCmssR4eJNFdnTzsNJmDSPRUApBH30
0uxJkNpAIb0EzAy67SpcXIjE/EYEaL/H+LDhPJED2UowIBHb3Dz2XbPlcajTkXs
ExLSy+a1f6TD7j3/ocfE8Bjxw7Rh1O9WdBbAdUXAo8Pq03F74MqKl3rSTVc0vili
aC1XL8TaQEjtGb5Lj0269M4ybLcZAphkgLyLQDaspgtRFHhNIhW6Anct3CGkCT1/
ZQR2b0qqkwirKmEW+DAc1Tf0nWD0H8DON3H3H1Q8Fgl/2ihWigpB95h6dAUf2STk
g/1ZlieRavU1Qi4QvFyn3eyal9PjkL7mbUvc5OGu4QkuSe6IV9mT8514jkVhstl
gcD48r0QeW7+fZze+JekFW/RJm/JN9KvMcokfR0SCijM0iyoEqn86m9yzEruCs7z
pB9Xu!oooHNTHdVuqBnIFwvin/3LHyFS8bogSOFzmA2VPRswQknyG15hx2xJhEj8
uTbPZqRjLQNVOEoqMUNOEsc+0ZrRLhiKGAbKhorGtHjxh85LyVj2KO/Kizy8nY8m
f7Gl+DFTXFSEnmjEHdps/m1+WJUcQRETI90vhJVW1Yiw8ry/rtqzfvw29lZLlc9s
IkVhUwhyfXumBcNiNzZAW2U3o9EuugsuXVoPwIEEiJrzdj0Y0ARnGKekhfwVtTPb
RETIf5afakFsdwD52NhMmN+6UjpFoi14RUZrcz667tdICHv+J3TSgoxvAz9zAiaN
PWoAmmtMTPbhXRiTIct9jItFVJTfW3eWLb1FVIlgRzgsKXgsQmgRUSQv2mCHto6a
SMOsq/mu1WsPdX9EOnwStViVZMGEjCLNpR5VLMUJPLpVRD44BgEYw8IuhdlZwaOC
mc+5CHl8MvbvP/Fu7eff+8yqZbcRbOTNGzPc0Mc52Tg2fi338fGPLTumWU2pDxs4
Z/FzCOmV8o2gVpE=
=n2tl
-----END PGP MESSAGE-----

**DECRYPTED TEXT**

Mat,  we are happy to undertake the requested research; we do quite a bit of this work for law firms.  Please provide the details when available, and I will get back to you immediately.

Also, our MSA with Pooja and the lawyers is completed.  We now have a very easy way to undertake individual projects.  Once we have the details on this project, I will complete that form and submit as well.

Merry Christmas to you and your growing family!
Todd and Matt

CONFIDENTIAL

**12/24/15 @ 6:36 AM MST**
**MAT HENLEY NOTE TO TODD EGELAND AND MATTHEW MONEYHON**

**Mat Henley** <mat@uber.com>                                      ✆ 12/24/15 ☆

to me, Matthew ▾

-----BEGIN PGP MESSAGE-----
Comment: GPGTools - https://gpgtools.org
Comment: Using GnuPG with Mozilla - http://enigmail.mozdev.org/

hQEMA0ZG3ZcAznO6AQf/aRAQmSoKliN/VM5b+LVK9DLcjY4pc1HdiV73PF2idEpz
H7uq8V0jBlx0Or2t+mPuAO1NghUr461igjWq5SLORqVdlcRcUeQOAYT9n5ifUClK
plWj1+ID4ONY+cN6VES6bGFOKMxgav3lwQyufxzprDhj6RI9DXmNqMJkpjlLuKV
LRpB4oBCExSHeLxse4KQN1rDgql03LaF72dOlqhndLtPk76wQhqCt6mvL5v0lja7
8KL8Jqq/+V7hCLCp4kE8tbs+Mvik+VDy4wh6ApXlkkz0K4J+5SyFVqPyen+EhzmP
yBUmCfrZqFZKdmNSsrzsbzk1r/ERjJmq0afksnu0L4UBDANvoRg/XJqVzQEIAIQC
xkH/ey2LYfZyS9X0QKGFjbDZdGRjaxWTayg73REixLDgBadzAEGqXfwW6WlhKHFv
6UB2pSkAZYnsZz8K0ewSChk3wHilhQ1MwyCuwBBCfnDWn0kXCrpC0XePZbR9QveO
RtozNdqyJ5NXcd03/APMiPMBqNp87SQt5Gd2Mh313tfjbcb6FrNnFOgMtzXF0uYr
HnJKluLmZlrPRJRKJVtwtgMhdStgATsp9Q7nx/i5aykrPccUuYpAsn7Qy0uCZ5YF
aEmdSjjGrfotTUfHPcA816QDBnghj2Aww1sfLApJG05LSPyPHivfoonQ3B2Oxt6u
URw50QHJscz5H0/hPPiFAg4DgAgpEHFDA6kQCACBxMcZ0f2lS++jjKS1RLLUpNo6
6dnfCsQZMRtCMe2AZha4CC/edhWriiT2nMdVfup/SynSVK1+FY1PO5eWLhASbQHw
xsiOQPh6q4JfF57H+pt0Z//QoZNTEPxF0ZcsMRJ8rkOoxiDRMJfgnMf/sCwvap8T
0djszqUklUYvNA5lUapThLJKREHR7ovq6bEhIPPuBUBTlTyAKq0T+92hu0EAwJZL
j3LimsHcyrkl8zTZc+t6wfheoi8D1Wz9diYN1jb0Gi5AYLn2PXlGx8U+rVe9rMhD
vtByz2n2q3UO3j1HEMyjw4Ts+nlqj5iVisKScJ3+9KXwMNvxQ8tYaBt0JYipB/40
z8S3/ybrfH4Bb/xkTcVCv63+lq8rPZl6tl8BswcZLUt8KwErJA63+lenTZQfpJeF
wIVdONuyCL3Rfxy6+wYVjGHH50rpAe6+om527BwLEzUvSZadrbsAl3m0GnNjhaJ/
qAWVVUOt5334q67sx43VkD9Wuh3LNpdmRM2Xc+DyqNvLlx2tfWFZJllW/Ki3Bhu6
UF1EfzDoxeiN0oiAJQNuK4NiMEsekn0tJAsjDBmBXG2js0Y87QF+YJ4PA0Llmol
Sx7RTnMif0fdwWKx24lCDuvBEe9ZTtVixP++p2ZKRyVTRxzSSRit9fqcs9e60Dz0
wAl5yP1O0EWdWncGYDbG0u0BxmDJ9uB+gxMu17ZKwdJGZKtrAscFLDSSporiYM+y
5iR2+ECk6jeTCT4NCG/4j0s/QSRxOTqy1YSW9DfvPlp55YNgsLdMgP0dGOs/MbF2
EWXgpYMiTifRHKBNtLfGsmrhZNwcMjnE039TkxpofqgNqtgGk4YRFuMTxQb0+rEs
1s2ttHSPPX0u8U1fL/X9Ta8gx+mf8HgMyWxnTsAotj4E9UZwTSSlo81/2QqKGhDO
Ya7GLitTJyj+TW9TlBrkbqQeTjzr4OdiH6boFesdMiSdA6PLT42UbtrvViZZlCe
j+EIUG40Q5Ngu3HwJpgGY2RS7DHUam2ABcJ0hRQOsWsjTo9/zvUSCFOAA5klrlnk
5u29nmpMOiz0lj+xixKoNK46Ss5/iXsL1TzC9OXWSsA+ui6Kf68Qhu7QatzYflet
jZOh9vBIXvF4/iLFLCG0AJ0yhLEO6217mC0Sd9+SD2si6PO8V34AaauWarDoJDqv
8SICCNESauq4ejdh+spBapYHq+nn2RGA6vN0tLDIUiX4dZpK9QX28LQi4SRIHbTe
ile7RFPNAHNrRL7QVSUFIMWs/hY/8dTP8D7p3KsrMG36MBcYJ0Oa7DxwQnjWXioW
2VjxKltiwCtG+ByQHfVeSEARuij6krMwa3HgsXaQkmrZTvnLmZNcpjB1KlD30Tfy
6xjQ7MinCW/oH3b2liOzl61Hz+k/+gBlupDf+/mg2NYK7ot/h5z1VKEiHv2q6ZTK
swl09SRoSOCLQhH+g2Z3Gi+TEUbG9885OEndPlr8kC6lkg/CTcwzLP2U8SlOlgr8
FmOejrpER3zUubkSS0Gdk8S7AbPMQxQOUNWi1QVEwHplRtiTmSwOLlxu7J6+2RRu
mPUaoHED6GaGUOWtJTSnLboVfOevktdCmqdUNh9WvZkwmHsn9XGh1qFm7hsuSDg
5/a+NyNA9Atrzu6rnxby9v7pocqJDcVZDJH8e54WX1tP0z2SWTwcF3XdTkJZLrHQwI
5DY/d66qV2irPVjHuN/YNpqytW2FAo8Z6VtkdyPDOqFk252Q3+jpEK2do02UGgNb
DTfcCM5Yr5lgeluFn1dLoW9NX15B6Ln/k8rhBoxS7ILhp8sEy44FlxT+mPDP2bN1
3xFWL7iT/QsabpQWFdR10Y04zKTezY3rbtwRhTV28s7ldfTqHT26CLKVl2Fn2eCX
rThVj04KLlila3up+SlfikDp261ruQhRd3oL5XT5NTQ5YkPD9rG0abGfcFgpvKnQ
d2H9pCK4qKtUPh+PoeChGQa6jUY9ePTegmUdJ211iwMhUoRq8GiYvONNBSKfKxRNq
tUrvOwWEZz0Sg3GuqO63a5UxlqMB6/PT8L1ZyCBZV3//zAYwlrMysOif71u1+qqK
mtbxAowqZNfoyexM9Xqd4VxEM2vxyEibBi5q5owJe4knhZr7nhtw5Y0iA9exXgAL
dLzTaPhls2Y8PfMZPhUQj+LK0ils fvEH1DgQVmH6602JqrvKy49Rc/gTH7Xmml5v
gXfeuOJLwA8nnhA7bKFxYKiYGXnKaVBN1PTULRC1uWHyTwmAUkm9w1B+WuloL+dh
bq2AoPyfPs6TEc6Nd/0qpnig0rqUJC5iauUlFyo9EoVr1lNkrOmzTD2WYwV7gb3G
3Ait3Ja5mPRayi/VxluX/Mwlfuq64FtJZReinbfSUL5izh4nqra6o3NjGs2xY6pb

