# EXHIBIT G

OpenPGP Decrypted message                                                                                                                                                                                              Details

## Re: New Project

From: **Mat Henley**
To: Todd Egeland
Cc: Matthew Moneyhon

1/4/16, 3:06 PM

All looks good guys, thanks. Level-2 sounds good.

Todd Egeland wrote:

> Mat, thanks for the information. After a quick secondary review of both the lawyer and plaintiff, I suggest that you may also wish for some details on the plaintiff's relationship with the lawyer as they outwardly appear to be at least college, if not life-long, friends.
>
> Spencer Meyer (plaintiff) received his Bachelor's degree from Dartmouth in 2002 and his MS (2004) and PhD (2014) from the University of Maine in forest resources. He is currently at Yale and lives in New Haven, CT.
>
> Andrew Schmidt (lawyer) also received his Bachelor's degree from Dartmouth in 2002 and law degree from UVa in 2006. In 2010 he founded "Towards Justice", a nonprofit that fights wage theft among low-income, mostly immigrant workers in Colorado. He moved from Colorado to Maine in 2013, the same time that Spencer Meyer was there. He focuses on labor law.
>
> • On the "maineworkerjustice.com" website, one testimonial said that, "Andy devised a nationwide plaintiffs' class action suit that no other lawyer had likely ever conceived, and in moving it forward, Andy quickly transformed the working conditions of thousands."
>
> My recommendation on moving forward is to undertake a medium "Level-2" assessment of Spencer Meyer. This would include:
>
> • An extensive public records search, including legal checks and court documents, government records (tax and mortgage, etc.), and affiliations/memberships.
> • Social media assessment (including interactions with or about Andrew Schmidt and anything related to Uber)
> • An initial "light-touch" reputational due diligence, engaging in 7 primary source interviews that that should highlight any issues for further digging, such as participating in any past lawsuits (particularly with Andrew Schmidt), and his relationship with Andrew Schmidt.
>
> As part of this effort on Meyer, we will also look to determine the likelihood that the attorney, Mr. Schmidt, is actually the driving force behind the complaint.
>
> We can complete this task in 10 business days at a cost of $19,500. We will provide intel as soon as we have anything substantial, followed by a written report that highlights all derogatories and areas requiring additional investigation.
>
> Let me know if you wish for any adjustments to this plan. I will then complete the paper work with Pooja.
>
> Best, Todd
>
> _____
> Todd Egeland
> Managing Partner
> tel +1 703 332 1911
>
> Ergo
> 122 East 55th St.
> New York, NY 10022
> tel +1 212 421 4035
> www.ergo.net
>
> On Mon, Jan 4, 2016 at 2:38 PM, Mat Henley <mat@uber.com> wrote:
>
>> Very sorry for missing that, and I can't find it now. Would you mind resending?
>
> Todd Egeland wrote:
>
>>> Mat, On the 28th, I provided some details on the project and a question on the relationship between two of the individuals and the deadline. Let me know if it didn't come through on pgp.
>>>

EXHIBIT NO. 49
Henley
6.22.16
Andrea Ignacio, CSR 9830

PRIVILEGED & CONFIDENTIAL                                                                                                                                                                                       UBER-PRIV0000055