# EXHIBIT I

## Redacted Pursuant to Court Order

**From:** Miguel Santos-Neves  <msantosneves@ergo.net>
**Subject:** Reference request: attempting to verify the credentials of key figures in environmental conservation
**Date:** January 07, 2016 at 10:46 AM America/New_York
**To:** Redactedu



Dear ▇. Redacted,

My name is Miguel Santos-Neves and I am an analyst at Ergo, a leading primary research firm based in New York (http://www.ergo.net/). As part of a research project, I am attempting to verify the professional record and/or previous employment of various up-and-coming researchers in environmental conservation. We believe that you may have overseen the performance of or collaborated with some individuals whose professional details we hope to confirm.

This study is for a private client and will not be published, and your identity also would remain anonymous to the client. Participation would consist of a brief telephone discussion, during which time we would verify the professional history of one or two leading figures that might have worked with you in the past 10 years. Our questions will cover basic details such as the length of employment, the extent of satisfaction with the individual's work, and the general skill sets and duties performed.

We are working on a tight deadline and must submit our report very soon. If you're interested in participating, please let me know at your earliest convenience. We can also schedule a time for a brief preliminary call to talk about Ergo and the project in greater depth. You may contact me by email or phone (+1 212 421 4035).

Thank you in advance, and I look forward to hearing from you.

All the best,


Miguel E.H. Santos-Neves, PhD

Ergo

122 East 55th St.

New York, NY 10022



CONFIDENTIAL    ERGO-0000467

tel: +1 212 421 4035

skype: miguel.ergo

CONFIDENTIAL

ERGO-0000468