# EXHIBIT J

## Redacted Pursuant to Court Order

From: **Miguel Santos-Neves** [msantosneves@ergo.net]
Subject: Questions about Andy
Date: January 13, 2016 at 2:18 PM America/New_York
To: Redacted ████████ Re

Hi ██Re██ Re

Great chatting with you just now. Below, please find my questions about Andy Schmidt. I was hoping to have you answer some of them for my project profiling top up-and-coming labor lawyers in the US.

1)   How would you describe Andy himself and his work?

2)   How does he recruit clients and put together cases?

3)   How would you describe his professional and personal demeanor?

4)   What issues are most important to him beyond labor rights?

Please let me know if you'll be able to answer these questions. I'm working on deadline, so if you're willing to answer these questions, it would be great if I could get your input by end of day tomorrow.

Thanks in advance for your help.

All the best,

_____

Miguel E.H. Santos-Neves

Ergo
122 East 55th St.
New York, NY 10022
tel: +1 212 421 4035
skype: miguel.ergo
www.ergo.net



EXHIBIT
24
6.14.16
PENGAD 800-631-6989

CONFIDENTIAL

ERGO-0000626