# EXHIBIT L

# Redacted Pursuant to Court Order

| Name | Source/CT bio done (Y/N & initials) | Ergo Source | Contact Info | Target of inquiry | Pretext | Form and Date of Initial Contact | Follow up | Subsequent follow up |
|---|---|---|---|---|---|---|---|---|
| Redacted | | No | Redacted | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | LinkedIn on 1/7 | No | N/A |
| | | No | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | LinkedIn on 1/7 | No | N/A |
| | | Yes | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | email on 1/7 | Exchanged several emails on 1/7 to set time to speak. Had phone conversation on 1/7 at 11:30 EST | N/A |
| | | Yes | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | email on 1/7 | Exchanged several emails on 1/7 to set time to speak. Had phone conversation on 1/7 at 15:00 EST. Exchanged follow up emails shortly after conversation with source sending reference for Red Duveneck and list of leading up-and-coming figures in conservation. | N/A |
| | | Yes | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | email on 1/7 | Exchanged emails on 1/7-1/12 to arrange call time. Conversation held on 1/12 at 10:30 am | R contacted again via email on 1/17 to schedule follow up conversation. No reply and No conversation held |
| | | No | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | email on 1/7 | No reply to initial email. Followed up by phone (date unknown). She said she didn't know SM | N/A |
| | | No | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | email on 1/7 | No | N/A |
| | | No | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | email on 1/7 | No | N/A |
| | | No | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | email on 1/7 | No | N/A |
| | | No | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | email on 1/7 | No | N/A |
| | | No | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | email on 1/7 | No | N/A |
| | | No | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | email on 1/7 | No | N/A |
| | | No | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | email on 1/7 | No | N/A |
| | | Yes | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | email on 1/7 | Followed up by phone 1/11: no conversation. Followed up by phone 1/13: had conversation (time unknown) | N/A |
| | | No | | Spencer Meyer | A Reference request to verify the credentials of up-and-coming professionals | LinkedIn on 1/7 | No | N/A |
| | | No | | Spencer Meyer | A Reference request to verify the credentials of up-and-coming professionals | LinkedIn on 1/7 | Re n replied via LinkedIn on 1/8 declining interest; Ergo replied via LinkedIn on 1/11, asking that Re n revert back if he changed | N/A |
| | | Yes | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | email on 1/7 | Exchanged emails on 1/7 to set up time to chat. Spoke on 1/8 (precise time unknown) | contacted again via email on 1/17 to schedule follow up conversation. Follow up conversation held on 1/18 |
| | | No | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | LinkedIn on 1/8 | No | N/A |
| | | No | | Spencer Meyer | A Reference Request for Key Figures in Environmental Science | email on 1/8 | No | N/A |
| | | Yes | | Spencer Meyer | A Reference Request for Key Figures in Environmental Conservation | LinkedIn on 1/8 | Had phone conversation on 1/11 | N/A |
| | | No | | Spencer Meyer | A Reference Request for Key Figures in Environmental Conservation | LinkedIn on 1/8 | Sent another LinkedIn message on 1/13. No reply. | N/A |
| | | No | | Spencer Meyer | A Reference request to verify the credentials of up-and-coming professionals | LinkedIn on 1/8 | Called office several times. No conversation | N/A |

EXHIBIT 5
6.14.16

| Name | Source/CT bio done (Y/N & initials) | Ergo Source | Contact Info | Target of inquiry | Pretext | Form and Date of Initial Contact | Follow up | Subsequent follow up |
|---|---|---|---|---|---|---|---|---|
| Redacted |  | No | Redacted | Spencer Meyer | A Reference request to verify the credentials of up-and-coming professionals | LinkedIn on 1/8 | Called office several times. No conversation | N/A |
|  |  | Yes |  | Spencer Meyer | A Survey on Due Diligence practices for landlords in New Haven | Phone on 1/11 | Phone conversation on 1/15 (exact time unknown) | N/A |
|  |  | No |  | Spencer Meyer | A Reference Request for Key Figures in Environmental Conservation | LinkedIn on 1/11 | No | N/A |
|  |  | Yes |  | Spencer Meyer | A Reference Request for Key Figures in Environmental Conservation | LinkedIn on 1/11 | Phone conversation on 1/12 a 13:00 | N/A |
|  |  | No |  | Andrew Schmidt | A Reference request about up and coming labor lawyers | Phone, precise date unknown, but prior to 1/13 | In subsequent phone conversation on 1/13, Re requested that questions be sent to him. Questions sent via email 1/13 | N/A |
|  |  | No |  | Spencer Meyer | A Reference Request for Key Figures in Environmental Conservation | LinkedIn on 1/13 | Called subsequently (precise date unknown). Declined interest | N/A |