# EXHIBIT M

1) Could you please describe the nature of your relationship with Spencer Meyer?

2) How would you describe his work?

3) How do you think his work compares with the work of his peers?

4) How would you describe his demeanor among colleagues?

5) How would you describe his demeanor among students?
6) Do you know of any personal issues that might affect his professional reputation?
7) Do you know if he has been involved in any lawsuits?

8) Is there anything else you would like to add?

CONFIDENTIAL                                                                                                                      ERGO-0000443