# EXHIBIT N

From: **Todd Egeland** egeland@erco.net
Subject: January 19, 2016 at 4:05 PM America/New_York
Date: Miguel Santos-Neves msantosneves@erco.net
To:



do we have enough negative things said about Meyer to write a text box?



EXHIBIT
25
6·14·16
PENGAD 800-631-6989

CONFIDENTIAL

ERGO-0000697

From:   **Miguel Santos-Neves** msantosneves@ergo.net
Subject: January 19, 2016 at 4:08 PM America/New_York
Date:   Todd Egeland egeland3@ergo.net
To:



i don't believe so. No one really said anything negative about him. We can extrapolate and say that he is a bit of an "idiot savant" or naive outside the ivory tower of academia.

CONFIDENTIAL



From: **Miguel Santos-Neves** msantosneves@ergo.net
Subject: January 19, 2016 at 4:08 PM America/New_York
Date: Todd Egeland egeland@ergo.net
To:

or unwise in the ways of the world

CONFIDENTIAL

From:   **Todd Egeland** egeland@ergo.net
Subject:   January 19, 2016 at 4:09 PM America/New_York
Date:   Miguel Santos-Neves msantosneves@ergo.net
To:



did any source say he was idealistic and may be unwise in the ways of the world?

CONFIDENTIAL

From: **Miguel Santos-Neves** msantosneves@ergo.net

Subject: January 19, 2016 at 4:12 PM America/New_York

Date: Todd Egeland egeland@ergo.net

To:



actually, one did say that he was enamored with ideas and may be unfamiliar with the realities and demands of the real world

CONFIDENTIAL

From: **Todd Egeland** egeland@ergo.net

Subject: January 19, 2016 at 4:12 PM America/New_York

Date: Miguel Santos-Neves msantosneves@ergo.net

To:



perfect

CONFIDENTIAL

ERGO-0000702



From: **Miguel Santos-Neves** msantosneves@ergo.net
Subject: January 19, 2016 at 4:13 PM America/New_York
Date: Todd Egeland egeland@ergo.net
To:

where do you want to throw that in?

CONFIDENTIAL

ERGO-0000703

From: **Todd Egeland** egeland@ergo.net

Subject: January 19, 2016 at 4:13 PM America/New_York

Date: Miguel Santos-Neves msantosneves@ergo.net

To:



let me take a whack at it

CONFIDENTIAL

ERGO-0000704

From: **Miguel Santos-Neves** msantosneves@ergo.net
Subject: January 19, 2016 at 4:15 PM America/New_York
Date: Todd Egeland egeland@ergo.net
To:



ok. In support of this claim, you can add that Meyer has been working in academic institutions (and "away from the world") since he went to college in 1996.

CONFIDENTIAL

From: **Todd Egeland** egeland@ergo.net
Subject: January 19, 2016 at 4:16 PM America/New_York
Date: Miguel Santos-Neves msantosneves@ergo.net
To:



thx

CONFIDENTIAL

ERGO-0000706

From: **Todd Egeland** egeland@ergo.net
Subject: January 19, 2016 at 4:27 PM America/New_York
Date: Miguel Santos-Neves msantosneves@ergo.net
To:



which sources was it? A, B, C......

CONFIDENTIAL

From: **Miguel Santos-Neves** [msantosneves@ergo.net]
Subject: January 19, 2016 at 4:27 PM America/New_York
Date: Todd Egeland [egeland@ergo.net]
To:

A



CONFIDENTIAL

ERGO-0000708

From: **Todd Egeland** egeland@ergo.net
Subject: January 19, 2016 at 4:41 PM America/New_York
Date: Miguel Santos-Neves msantosneves@ergo.net
To:



where is the new stuff from the sources about Meyer and the lawsuit?

CONFIDENTIAL

From: **Miguel Santos-Neves** msantosneves@ergo.net
Subject: January 19, 2016 at 4:44 PM America/New_York
Date: Todd Egeland egeland@ergo.net
To:



i didn't put it all together in one place. In the the KFs, I added the line, "Lawsuit against Uber: Sources close to Meyer allege that Meyer believes he has a legitimate grievance against Uber, which he felt was worth pursuing. "

CONFIDENTIAL

From: **Miguel Santos-Neves** msantosneves@ergo.net

Subject: January 19, 2016 at 4:46 PM America/New_York

Date: Todd Egeland egeland@ergo.net

To:



in 3rd paragraph of General Background, I added the comment that Meyer's a rational person

CONFIDENTIAL

From: **Miguel Santos-Neves** [msantosneves@ergo.net]

Subject: January 19, 2016 at 4:51 PM America/New_York

Date: Todd Egeland [egeland@ergo.net]

To:



And I did not quote the source on Meyer's lack of political views, because that point was already made.

CONFIDENTIAL



From: **Todd Egeland** egeland@ergo.net

Subject: January 19, 2016 at 5:05 PM America/New_York

Date: Miguel Santos-Neves msantosneves@ergo.net

To:

can you give me a few sentences on what each source said about Meyer's lawsuit? You gave it to me before, but I can't find it

CONFIDENTIAL

ERGO-0000713

From: **Miguel Santos-Neves** msantosneves@ergo.net

Subject: January 19, 2016 at 5:07 PM America/New_York

Date: Todd Egeland egeland@ergo.net

To:



I only have one source (the one closest to him) speaking about Uber lawsuit specifically.

CONFIDENTIAL

From: **Miguel Santos-Neves** msantosneves@ergo.net

Subject: January 19, 2016 at 5:08 PM America/New_York

Date: Todd Egeland egeland@ergo.net

To:



will send in email right now

CONFIDENTIAL

From: **Todd Egeland** egeland@ergo.net

Subject: January 19, 2016 at 5:16 PM America/New_York

Date: Miguel Santos-Neves msantosneves@ergo.net

To:



which source is this?

CONFIDENTIAL

From: **Miguel Santos-Neves** msantosneves@ergo.net

Subject: January 19, 2016 at 5:20 PM America/New_York

Date: Todd Egeland egeland@ergo.net

To:

E



CONFIDENTIAL

ERGO-0000717