# EXHIBIT O

**From:** Todd Egeland egeland@ergo.net
**Subject:** Re: MAX Spencer Meyer Draft
**Date:** January 16, 2016 at 9:46 AM America/Los_Angeles
**To:** Miguel Santos-Neves msantosneves@ergo.net
**Cc:** Matthew Moneyhon moneyhon@ergo.net

Miguel, yes, please go back to one or two sources that you believe may have some background on the out of character issue. We need to try and get to the motivation issue.

Attached is a new draft. I redrafted the Key Findings to focus on "actionable" issues for the client. These are still rough so please feel free to work it further. Your Key Findings were very repetitive with the body of the paper -- the Key Findings should tell the client what the body of the paper means for them; it should not repeat the body.

I also have a few minor thoughts in red in the draft that need addressing.

_____

Todd Egeland
Managing Partner
tel +1 703 332 1911


Ergo
122 East 55th St.
New York, NY 10022
tel +1 212 421 4035
www.ergo.net



On Fri, Jan 15, 2016 at 4:59 PM, Miguel Santos-Neves <msantosneves@ergo.net> wrote:
> Hey Todd,
>
> Thank you very much.
>
> I agree with you: completely out of character.
>
> It's the very question that I had, and the only answer I could come up with is that his lawyer, Schmidt, has been goading Meyer to do this. This case is Schmidt's personal and political daily bread, and he's enlisted the lawyer Feldman (a former US Attorney in the Southern District) whom he knows personally and who happens to have connections in this jurisdiction. Schmidt seems to be the driver here.
>
> With that said, it would also be out of Meyer's character to be pawn in this game.
>
> I could go back to some sources and ask them the following direct question: "I've done some research on Spencer, and it appears that he's involved in a class-action lawsuit against Uber. Have you heard anything about this? Would this be in keeping with his character?" All the sources believe that I am profiling Meyer for a report on leading figures in conservation; I think this cover could still protect us from any suspicion in the event that I ask such a question. Asking such a question could have all sorts of consequences for Meyer himself, as it would get the academic rumor mill going.
>
> Let me know your thoughts.
>
> All the best,



EXHIBIT
33
6·15·16

CONFIDENTIAL                                                                                                          ERGO-0000665

---

Miguel E.H. Santos-Neves

Ergo
122 East 55th St.
New York, NY 10022
tel: +1 212 421 4035
skype: miguel.ergo
www.ergo.net


On Fri, Jan 15, 2016 at 6:24 PM, Todd Egeland <tegeland@ergo.net> wrote:
> Miguel, I just took a quick read of the report.  Very good job!
>
> I do have one question that arose while reading it.  We say--and demonstrate--that Meyer has a carefully craft professional and personal persona and reputation.  My question is why would someone who has done all the right things and appears to be reserved and conscientious, ever want to be the plaintiff in what promises to be a messy case against a firm that will actively defend its interests?
>
> It seems way out of character for him.
>
> ---
>
> Todd Egeland
> Managing Partner
> tel +1 703 332 1911
>
>
> Ergo
> 122 East 55th St.
> New York, NY 10022
> tel +1 212 421 4035
> www.ergo.net
>
>
> On Fri, Jan 15, 2016 at 2:59 PM, Miguel Santos-Neves <msantosneves@ergo.net> wrote:
>> Matthew and Todd,
>>
>> Attached, please find a complete draft of the DD report on Spencer Meyer. Let me know your thoughts.
>>
>> All the best,
>>
>> ---
>>
>> Miguel E.H. Santos-Neves
>>
>> Ergo
>> 122 East 55th St.
>> New York, NY 10022
>> tel: +1 212 421 4035
>> skype: miguel.ergo

CONFIDENTIAL
ERGO-0000666

www.ergo.net

**Attachments:**
MAX Spencer Meyer_Draft_TE.docx (376.37 kB)

CONFIDENTIAL