# EXHIBIT P



# Reputational Due Diligence
on Spencer Meyer

Prepared for Uber Technologies

15 January 2016

 Proprietary and Confidential



EXHIBIT
34
6·15·16

# Key Findings

Ergo's due diligence investigation of Spencer Meyer unearths an unlikely plaintiff in the class-action suit filed against Travis Kalanick. Both secondary research and primary source interview describe Meyer an up-and-coming land use conservationist with a singular focus on the forests of New England. They add that he is non-confrontational, with one source noting that in the years she has known Meyer he never once lost his composure. Sources speak of Meyer's personality in glowing terms: they find him to be professional, thoughtful, and trustworthy.

- At the same time, source and secondary research indicate that he has no political leanings or affinities to social causes. As such, being a plaintiff in this case appears out of character.

Given Meyer's forthright personality, we conjecture that his attorney and fellow Dartmouth classmate and fried, Andrew Schmidt. likely encouraged and induced Meyer to pursue his grievance against the company. Schmidt is a labor lawyer with a reputation for social causes and devising crafty legal strategies—including class action suits.

- A favorable ruling for the plaintiffs would have enormous benefits for Schmidt, who would see his social goals furthered and his professional profile raised.

- Moreover, Meyer appears to be an ideal plaintiff for Schmidt given Meyer's positive reputation, his environmental focus, and no prior legal involvements.

**Ergo Comment:** Given Meyer's carefully built professional focus and persona, we speculate that he was either talked into this suit by Schmidt and/or Meyer hopes to gain financially from the suit given his very modest financial situation and a growing family. However, Meyer's single focus on his environmental career is at odds with the potential backlash of this lawsuit. Schmidt may have convinced him otherwise. As such:

- Meyer may be particularly sensitive to any actions that tarnish his professional reputation, such as either being a witting "tool" of his friend Schmidts, or looking to "cash in" on the lawsuit.

- Our research indicates that Meyer's preoccupation with his environmental career and reputation are the most important things to him professionally.

| OVERALL RISK | REPUTATIONAL RISKS | COMPLIANCE RISKS | LEGAL RISKS | FINANCIAL RISKS | OTHER RISKS |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Risk Levels   No significant risk   Moderate risk   Serious risk



CONFIDENTIAL    ERGO-0000670