# EXHIBIT Q

From: **Matthew Moneyhon** moneyhon@ergo.net
Subject: January 19, 2016 at 10:50 AM America/New_York
Date: Miguel Santos-Neves msantosneves@ergo.net
To:



need to clean up the draft todd sent back

EXHIBIT
35
6-15-16

From: **Matthew Moneyhon** moneyhon@ergo.net
Subject: January 19, 2016 at 10:50 AM America/New_York
Date: Miguel Santos-Neves msantosneves@ergo.net
To:



noticed quite a few typppos

CONFIDENTIAL

ERGO-0000690

From: **Miguel Santos-Neves** msantosneves@ergo.net
Subject: January 19, 2016 at 10:50 AM America/New_York
Date: Matthew Moneyhon moneyhon@ergo.net
To:



working on that right now

CONFIDENTIAL

From: **Miguel Santos-Neves** msantosneves@ergo.net
Subject: January 19, 2016 at 10:50 AM America/New_York
Date: Matthew Moneyhon moneyhon@ergo.net
To:



same here

CONFIDENTIAL

ERGO-0000692

From: **Miguel Santos-Neves** msantosneves@ergo.net
Subject: January 19, 2016 at 12:44 PM America/New_York
Date: Matthew Moneyhon moneyhon@ergo.net
To:



   Todd added "Ergo Comment[s]" to the report. I haven't come across these before. Should we keep them?

ERGO-0000693

From: **Matthew Moneyhon** moneyhon@ergo.net
Subject: January 19, 2016 at 12:44 PM America/New_York
Date: Miguel Santos-Neves msantosneves@ergo.net
To:



yes

CONFIDENTIAL

From: **Matthew Moneyhon** moneyhon@ergo.net
Subject: January 19, 2016 at 12:44 PM America/New_York
Date: Miguel Santos-Neves msantosneves@ergo.net
To:



needed that to connect dots

CONFIDENTIAL

From: **Miguel Santos-Neves** msantosneves@ergo.net
Subject: January 19, 2016 at 12:45 PM America/New_York
Date: Matthew Moneyhon moneyhon@ergo.net
To:



ok

CONFIDENTIAL

ERGO-0000696