# EXHIBIT R



**Ergo**
thePOWERofPROXIMITY

# REPUTATIONAL INVESTIGATION:
## Spencer Meyer

Prepared for          19 January 2016
Mr. Craig Clark
Legal Counsel
Uber Technologies
San Francisco, CA 94103

The following is a draft report of an investigation of a complaint against Uber CEO Travis Kalanick. This report contains Confidential and/or Privileged information and is protected under Attorney-Client Work Product Privilege.

DRAFT
Proprietary and Confidential



# Key Findings

Ergo's investigation of Spencer Meyer unearths a somewhat unlikely plaintiff in the price-fixing complaint filed against Travis Kalanick. Primary source interviews, supported by secondary sources, paint Meyer as an up-and-coming and dedicated conservationist with a singular focus on building his career. Sources speak of Meyer's personality in glowing terms: they find him to be professional, thoughtful, and trustworthy. Friends and colleagues add that he is non-confrontational, with one source noting that in the years she has known Meyer he never once lost his composure.

- At the same time, sources assert and secondary research indicates that he has no political leanings or affinities to social causes.

According to one friend and peer, Meyer believes he has a legitimate complaint against Uber's surge pricing, a grievance that he felt was worth pursuing. However, given Meyer's forthright, career-focused personality, we speculate that his lawyer Andrew Schmidt—a fellow Dartmouth classmate and friend—may have encouraged and induced Meyer to pursue his personal grievance on a grander scale. Schmidt is a labor lawyer with a record of fighting for social justice and leveraging class-action suits.

- This lawsuit—particularly if successful—would have enormous benefits for Schmidt, who would see his social goals furthered and his professional profile raised.
- Moreover, Meyer is probably an ideal plaintiff for Schmidt given Meyer's positive reputation, his environmental focus, and no prior legal involvements.

**Ergo Comment:** *Meyer's carefully built professional focus and persona—and lack of supporting causes outside of environmentalism—is somewhat at odds with the potential backlash of this lawsuit. As such, Meyer may be particularly sensitive to any publicity that tarnishes his professional reputation.*

**Recommended Additional Research:** Given the relationship between Spencer Meyer and Andrew Schmidt—and the limited information available on Meyer's motivations for engaging in the complaint, we recommend additional research and investigation on:

- The personal and professional reputation of Andrew Schmidt and his relationship with—and perspectives on—Spencer Meyer initiating the complaint.



DRAFT
Proprietary and Confidential

CONFIDENTIAL                                                                                           ERGO-0000823