# EXHIBIT S

# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

<div style="text-align: right;">
PETER M. SKINNER<br>
Tel.: (212) 303-3654<br>
E-mail: pskinner@bsfllp.com
</div>

March 29, 2016

<u>VIA ELECTRONIC MAIL</u>

Mr. Brian Feldman
Harter Seacrest & Emery, LLP
1600 Bausch & Lomb Place
Rochester, NY 14604-2711
bfeldman@hselaw.com

      Re:    *Meyer v. Kalanick*, No. 15 Civ. 9796 (S.D.N.Y.)

Dear Brian:

      We were surprised and disappointed to receive your letter of March 23, 2016. In addition to its overblown and unfair rhetoric, the letter contains numerous mischaracterizations and inaccuracies. Further, your claim that this is a "sordid affair" is in dramatic contradiction to the collegiality and reasonableness of our phone conversations thus far in this case. We see no benefit in continuing a heated exchange of correspondence at this time but wish to state for the record that we strongly disagree with your account.

      Although we were under no obligation to do so, we paid you the courtesy of responding to your previous informal queries as quickly as possible. We updated you, virtually in real time (including late on a Friday night), when we learned information about Ergo's investigation. We further explained that Plaintiff's strategic decision to sue Mr. Kalanick in his personal capacity triggered a series of events that resulted in an investigation to determine whether this lawsuit posed a safety issue for Mr. Kalanick. This was a prudent and unfortunately necessary step to protect a man who faces real threats to his safety. Finally, we informed you that our client has asked Ergo not to conduct any further inquiry into Plaintiff or Plaintiff's counsel.

      In the interests of proceeding in a professional and respectful manner going forward, we now confirm for you, once again, that Ergo will conduct no further inquiries in this matter. We will consider how to respond to your remaining requests after Judge Rakoff rules on the pending motion to dismiss.

<div style="margin-left: 50%;">
Very truly yours,

/s/ Peter M. Skinner

Peter M. Skinner
</div>