**TRANSLATED TEXT**

Hey Todd,

Attached is the complaint with him and his lawyer named.  In your SOW, can you make sure to keep it general enough so that the research remains discreet from a discovery perspective?

Let me know when you think you have a due date in mind so I can relay it up.

Thanks,

Mat

CONFIDENTIAL

12/28/15 @ 8:47AM MST
TODD EGELAND NOTE TO MAT HENLEY (MATTHEW MONEYHON CC'D)

Todd Egeland <tegeland@ergo.net>          12/28/15  

to Mat, Matthew [v]

------BEGIN PGP MESSAGE------
Version: 10.2.1.4940

qANQR1DBwU4DgAgpEHFDA6kQB/4ormlj+toQNkg4u3/srn28kUp2/3s0b/KJEZ3Dr
YdKVBNGB+rt4LnKxqyoJ9UeT8g1l2K9m6omUG849rtfhXYKPLq64PBY16yJjPrm+P
QnlYRbz0VgJdRnlk3v45TVdwqKhJriq18zhjyyNmJo+ISAd9N1rXvhwKNTFIVjX
62MzAL6UL56/upZ59Binc/6BETKHKYcd158cOFZNAwKri.th+Tov2l4IVQrHMG3I7A
j5ttqMtyMLoiDfVJgCCvHeFGV5onokaM3Y1cuDdlK8vFi7q+tc8WveF19ptKgnT8K
E4Z04ATcteoGjucpseV2xx/5dJMVn+5QHyMDUctvZkAR1dzB/5l9IbeuQ3HKb9p
4uxnEFw8ApwRyEW4iknMUdr0BM0uM1zJ1rnGVvqWdWgqhg3AmNnjs0QTlLz8hbPR
h9Cl4yy+MeFdxktE5qKZ0Uc3OD/QyRLKNsGvCGtckhwR7?AuRu89UF3pd0S6sdK/JeO
M5tJMqZpawwec62EGbxScpK3yPyo++pyE6l9e3jawLnVFi3GkzN49qvxkjizboiE
f75881RS6ZUNBJUXTNj0saPV5P2KXFgRX5ckdXRP4TFEAnCtFEYGtN8FjyeJ
PZNUDuhx7le2kcvi4x5eCSVKe8G2LPlWTJlTWNEVY8lFA5x3ctLWs1Q8QJqylKYp
fKFMYoWorwcBMA2+fGD9cmpXNAQf/a/a2uprUFwDT7f6Pr6xpkOWdrYc0zGGKfbg
LkdcNQLW+Xn5WBsXP7ZmKxsYd1Me0uzOgxEC8/Fym+74nF0zGoZrFDsixzz62aEU
Q7ybx1ngBxwihxO6LFjjufcJ82bp5/4+/TVLXoEGzpZkaECLL3hKMzwMmGwRtJg
gkJygGO8BV+exq8psVfB3E23aCaoW1yDm24xgcDh8ONFi8ggC90XCdqRwm1s7CK
A0yw3ZCLHlv2T+CNHrKjQ4ssOxiZJioMd5Htsxku?p8fNiNbeFTNvbxDaEPEjqCFE
ftyUr+2Go99rb8cM3Kxj8iFWcOk5tqea9X2+TyEcOkj0xoLEM84TAMAtGFxqNfi
8gEiAimQdls8BL1a/QilKcjZIOfTNxPe+qGzOg8iLEo4FQ0/dCJHpVR69lgy1Hth
WbiTTmxadhWa/yFKeLPjko8Nv4EaSPTGGzzO4p1gC1k1LA1nBLNVLS1Na+1W2KN
X1QkFxqJWWsZZHiruNnID6sFueSKXc5/eR22q5UJwl6gXBz84qizvEmPM0rGLShA
hC+6T0K0p/QnAn/bsEClrwtz5Kbz8WWzuHumOqdV9Xjj/WDF6kiJMTi+kjm4yBV
GqKhGyXkbnDu053nw48/YZCis2LEnzcyrtPNf00ybwRnC521Al0ye6WdJG/p00hnZ
11mriNLx7Pf5uY5X/N9/60dFHX5xFU8AP224qtAx8jJTGGE8zJd4+rw34y1tvP
rLr2Y8TPFirmnc2S3XGFDfFRzPX8eA3iil+8HTjg96kx3DHnmjnJXa0HcV61Ji8J
XhO3dRiKLP+By1ClEwaqSUW/vKyB7ccrFU06ivoYAUbLN1dXDiOgX9jgLTrHgDCq
oaArn4g/pcLi650R9tmpi4XYhTXNpC+Ru7KjehpNnGMxcY2Fx0b166Eze38KPyTv1m
J1ekgCyiKrLGrHKxA+y9bgiPhrHa3w6FSwwFCevFivMXLllbGNTjp90h5Paiw3RqU
vsfGPQ9DJBJVBXE/RlNO74GlQCR72SPG3P++vPb6EXC8BSoNV4SGgY0gOmdvxBw
hvYlt692hxb993qpgVtBmuz4Ullwmozq0cnulPx4qNwnLpzjCMh8ecb+VoV7sE82E
OzGXbAc4Ti+1ZUglx4xF94ia5T3Skkz/MzU59q/H86cN33/FYCKqxkrwyuDTpEAMz+
=dZGHvNzjh7JU2cii?0GA9kdGy+SLgcdaU5Sg1ovAxd7FBihTA/+8TMj2qlXXmAG
U3oRFhmFaeRNv4hDe3837Kwx/3oG8EX7C7jqhxhJ9d1ocaDgVfZqJjpkEnCkqdG
i8/+5MD5Ki/SpWrClrrhGr?pEB9drg3MTUjHHkObWQ4tAJ2qwu8BbO4H4FmRHbtou
V11SwQL57Q80rG/48Z7or9K4nSJLtKiDRV7GlY5Se9fmq7DqJ0v8ZJ6Advi3h+j
oV+EhXsYH+zHg/yYTAo/yZ7LZWrkndOHoxsBecpk1iyNn97SYx1EOM5MyNbaEZv8
ElcFR0go1RzG//v2AA9B6ftM5dLmnzrdyARPo0/zL1xY9Muuvs6b7PhuLg0FuEXR
BfmPVm0tMS7qxJyaloEQ2TldrmjPxYrAudWjmXORhiRiTqh2AaofhBiSBJA0dy
GAgK28JfC6ohBUg8DJ5/WE1z0MhUzeXmmMnRT2cEiRY+Aporn7s78vPOTVMRgE1y
?sY8yi+8n8Xst89tzfFeyN24FmBiTpZtYR6+UB8TEFSzcNiKv8TP+rjXhCpicMr3c
8RK9IROv8CCCMmjDA55pro8Bg2ZYfQ9UFZH046CLlNjGXOHZnp6BAWxILVC8y3fCl
1gVKvfNF+Cxhs8di19ZyA/SLHEe0q/nQL9tLWdkMSHOjpY9Dg6HKND2E5s3cWNIR
wAfDm7R32yonyAxKJEso9ssQkE9yJ/S+vpV+m1FOg?qTkof4Bi6Jt.yhY+iYKo/fl
U5OpJPoFLKzMmpRG1ps9zdhcKhqNHxj4R83Mtpd/x5vpjBLi1TTWY4E7FoliJ11w
b+LBnom1DdZnEcctRTGFFCUc13Q7ENZTr9+x2YRSvneXvzbbspzlsWXFyC42c0q
EoHu/T8H0wnDNBMfNwj5dOTv?cY8kF4AHi0iMm/8GWk8Jczh+weB0va6KZZcury30
PAD7mK1RJY1d5CnTUmxWA6ekBv5MGsgt0xpOXf0mTE7?8W6CEyDiJ+e2cJRQP0Yc
8TyW7W8aiY3R8yXykkG37Ratm+OLT/JzXn4V6z7ZiuwvVDERKLOn9RAPuh2yWns4
ShK7/mzOaayjp9lb6X3GT+SC?PfhhF7qMJ7VjPKYgkY5Nmqaxq+cu3PSZmLNtxxh
YiCQggcuxc5M/srgtsjSTVTrnj+<k1wTcg2JvXQrlpqdjYOxhjY/DsVan9sbyPKJIqF
7PVooBTiVlu5+eqHBwQt5enWMMfLnb17MD9npw==
=pTdJ
------END PGP MESSAGE------

Todd Egeland
Managing Partner
tel +1 703 332 1911

**DECRYPTED TEXT**

Mat, thanks for the information. After a quick secondary review of both the lawyer and plaintiff, I suggest that you may also wish for some details on the plaintiff's relationship with the lawyer as they outwardly appear to be at least college, if not life-long, friends.

Spencer Meyer (plaintiff) received his Bachelor's degree from Dartmouth in 2002 and his MS (2004) and PhD (2014) from the University of Maine in forest resources. He is currently at Yale and lives in New Haven, CT.

Andrew Schmidt (lawyer) also received his Bachelor's degree from Dartmouth in 2002 and law degree from UVa in 2006. In 2010 he founded "Towards Justice", a nonprofit that fights wage theft among low-income, mostly immigrant workers in Colorado. He moved from Colorado to Maine in 2013, the same time that Spencer Meyer was there. He focuses on labor law.

> On the "maineworkerjustice.com" website, one testimonial said that, "Andy devised a nationwide plaintiffs' class action suit that no other lawyer had likely ever conceived, and in moving it forward, Andy quickly transformed the working conditions of thousands."

My recommendation on moving forward is to undertake a medium "Level-2" assessment of Spencer Meyer. This would include:

> An extensive public records search, including legal checks and court documents, government records (tax and mortgage, etc.), and affiliations/memberships.

> Social media assessment (including interactions with or about Andrew Schmidt and anything related to Uber)

> An initial "light-touch" reputational due diligence, engaging in 7 primary source interviews that that should highlight any issues for further digging, such as participating in any past lawsuits (particularly with Andrew Schmidt), and his relationship with Andrew Schmidt.

As part of this effort on Meyer, we will also look to determine the likelihood that the attorney, Mr. Schmidt, is actually the driving force behind the complaint.

We can complete this task in 10 business days at a cost of $19,500. We will provide intel as soon as we have anything substantial, followed by a written report that highlights all derogatories and areas requiring additional investigation.

Let me know if you wish for any adjustments to this plan. I will then complete the paper work with Pooja.
Best, Todd

CONFIDENTIAL

**1/4/16 MAT HENLEY EMAIL TO TODD EGELAND AND MATTHEW MONEYHON
2:38 PM MST.   MAT HENLEY ASKED TO RESEND INFORMATION**

Mat Henley <mat@uber.com>

Jan 4 

to me, Matthew

-----BEGIN PGP MESSAGE-----
Charset: UTF-8
Comment: GPGTools - https://gpgtools.org
Comment: Using GnuPG with Mozilla - http://enigmail.mozdev.org/

hQEMA0ZG3ZcAznO6AQf/eyVqAtt2rR0/iWMG7D2465NVpSKX0Xx+eDVxIdo/tp+
y8p4S+NnH7bmjjPCKTH/HySVHxPPYToZqXK79F/Apf8SFBZr9racYxxc8zVmAI3H
V7aJD2UaeczPSeyPSysWgm2UShqB5wjHW/yWOuJyxAPnQP+zQscHjS8upOk85GLT
D3//WmRvoR1M7MkI7xZ3/uZTgSoqzAYHIMj2GI4XYf7TGmPShvIfm/OPYXxhQFDh
4+G5GXGSVfZNPl6qx3d36SFgCiyrACJJJq57nfTwRf1pF+puufeO0IUXga9UVqO0
G3zc2GorqAmVAQWxx+qFAgmajeRAi2BIFKpT0Dkk1YUBDANvoRg/XJqVzQEIALV8
mWwtT5jEwIOiiBPJ1SC1Kz7/uErYqHNLtj3xEwI+GV+GnVGuZf1uOfKu/1X8odcG
wsPOx5QKhQa9Ktp5QRu9C8m6XjhAV7WBW9GKiw4bCSfmqUYWYiQtLjDEHKu1MK2a
mgk2pCvhr1c9cScPo0OF7VZChybBlq4TQptpgs5VOkPCiZNJA7zn7I5zGrZjkRmi
VrwkzhIG2GZzsZYr2zCMt964CJitmZ4TLw9WnK2gd+n6k4unyjpOi45CRbDLLBnn
8IuavmkPMNbH4LizKARFt3A8e3UsIjBzd1ana9SR/OfCFSZDqNua7jK02nyVD6Vx
ETebJpQem7g8QRCo7qCFAg4DgAgpEHFDA6kQ8/wMfV/SjCxAZU/2p+JihqmRH0uF
hwekWDBRxyjZQVtkNEWbv1odeYDtmYXfW/aj15YUy7GK6jhh7UvecLIsvG3k++wT
/gu9X4yQpLU2JQzC/h2Pq/TBi7sdyps7LIG7zwd6ECDpIdC/8ivGmkpihATJViRT
R4wZpmY0vCSQFPhuXTXEJOuH/gwX4kQE+F2UEnVBh7KNUf//Tbh4/oAyIcfCyL4d
hICpJUupvwE3wFWlh8HBWzYmCZb/ZHRpR5iuMf82iAE5PTHFbUVs1sjNq+BhFiLf
0H4jXendFKtCKLGgZHj+wYMEIG+M0Fy9LQ3yorQX7bajFQLJ0FVhECxNbryQB/9s
oEY+1aGHuKT0XLeHEzGM7xzib83LeFSegauAs/Oj0WNa2DAnAVKdoOrz0Hn0QP4t
2XrHc+I09IrjkJqpaekb8GarW+OYQrf+9GNPYCmdLQhTrUkbUZkkY3RHc6O4bo8S
TXMyOTtcRVrHrpLDG9IdwaICzO3uu6cYdNt0eFFGcYwvICg4ZqM6kjECtd2FgyQe
IbnsKPRJN5gj8oX9ATNgPFA4WnHoHDqJtO7MoIv2HguwvQ4IR6JWYRLQPJ8RV0Qf
dEbviuLy7T7WUZHJk4opG2Onqm3NubF/svhcW7x1xc46jAiqYq5001Ij0TVpWRka
WEmzOkiFsgMitpI+r+xe0ukBmCwybgQgcahFREHvP0TiXGsWv0ismLXtkTjM4Lik
b1iN9o59TUFGLoIFRCyrcCBJwe8s7XU7Xs7T4msg8GLWiHi00XEuDN7SVA+a0dAOZ
Pn=NqRGOxpvH6M0IOHDyf1ZhdQiwL8kpQexksrOtE/0K1pKI42AHRD2vTrbODBEw
2nvpGhR3uFCqOHvCMDhqCiN9y+OGejParWgB0khAgubvTwGeRFXUg5LRQQDakfRP
zRd3uhgEdzByu+LTJ9ztHvOLMx9rPUd7oG2pYq5aGPrqpPictFoKBsUBbbBC8xnB
ICAF1aB3kz7+YXPZnJqt1XD+V9Df8Z/X0RUeAw4PYyB1TxYfvkwZmWzq1AwWfVj2
Lom1TPUQU4JYeWOiVjiFBT0lr2J0NYJyu42Aw3JdV4h9y1ugkFat+MyVYnec30Wz
Huh9exTviH09H6GtbuIQoAzByMAXvrkGi3kZBCUea7gniJqb+m/nLpWodxmFcbkwf
9U4x6M/HXPmw+gRmQBjanhTG2+ZoovLCGQV+cR4Mayawub6WOb4ivSA8OTcDEtAjV
rwWGVoBU4cX5yOBHuJwcKFgOxu9UjrML+aNdyN2Q1a3HLYZUG7FpV1dba0FbByj
0sOQ5weJCsn+ebN+i4156zcN/Sak6DPtcyw8sFp2ZJeDtW4CYwt0i+ynOBi9pJQR
/liswDnBzh5wtoq5yOzygsGrAJNALSzGa85jpIY4Pb579ffeW29xjdpknJdIM2Am
N3zm4Sr8wlkt8Qd7QgiMA9CB1ZfPigRLRXcrySHjvoDDoyp6V7aygSn0
=Tmo8
-----END PGP MESSAGE-----

## DECRYPTED TEXT

On Mon, Jan 4, 2016 at 2:38 PM, Mat Henley <mat@uber.com> wrote:
>
>
> Very sorry for missing that, and I can't find it now. Would you mind resending?

1/4/16 @ 3:36 PM MST
**TODD EGELAND EMAIL TO MATT HENLEY (MATTHEW MONEYHON CC'D)
RESENDING PRIOR INFORMATION**

Todd Egeland <tegeland@ergo.net>                                      Jan 4

to Mat, Matthew

-----BEGIN PGP MESSAGE-----
Version: 10.2.1.4940

qANQR1DBwU4DgAgpEHFDA6kQB/47eW7FOrkkgdH6Ez/QA/QAh/Gf76rS5dslZNcP
dfl9RpepeCQ5xQEnx8GKfn5eRcPPrGt4NzjxN3MRQ9LYQRnjFxcH8e+m8dhxRttB
yGRK+LOa6N44CjHTsIJFwOqusDgebRfPV17/w6izdrM+oLof7R0x3uXRn3Q75y8c
OkUkvb7ubW2pKx1dTcKIa070gQGPNyHG/UW3NVDE4260n7sZeMd7xvA6jt3euti8
wAj06ulLOUjMHoHE13GTzLKA9BfqtKQeHgCFMFDZ9RM0hfoC0rqUiEGqlrDhiLiu
glxxY7EibuaSNVnbn/WmzrUKXwVp2z46eSykePtHqHKR/uxTB/49bmNHikusCaLSc
MXtxzBVEobFGZeSWI8MESD99Bp5CbHcwUVTWIOQ8xkJibFdXaojDcWymOuChmU5z
jouxQHYHLFQZL3zUu9j75qcz+RYzHX0DW9j1o+B87mKZT+sRI7ZAkjloMnAypzgH
m0izZ3EucE8MNkLxKGLGbhvmKJpgOIxuviz9LjEZa35aR72dCi4qtwJ+Nuch89vU
xej0U5hThXUg5XJ9DQsfSen4kDMdKuDA2+dH6RLs6UXQFzgkioaaDSZyfsrXmGUJ
GsF5YoHUpCp8Lm65rWJRjgWtpQXAzFvZ5gDeqT4yDR0lBceuBcfn420UYKMboHl1
Ju5vLwY3wcBMA0ZG3ZcAznO6AQf+lV0V3WNGBllFUq4KPIYmP72c6jn6GB2/auXU
xoEbFRnNkW0ohsHX8clVdkYaH72b0pM4CxgSkIkBXJJZTS/w5wzWfOTGcFnGZaoh
zj1JflKH3564vdc4jvtHWR4Kcu4UQSXOXHn0N19tXGQ52PEPa8tNQ5uoMUu92EyO
ivSrz1KEveiy6vkWzHf48uZFLqk1APacF7eRYfUFJA+zOmZUvRWCLiUT407soV/U
5uf/9cj5rP1fKjk7AjYphinJ+SlmmeDU6imdc/SJ59i0hfg7i1pgtpR/iKiKMe9D
c+Z7wh54R2QwrcD5czkQz8zPHNuhT0QQiOM/J+zKw0/YuiiumMHATANvoRg/XJqV
zQEtAJ2HnetT4k8xi8KrFY1bTHjh73v8kUrZXquiPSWIcAIGXab5VvrWIHF5VSs7
UY5oMidEvmVuw+A8+UbVvhf3EXOVxN8LbiuSSMeXyMcfqpZJLueXsvbc8YMTZaCk
90k4eW4wOquP8LPiL8JiwvciBAgqQaqpm4NrZQ7FzKnchveE8vgl0t+Jfbj4UzdB
3w6XItHp9LFcmqxiQeiuVqkB2rzBEXyiKVUYCrXz6/pkEdy3SvEN1TcqroRmmdJR
001szlcf60IhCRacaYjkoqun/SUD+/njQSP5LEu5il65pE3ovF9c0rctKVw2Xgs5
xNaBoCw40eeCXikM11/SKJkY7qHBwEwDALRhcajXyAYBCACGPBeulBTzFXdEl07t
+mbrM+yzXWDM3aoFZI9B0p+yLqQD7NKOKfFe8IE+fytFaPJwN8vO8VRj4KOhC+xp
idP1W27kpOzQW4ywOrSi9HXDqbDHnCbM/V0jEotmYcSEACnQJ4OMbfqnDMkCdN0i
9rz3bH8xRqHK1xnKEuaWp96QsqcdtwHlg0boRezMbpFvZ/nmEzONr+eW34j9VMhD
RRyG/y0h9YWLaieq37ecOqOm4yg21KoWfVNxhYLCyLa1uJSwprU1z4/htRvdzsbK
s1leYwMlb36Fz/AuPOAdhR1xQnmKq7AA7ix0eKBiArvqUfGF37eJ7G+2q2NvwOBb
PUlTwcBMA9tSDDU+oz84AQf/cWE3hCoir7t5vy31g9SGRdDxKPXqeHCuMYrXBFPw
IV7V9hAvmtIRJm9bxWDTHDT7Uk3/upyghOfdl8iWynRMD5c0GNix9iZVHY6j9Vw2
v26z8a/3fq6+n4M9+D//D1tuni7L1A/3LE1ng0wOXkTMHY/isVNcf8s456kU50qq
XVsb87AN1O+sAE6SWZxaoGX1qLdngn5FuN6g7/7fy42koO9z4AtQWIZvEkzQKfJr
q6R+ilVkKWTeBrxZ6kGzl9NEvWDZPztXaoih8nOU5vQ6c8qBiRcLmj4PrY725Ovk
0ico8tE24deMqYomSwC42/lWne4FJ16AYCYujpwdDWU3rNLEVQGgiABGn4Mk3WXN
aOzfvKO0fvbceMyTPJ3o4sihQ3iBSmJ7LIAVrzIDXqpFdOGQ2+q0kzcep3WDOQfB
tJEfREw31912Ew7im9ShK5iPcXFG9wWTFTslJGDsXtCpCK+VymdPOjRB9svEaNxx
3nI37G/pdT5/jfPLSgHOUome43lSkULvyHYArliCLNekTfxQLOiyedReOxzj353t
btbccPOzkoBwwSkp42owzsRs2o75DLp+JUo5WuKxvTCi4vOz3KX8Gz4XsO7iJ7S5
yeN70ftpixi3vhD0pL6xF0WvAVjBWVT/yHP6idAxVOFchnp2xoWKUMthI+J7sTIC
9KlrwCEEfDIDsmQ3GjjNXNazf40zTM0fF48ZaEfayswCEsfT4DLjzuSjF5SxgNid
yOXKe4igi8OhhxkBpQSpjhsiw/uzXKnSQ1aVVtHirIFFY6AOhmmeTER3Tyqdi1Cl
IxQBTpE8IfPsrkVqGR3tdPTr7RQSQryYyd3/mpVmBhEatisWMSyDFTvJdGi0RBQW
ilXiJ5jnIAV1JgZPYxaoETnUWjPgD8Jt//FvJLTHscvcx6Kg1esCbYwtTEHnEnL
FAH5itz36M4GqTzxXx6vgXORjtUrJoQA4Stm+/aIgH4XzVFCGJReLwN/gPiKxFBS
QGfyls6IZzGcpfDdl4ekyfCiB2q6Ky0xIaZpltBNkjX7BsFQjOu97vzkD6evTTzm

8QFQu0J3IOWBGl05BVKPAWBkd9imYsTNwBbBzjK0+CSERg7ms8x8ij4f44fnl90+
PycnxuGzClXpcqu155f576QvGXnsZrZBr2aGx5vO9vHkoT/PlviumK2a3eMLcvWC
1/g+tl0HGgcT9oqVekxv7ZkKjYTLA3GZ4wL6CdsVP76jplsYkofeC0vWSOGAbsxm
M/zp5Xz2W4tC0M0jaovUIQOprpcSW9JnL5yAoc7mX6/j+8FSdZmMnGJY/xNZaBr7
92eAik6A9m3WtLz2OXMjwmNr9HwQxCCHzAm+cBkEQIB5TqXcqODtJtTNPzMnazAV
ZXXdDyk9Y9lat5n0sJC938fvMxRSY1nwV7Ij0r/J2W8XrDv/otKRk8nyawO5zo1D
wiskmT5SY3yVXfHmkKhfy2e/xXGYWQ4NMtNqtwmlCke79IPB4kb1czWM
=KQe4

-----END PGP MESSAGE-----

**DECRYPTED TEXT**

Mat, thanks for the information. After a quick secondary review of both the lawyer and plaintiff, I suggest that you may also wish for some details on the plaintiff's relationship with the lawyer as they outwardly appear to be at least college, if not life-long, friends.

Spencer Meyer (plaintiff) received his Bachelor's degree from Dartmouth in 2002 and his MS (2004) and PhD (2014) from the University of Maine in forest resources. He is currently at Yale and lives in New Haven, CT.

Andrew Schmidt (lawyer) also received his Bachelor's degree from Dartmouth in 2002 and law degree from UVa in 2006. In 2010 he founded "Towards Justice", a nonprofit that fights wage theft among low-income, mostly immigrant workers in Colorado. He moved from Colorado to Maine in 2013, the same time that Spencer Meyer was there. He focuses on labor law.

> On the "maineworkerjustice.com" website, one testimonial said that, "Andy devised a nationwide plaintiffs' class action suit that no other lawyer had likely ever conceived, and in moving it forward, Andy quickly transformed the working conditions of thousands."

My recommendation on moving forward is to undertake a medium "Level-2" assessment of Spencer Meyer. This would include:

> An extensive public records search, including legal checks and court documents, government records (tax and mortgage, etc.), and affiliations/memberships.

> Social media assessment (including interactions with or about Andrew Schmidt and anything related to Uber)

> An initial "light-touch" reputational due diligence, engaging in 7 primary source interviews that that should highlight any issues for further digging, such as participating in any past lawsuits (particularly with Andrew Schmidt), and his relationship with Andrew Schmidt.

CONFIDENTIAL

As part of this effort on Meyer, we will also look to determine the likelihood that the attorney, Mr. Schmidt, is actually the driving force behind the complaint.

We can complete this task in 10 business days at a cost of $19,500. We will provide intel as soon as we have anything substantial, followed by a written report that highlights all derogatories and areas requiring additional investigation.

Let me know if you wish for any adjustments to this plan. I will then complete the paper work with Pooja.
Best, Todd

CONFIDENTIAL

ERGO-0001183

**1/4/16 MAT HENLEY NOTE TO TODD EGELAND AND MATTHEW MONEYHON
4:05 PM MST**



Mat Henley <mat@uber.com>                                        Jan 4

to me, Matthew

----BEGIN PGP MESSAGE-----
Charset: UTF-8
Comment: GPGTools - https://gpgtools.org
Comment: Using GnuPG with Mozilla - http://enigmail.mozdev.org/

hQEMA0ZG3ZcAznO6AQf+N/zzjv8Y3eiCPeiXhuOz0eU2XwE/H7d8NmsYT6ezTDMR
SVXgv4LSgCdg+HDaE8F+T1swHS7xkbG2M5vPitlzi+ulC58o7dhRwG3sZz1E/7Xa
k+bx5dQtsaD9BotyDlJflw+rrH6wZusYWxOQ/1r+dpYpYZJoJJu1vARFa7CJ2Efi
xbQn0XFGoslgzgPc6zZgOnk71u4UKrjHfV4RlnlpN3RJMxpSX8WRVPx9Mp6iucF
d5qmqaw4uSFEyFQxuozaaQ7QsD6T3BxTwbaD4GeDrLWaA5XvdFrZ3/
dGxeFnWMJf
2dpYMATN5UKRwrFTqEAjC1tKCQEgrnXOSmKoSlQgKlUCDAN/Gj5pRNT+eAEP/jhh
TBB6Bu2j6sAEuk+mVuZ1A4kw3q/P0VTVlgm1BhbPvO3J91NLbRi7ipCHZCf4pNpQ
5h4tUg9wBknUoNeG/Alm/JxoYXQug7FGsu39qNtvbULaAcfduz3MKQMuE7mfZ6e
8JDERoTc/NiNuLjvvXPG25Kt3WnlqHf74TeLZZfMltQedY1m0eUoncWkhvWF1eBu
JrnHbpyoKBCDzM8fEWp1DWV86EnAREji+fTHKalpT0qjaqEZCQsxnhWkWR/QffOu
dZMao6U0SaMeogG98Ruh7RUmUL9xGZKnl2q8i+pfp+bweF/X2pPxYWBUMofsTiGx
MWukWGgXV/qM88gDf8kD9Rp6EkWbUFQNF+
xgCgq5ERD1vHCbATEBcb7pR4NjFK2T
2a1md9amj/uJvTnZCCiwToNm5WLzAYYswmlbcoHZiTiy82M9xNtpPSxGOY/wzjmO
cbgnq8Xhi0NOC9uhHLDcSTQzRCpQ2aZ6ZTfid8emgh98MaaGa20hOrAGB7En8qn3
y+k/Sk9htmw/dKu1vsZTlZYmDKJVMrMnTPWpKC3+0FtRatckUAx9yKF83KNJNdhS
UGr0Z0yDuJDFynGQlRGkX1gbpPOMeY02J3SGc5Km2AH0hDldFSPTu1+
hEqDKoyty
1fcQ92rvW0P9kHWag/L4z6FnDvDz1YpUpVvTnQ4mhQIOA4AlKRBxQwOpEAf/Ygal
vmqRt8+RqOvSogkoDDr7AiileO2VEqcgbkt/9AE0DH+fzmBQvkQqcPiZ74xYfgph
Ec2N6L+WzQs+NvHW4on8TTDU++zlviC4HEi05x7rEloaiz362Dd96UverfTV2mEv
XCuoAbShMZBDAXM/7u8UljuLn0tk/sY3mga/UxawGUjtEqBWxEPJor7GCyqrraVp
Juh6tJXfThYsUcfDKc05CM2p+9lwidkRmXTS0jr2NMnfxq6qWJ8j7Y5gs37Y/9PR
LPt8zQalCLHMJ8VakaBNvd7OajHHG1QhiIs/dzQvR0ze9Omr4D/iE310UhF6482/
OiRXHD8VN7jmcp/e+wf9FUJTmteUldn76pP2GmRbrqxwTYgFSkPA5/Lpo3ojbqDe
0tNBOFrnbWrOQVCmUc583fvQ1G2RCOiFonbXjA2qZhPq6h9SArS46FqllqB6KVRk
+dj5rV8XvO+pwvMi5iSbEKmkBgfCd/DqG33iDRrqZPU9jVvCbTrds3tQGi+Tu/5j
dnGkOdUroMqNN10pVa08k5Kdd!OpDke6NBBmSxbpcpwDldaU513jPn2sxWsCAoqQ
VyK1/iU3h+M6ozEpJ8ArlwYhqq6Nez8QBgpW10gVmh0MZm6C/SmSny+3bJrAC8xw
9JO1JJDuVnCEiCuqoUDwyEYnPeKqa827JFTJ9O2/49LqAQlwggoY6ChjgN8dL1wc
bHHz8HyB+AkyWkha0viBH6cJyTtMzks9/Ai9iMrv5Qhnxm1k/B6hUuhayUNBozNE
RuApt1EOZiN8+X97UaXCjbl2bXFXP2/KMoY5wKvJ01XH6UxPDzg/ULF50nAS11Wc
Tj2YSZg7rCE5AjbAn64nSsauibN+RTWNr1hRRtcpuyay0i6llp8ry7tVF3G5JHA/
mgcK+4uDP8l4f06krZraz4Apqj2khCYj6NHC6CrOtJe95/whTqxlQJGtDTGdZYid
P2iG/2B8MzPZEWuYdVZBgWHlkRDwZOf2LiVFe74fzh6ikpJvTSk4QifBABhvrMa5
MPjpllR2RUpkv9h9CWfExibT5xFnx/DnYAKWyCeY7vya2om2ZMPSliEHfxfpYE8F
nUzgQG2HpTMxWJAzafu/yeNrk6AWCuNxGnd++D4cU4PhlW6J0DEwH4PjVxy/jaR9
fXlez+8ixGjli18TGuA0BvLDdqzDlh+hBRjPwtVHbhmrd0uF5QZsjHzGgT5ZZonD
nrYag6bvCMNOcGnKhWqP9ew5ufveGbJ1ShMEMfV6YfvijCagrXdc1WEklTyaACe
ssyfGD1sLf9/VfwFxIYSXMhlLPx9rStJzCMbax9PATTmuZnssdWCnxpu8yeDWRNX
aLWkRHUxXLf7qRnjNLnzQiwuBW1TmbbgYRen6yzlyUfE1AAeLjWisE+S5xfwnLec
p4ErmhWy7dl5h+HpdsvF4R7oSerJfWmM9akTLk75xPlgCxNPyVHl6sHCAPeXMTOW
NXKVuKjxpQUM+8TkSti/uG1nKF0/O+S8o+hQqcHOa6CqMXqJsQ59Rlaat3m7N4Cx
CemCzZTCXdhvjX+08l84avQZpgcqQDRLbtxm+ETgvgMyF4k+hR6brUhC8dkz4i97
2CiQoS8Ta5ySPT/sBxL8DKncQ1j8cc4!ixiZS2Nokr9PUXifG9pf3pyimk/aOgTE
w+57Zn/O+46GPBCvkLp1R7OA5Qzsq57nJ9Cow6900iuSrwiUpX7UpilMJWmQbH1w
li7AnQWH06A0BndQ1v/4YWGlMqAbjNjzrVL8tGu+jg0u354O2idq9loAHGxiXM80
yE7M1cFrBlgFHZYppbD9rm6C7FtzszixTbs03L7U4Xkk4yWYkIwGzfX83Qpd3xav
xgPQcDp4kdts6/RZDMO0D6P3n/K8GjTioQrVWjhS4kddrdudng6QVWPmIMhAmWQ1
wskzshk3BA89Dnkq+S/4VQxV0goWswDgVRKhiAEUTYTM7R4lhLL2lrFXXCSw6TyA
1KzcEECwfXQ9iUH5tya78z8CHy+4fo3BJvZfmu0NL4y5MD1lEYSli0kXkwQHxtZ7
rOkuxRxSBTur9MOx75qLUrG6byxM7MP3C2QW5h/

ERGO-0001184

eVPwnOlNisyQzTOCpAZb5yzR6
L6T1Cm2lqsyrKVE23puN2qSlu2DxDV50BrRvKfWoK37D4/4hzOMwFbwYWiyrGVkY
+70pYP/hBu6WTKpMjje8sysi5OJlVB43UmSzKDZiFrLRqoOgHtji5vhAYylG/aJL
/6kZw6R1EPyZonxHo7hKi0uBxi7z2jDXFvXCddhuliY9XIbCuGvj5JQ7KoqxFdaZ
ayhC/k4tj7zOdCilbywt6AsRn+ZefXOSlosyEuiJAAm+AfwD4CcdhKacpqFD3+Wt
fcWlEuh6yE1ucprCUrBFj3lyzK9hAbAsEalWveMxy2rverU4+WKtCaYE0B5e/Xqd
rdDMYCcMpXEeiogr3awnb5OpBwTvha1irL9EtiBbqM3cqA2N3u7muyXDlwvwiQoy
n8adKbYu/ugMstlc8HdRsE7uK8BrvdMWOxHaxxWlP8HmSJbzQGoSaiHek1xqcyvP
quxrqGSda8kC1q6Ta2wzgWo9ual8fWS1YyEu+N0YgAKBtTnomlRtaZjoayabsicU
js+p5/azBteiZiE9QnU2Jixjb4knHQskpDijCFr1EcWTaQl8/JRDfQ2uTiVc799M
iXEvF14zsYDrn4JMr6YfMjLjcRy0vMZ7xCP5SeKVB7UVncB2dS51zs/exWba832E
W5dtBimRCkxDidfiOUtziEQN1v/8ROWXhxC7focFyARS1nFoiST3lutucYcrsRwi
hYpg8Lu5TO1HxmC5YmmQj8xXJ3U7KDJ5XivhiJf7zWqrTwe8HmQBrMAo06WE
+gd2
BVa/J0f4AxyOqj8EOg3/rK//2HJLsqlqUX3fkl6QH93BcdPdO3afYPLpHb1tQkv+
hiJf+WmdNWlm2CmFKVqTr/hVjA4+PnddzXTiyiM61o1312q2xU+D6c4fCN/FsZ1w
aeYC4fa1XAoUcBU6FCOi7TZ11oHsNgiXZUprhz7RS99MZVAmxS+
MO1H1RxVJnUCe
HwpjaKvbD18khOW+roZYVH8zsw6YHxuTtokbue3DADWKp3ttti7fnBxkjm5yVR6U
XpbNyzihDzSDKw==
=qW1V
-----END PGP MESSAGE-----

**MM, I THINK MAT'S RESPONSE IS AT THE TOP OF THIS MESSAGE BUT IT ISNT SHOWING UP ON MY DECRYPTION. DO YOU HAVE? I THINK IT SAYS: All looks good guys, thanks. Level-2 sounds good.**

I CAN'T DECRYPT--MM

**DECRYPTED TEXT (its missing the top part of the message)**

Todd Egeland wrote:
> Mat, thanks for the information. After a quick secondary review of both the lawyer and plaintiff, I suggest that you may also wish for some details on the plaintiff's relationship with the lawyer as they outwardly appear to be at least college, if not life-long, friends.
>
> Spencer Meyer (plaintiff) received his Bachelor's degree from Dartmouth in 2002 and his MS (2004) and PhD (2014) from the University of Maine in forest resources. He is currently at Yale and lives in New Haven, CT.
>
> Andrew Schmidt (lawyer) also received his Bachelor's degree from Dartmouth in 2002 and law degree from UVa in 2006. In 2010 he founded "Towards Justice", a nonprofit that fights wage theft among low-income, mostly immigrant workers in Colorado. He moved from Colorado to Maine in 2013, the same time that Spencer Meyer was there. He focuses on labor law.
>
> • On the "maineworkerjustice.com" website, one testimonial said that, "Andy

devised a nationwide plaintiffs' class action suit that no other lawyer had likely ever conceived, and in moving it forward, Andy quickly transformed the working conditions of thousands."
>
> My recommendation on moving forward is to undertake a medium "Level-2" assessment of Spencer Meyer. This would include:
>
> • An extensive public records search, including legal checks and court documents, government records (tax and mortgage, etc.), and affiliations/memberships.
> • Social media assessment (including interactions with or about Andrew Schmidt and anything related to Uber)
> • An initial "light-touch" reputational due diligence, engaging in 7 primary source interviews that that should highlight any issues for further digging, such as participating in any past lawsuits (particularly with Andrew Schmidt), and his relationship with Andrew Schmidt.
>
> As part of this effort on Meyer, we will also look to determine the likelihood that the attorney, Mr. Schmidt, is actually the driving force behind the complaint.
>
> We can complete this task in 10 business days at a cost of $19,500. We will provide intel as soon as we have anything substantial, followed by a written report that highlights all derogatories and areas requiring additional investigation.
>
> Let me know if you wish for any adjustments to this plan. I will then complete the paper work with Pooja.
>
> Best, Todd
>
> _____
>
> Todd Egeland
> Managing Partner
> tel +1 703 332 1911
>
>
> Ergo
> 122 East 55th St.
> New York, NY 10022
> tel +1 212 421 4035
> www.ergo.net
>
>

**1/4/16 @ 4:33 PM MST**
**MAT HENLEY EMAILED TODD EGELAND AND MATTHEW MONEYHON**

CONFIDENTIAL

ERGO-0001186



Mat Henley <mat@uber.com>                                    Jan 4
to me, Mathew

Slovak ▾   ›   English ▾   Translate message          Turn off for: Slovak ✕

-----BEGIN PGP MESSAGE-----
Charset: UTF-8
Comment: GPGTools - https://gpgtools.org
Comment: Using GnuPG with Mozilla - http://enigmail.mozdev.org/

hQEMA0ZG3ZcAznO6AQ/+fllpyI3IHXC+8RoMliYTmr7AtVxKLfga1PG7otD5JAK2
cedCBADBou36Qi+FLzkWVu1Po8qBx4eah/Pulde5uFP7c11bkQKE/E4KDyqW0c2
uthha1nCaBRtUBUMaMVxICF4ehEYRtgCzdtAaRfau464O8PwtLSli7UR4Vq5pprx
dnKNTKz98iurzgixZgypouDgYZBixg6C2w3GCvHkHpO27du0505vvOhPQb8vglPe
y2DbAnrNgH6qhchf+7Zw00hw2VkJqCvi/qOVCNRbQTd4tsi6QWzoGZjDfB6qjJUP
Os4skT9SN2E7sCcppbfz96PDfSvzGCfOS0GpakUFtYUCDAN/Gj5pRNT+eAEQAJIB
/t7+8fnIHfZgjCR2fHMWsWYefyVE1sp4ElBOiKJBCBF+iZoOWx8BxOOJGdXgAvrH
SgiyQZjZ1BxOt/jEZp79Erg7LjDufHMj+imvBqnW0gCpPALiPJrK4qAmPZ32ygbA
CLu2rMM8hNagrozH19KiX5ofXkFgU5gFmyJzwZQjbKFrllv9CDSzhl9+3sOZ1LUy
3Dut5Mtwv1zS3NJkqeCkrDVVmUwLJ7uGZuPqO1k+fAEeYfc3HcgG2sirAxxv2KHw
AibJY50yYrRgiuLkTMBqiRTVZxpv7iKifNn+fgSUDtfTTRZHiYwq2fC/3G54OZcM
S6+4pGMdyjDuMF2SuGu0HirW+jcFEibTogiyqX70Mf0IWX7VDcyisDs1CIPbsrt4
y1dPYIeK1iHxTlsyVHattGCcE4hq1nyBhN6DXXC3e6ZBHWtM+cg7uMKRI3TKdxRz
48npnG7ewzk5XpISkNoSCS1Ryogbd25miaPxoq6Hi6sm+rig6dCx3Lydexx/0texB
X5ABGGkb8nh1mSu/xR9Y0jklVKahx1EpZVk9olwY9jwbBt4etCjbDsuYkw4Hf6e
vj5n5tovL6o6OYm9w+Kg43k9utCNljKthPcwikDlrMSjCgVo2fOm2FgT3mTDuiB7
VAVoY8H2piPsz4VvHrP9qi5dEVfVisKpMbwsqQFVhQIOA4AiKRBxQwOpEAf7Balx
Kibu1M9Ry4S9utl5u3kmHo8ayohkeOQYchwyG2r53kgKEqvmnAcpKuPd312Jz5TP
gv36unkBZd1mK9OmYlCM3nosu/SWtFpk9bya9jsDhlmR7051M3o1DpuBoQbHTr2/
gMhVBlwcoH5zQOdK+XwPBqslE7r0swnRuuYsJ/RYzUeJ7SAWQ99cpFoCc37hvSlE
j+wS3UIOMaY2cXk2M4ilDBzhZWUXd4mtYObHwP2JS6fXKCGp1jRbGCDoY2cssvTa
RatqSWglpF3QhOxvGArXhHAtyhG1wZWOVyvn8AD0oCsodAdxjeNokEQvriwU77iJ
Me150Xk4zj4l8wqFDQf/S29RMx3PmOvXvvts247C2xFilZdL6aZwvDqfEFVi/HQK
QDr1jwhHPrjESQ+9WAAnoi/dCWmd+QJetBFio4hbqBssxoZN/7Os+HNZ/KMU7D+S
TZoZDD5mwvtr9dhCLVnA9Wf9h24fsn2lU9bHEi+NGzsZ65+k9fxGtharVmJ3hkB
gCcG4SEYwI5j1wrNh0H+c7WofCusZcI7DL6C5c0siY4JTRZwn2n4Eh8iGopPMPG7
FX9SFoLPhzPPO9GC+kBds5K2AVfI5Cu62jIKnE8RpVXvjvkvC4wFKTrGxtgeOmj
kh/48xYROP2jpf8PyhsyrKuK9za5XMmtt5/Mkkgm9LBCQGzosyWlygIOvBnHwCc
2DlypPlskyuwDQDG/mtDEX7RImknJH5TprRC7r+PEN2qpHOZq+eub/m/k93hvQiJ
cp5IqnXeOq5RmpcAh9bOAE8HER2DZ5I0A4hRbPrKO81axJrVe5BIwt/BN/swbrPz
cdJgoZ4qUxHuR373eC9IvPTwtf7VK53I93aNwE026SoY8tqMwcPKZIFSCk++PO9h
SRuFjcig74cji+VpknO4OUSTaOgCjuEaBK/T3yJYv~QCKRtuzcsSbyiXxJqRWk/0
x2qpbWo4OUy83RNJUe4XiS79/Wt71Ky6DGngMpHjX6E0oXt0pPFYRN5UxCDkKllx
wQaKzB/bGy5B7QqgGJA6Aq5EHlo+LJ72/7LftIZVOkKct6OD+afFm49dj/NMmloo
NSQuK/1OTc+/TiuutnoHEeUsF2N26CjcX4ti4DlbstiURM/JGOzq4dwaF7LUCzYz
vuDK3tMV2i2WqSRi7NgdPwcxdH1KHbEWMC5na7K6gHN8DkEUYtRrse5ttKC1
WzWg
H6aimZLdY0XXDSd8VDyrA70LqyK0cnzeW6khg07X+BLGw6eDEGWQxn/Srk1t/Jyf
FbsBvkMpPo53rfs=
=erYi
-----END PGP MESSAGE-----

**DECRYPTED TEXT**

## REDACTED

Todd Egeland wrote:
> Yes, I got it! We can use Wickr if you prefer.

CONFIDENTIAL

>
> _____
> Todd Egeland
> Managing Partner
> tel +1 703 332 1911
>
>
> Ergo
> 122 East 55th St.
> New York, NY 10022
> tel +1 212 421 4035
> www.ergo.net
>
>
>
> On Mon, Jan 4, 2016 at 4:08 PM, Mat Henley <mat@uber.com> wrote:
>
> Let me know if you got that last one ok. I deleted your old key and added a new.
>
> We can also communicate via Wickr if that's preferable. Nothings worse than the 30 years of attempted PGP mail client integrations :)
>
> mat
>

CONFIDENTIAL

ERGO-0001188

**1/4/16 @ 6:29 PM MST**
**TODD EGELAND EMAIL TO MAT HENLEY (MATTHEW MONEYHON CC'D)**

Todd Egeland <tegeland@ergo.net>                          Jan 4 

to Mat, Matthew

-----BEGIN PGP MESSAGE-----
Version: 10.2.1.4940

qANQR1DBwU4DgAgpEHFDA6kQB/4jYpXw5GMdLabmBej4DnWMLdxokWto
dLfdFHJL
4soZauPCOrF4P7i7l5teVdVr6HjbFvYTJra8EoGloX4BDgC0PpoNQlj1eFme7uCk
u6kbUJ2hig4rlGuaL5otWqasbrmLRltmiLqik5BmMszrd9bvb5DvNcumnGjFQpN
/Cjk2VXnlNiPAn4XO+uEa4jGpXlOpZgoKTSiMjDzhGdFEOvKDeHRmI3cO48Qf8gj
lpPtiZFkZ1KqgBRKll824tOiS7Syx0EUb2hmclTmfzVsP6zTrPQg3HtD5fBHRnQQ
Abquh2o97p/NoLg/AhVp6oGcQvu9nzM2gPuZJluSVSQoFTbB/4ycWOyS14Vag4M
rCpLf3Qv+E/vN+ubkpyoZHEBkwh7ZuOz3CuFlRNi+5gCWoG2+cabcOy7GWiLqncD
Ep2GB7pn2Jz9mYRWLBTu5COtUPLZcLFaYum7iaXkCw3WXGm8ASoTRpMBp/
Ga4gUg
4DVgYeAUE+nF0r8sbiqlJOqAaQibMpCeaAwjAX//wZLKBxPC6NqL11mfxtXDFKFT
zos+d3KE2RRnhrD3Do6KQ/7CQYRBAw356b23U9Gyfhonr7xl873qhZF7y+SrzxYT
8M06p4wLyxO1EY87ilNeHJdywSSH/lwKNmv3lK7dHTVear9w2GCswnZLcjlXCLav
0ulc5bthwcBMA0ZG3ZcAznO6AQgAh7eC3VgUiJobG8sQoATixbpg2wiZfuI6xsdj
suKMT5kQAHGNnq59D71CjvAN3roPO9yMjjdk3lmhQct/HZGE2OJqTeMb7+SSCL0J
aw8d4tm9FBH32DXLMORhJOQJQaPDHrQVCaA6DYSUbhMGIcDVHNI4Ep5FxYel
/r6Q
MlTd0VBdvEd6TFCYlsEinAXLEBdDiXO5p/pXpivksj1Xcvk1zof7QRh5lowX2tr+
vVxSoaXSuSexoS+evD413B9mrO9LGtYPamHx+0//KaCczVPtASUePGUxDphUeagh
yc/C+hgDXOozFpkC56BXN3VPzElHEQjjvyjvAoxQxJBiM2Xngi8HATANvoRg/XJqV
zQEH/2Gd4X+T4WZC/BktzRAPh281tmlo3CuKqU/iRvNmo4Jbjcl3poVBbKMfVmnw
jSWE1LrZ49vdxlU/qVeXBrofETNzx6KJpttgtzlVN4bZglSK/zn7c4N1qS6V0svn
FJFGVTkLlqs+Eg+ifWZ+whJZ/mzryxPP2q4zFYvXZSRo0LWHrwEWfcVExp+eq6i6
6Lmu89EJ53uEKZq/BjVweVlhZO/5KXOk/kVTP8pu+mfABNL5ahmvBgoTbOQxqk4
ibxoOsdCJPFcCtrgNmgi8uMa32obRjau3BaxrvufUy+bcYO7HpazKqeVuHUtbtcK
l16bTSfexEN8dGREH88ob3BV0lzBwEwDALRhcajXyAYBB/45C4MVDnYeysMPSPCz
leozoYb1v3qouE25sE4AXqPq9CAy9B2iTpjbpAlTL5H8S4nsHpF+a94gRwHfZfiQ
lJPSsW8aLQGm6cmOofkhN0/4gUHOGrFGxsql89tDavz3WSu1lENwb5o29GHMucKy
A8qp7jKLFP4jryHMA3pkykHwzi5gb/l75lp9X4NrykfoAaXmTh5EVVudb/vbCdl3
Qqk5EM4XbM8bMM5Y21cdtfbhE5o8f7KujOfOAVvnQ5rZ0Bl/h6S2yC/mZak+Oych
m1q8DP+Ju2EsGM53MqrRy9eEoaTApf8h4kDGZWRXplym4io3TY2MdkhNBz8grQ4L
1oW50rlBuv/n9jX9jKYwAhrKQQo68AwCtLa+1PZccSXU4wW310WJz+/38oL68d3
ER75juDNwFcS8jHqaSebigAMABqL5RU+WJ5Sx3w0cLV1FrOmGuGd7dlqHhZ7jr1V
PWSt/vdkeUrwyk6Yp0AiWGDKk3ADU5Bsg2/L3vqmHBRcOdmOgvKn8Kiqrsldzafr
kvl+ScF5eU1Z4HEdaRoRhl+NaepjAsSCeX46Emg6tX0U6jR5nFig
=wsNQ
-----END PGP MESSAGE-----

**DECRYPTED TEXT**

**I THINK THIS IS THE DECRYPTED TEXT (BUT ONLY MY NAME COMES UP IN
DECRYPTION)**

Mat, perhaps Wickr for back and forth messages and PGP for attachments and notes for the
record? I will send you a Wickr invitation.

CONFIDENTIAL

Todd


**Todd Egeland Note to Matthew Moneyhon: NOTHING COMES UP WHEN I
DECRYPT**

**Moneyhon response:** REDACTED

CONFIDENTIAL

**1/7/16 @ 10:49 AM MST**
**MAT HENLEY TO TODD EGELAND**

Mat Henley <mat@uber.com>                                              Jan 7 

to me ▾

-----BEGIN PGP MESSAGE-----
Charset: ISO-8859-1
Comment: GPGTools - https://gpgtools.org
Comment: Using GnuPG with Mozilla - http://enigmail.mozdev.org/

hQEMA0ZG3ZcAznO6AQf/RARKqxb1gBrRyZFsAljefzhMip6E3UJCOOmy7zIYf/Md
RNtrAcEvYujxYqaKpgIZyiNvwSTuAh78kBSQsxg5XZst54/OT8EKAJq1wFhQI30i
NvMchU8yUjh5g1U5A3O4gE7pD7TC8miTrR2dli/SVEOCJKUpI9fyOgtOFm7icBaW
DKrwPFfV0mRWxruCuYspQCuowN1RU/GqpKrXT6ya/v5YYJBfluvDLie/JGI6gN1Q
itpAVlxqCaLZ7fwNkS5AcJxcqNfLQKljxSc/bv1/7x9fL1QecQdoC81sPsS41S2a
loGUswvphr7yMpaCOwoRlvCPFVkmo0jpLzoE15z364UCDgOACCkQcUMDqRAH/1Uf
mFib5hZKYtkmaczWSXn0/nU2DLh1sQQSL+An6AVSWrjUAWNc2QYtAH2yhQOoI0DC
nK146SgTutHiaDS5wfr0uGtPPWWmUgigwlhxHbogP8bGzEKFJ/M9PLJ+fWbnclxZ
1DsjfBhPQ5Qg2OjJ6VC29Unm3swqDMiM4REagRP9vQqXc6WQZu5w8pISfExeO9hk
AQDAvPK+mUzh+ugWXQRGe8g7xCETM3Lqs/3z/3lHQsIKsuhjPSM60koegnsb1tfO
ZQIFX1MUGHgVw8Js1lhBZKYWLTmuHVw38p9NzH1W2uHJbkv9L9hin+MlrUmiM0RA
wLCMOhiKF02oQ1+HcCUH/Ah5tWtTbpymINnAqFxYcYq0y38DPcoMsyOyeVj8LixY
WTK0u+q867At+LAQZowx1U1Ygd5ogqQ1bTLk+leeuF/Z5xKgRw1usiGannOGPAQp
c7/KX5FwiruCQftQ+ifYgs4xMvvBzZKiAbbAGCT6bjuCtLGQ+l3xMnVEFc/4Yzmc
/Xu17zvONTGc1jRob5IY3TXZtxMLXL/qIkVwF77QKuQi+sqkCs7Khb+S4mfs1Fei
Q6CDIYhPiXzBbBBsgtCEcBCRsKUL2b6VPNvdCDdXLIHtfyunjw7RGwj2DTbbkXor
0nsE03ehw0Bj7DA0NnCpO/X7DuDPG0Snhry+VMQBgK/SwP4BeeIcji2djrDLN84L
ibW42fS10VLrZkmIhfjXQXm2wv9ukFMFqbJnWwyrakwSbe+/eQLesZ07YO7f3d7u
LGdfj4apJuEYplqQXQF78+BJWORMHtJeiYRS2E4eE9PjbMaBSyAvcO5snOGyPDim
8lsu1oNN62wWbxaNiamjNBcS1y5yJjMOe/wxOLzQLYE+BcmTEGoEbbpK5YgZrRXD
NWWeaJCGjeCeh74gAur1dgVOJB5jN9vbbltEd7CZmumyKTSO/Mrb5G5Xa/gmaW6v
V5AN/SjqLIEMkZxfi2Mn6M+tR8gQJQAXE7wdv1sljs2cceMhfhAX63GmxAmUQIS1
k4+bT2tfG9Ajpi7iiRN5sGLFrh4Edk3A3i5wQKy1VT4PWGoD9Mm2v/Z8JLA8ViW7
NKMAkiZyxzFbPaV8rvzxo99EASMPYLoVJboV86cNBcgzvgKtRrBAJBfEzFKl2uPL
LeLJlh/3HFoIW7Gba46QsanZEYbvtq35Tb3U1v5N9JbGdT9u/4Czz0dVYgKpfCJW
m75xnzpRFf9Mxc6l+2J6zbvd7gyGCE3bYZ32xJxaLtEiORaa19jiuHzcsQ3zuu7L
tw==
=+VbU
-----END PGP MESSAGE-----


## DECRYPTED TEXT


This is a sample header that we use on work product, copying Craig
(craig.clark@uber.com) on anything sensitive.  I am not a lawyer - just
following example :)

Mr. Craig Clark
Legal Counsel
Uber Technologies
1455 Market St
4th Floor
San Francisco, CA 94103

# REDACTED

REDACTED This report contains Confidential and/or Privileged information and is protected under Attorney-Client Work Product Privilege.

CONFIDENTIAL

**1/19/16 TODD EGELAND EMAIL TO MAT HENLEY (MATTHEW MONEYHON CC'D)  10:29 PM MST DELIVERING OUR REPORT ON THE PROJECT**

Todd Egeland <tegeland@ergo.net>

to Mat, Matthew

----BEGIN PGP MESSAGE----
Version: 10.2.1.4940

Jan 19

**DECRYPTED TEXT**

Mat, attached is the report on Spencer Meyer who filed the Complaint against Travis.  Of course, let me know if anyone has any further questions, comments, or issues.

Best, Todd

CONFIDENTIAL

ERGO-0001193