# EXHIBIT U

## Redacted Pursuant to Court Order

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

May 18, 2016

**<u>Via Electronic Mail</u>**
Brian M. Feldman
Harter, Secrest & Emery LLP
1600 Bausch & Lomb Place
Rochester, NY 14604

Re:     *Meyer v. Kalanick,* No. 1:15-CV-09796 (JSR)

Dear Brian:

I write as a follow-up to today's meet and confer regarding the Ergo Matter.

In an attempt to be cooperative and assuage any additional concerns you may have concerning the Ergo matter, Mr. Kalanick and our firm represent to you yet again that Ergo has ceased any inquiries in this matter and that no further inquiries will be made.  We also attach a list containing:  (1) the name and contact information of any individual or entity contacted by Ergo and (2) the date and method of communication for each contact.

It is our hope that this resolves the matter.

Sincerely,

Alanna Rutherford

## LIST OF PEOPLE WHO COMMUNICATED WITH ERGO

| Name | Contact Info | Form and Date of Initial Contact |
|------|-------------|----------------------------------|
| ████████████ | email: ████████████ / phone: ████████████ | email on 1/7 |
| ████████████ | email: ████████████ / phone: ████████ ███ | email on 1/7 |
| ████████████ | email: ████████████; phone ████████ ██. | email on 1/7 |
| ████████████ | email: ████████████ / phone: ████████ ███ | email on 1/7 |
| ████████████ | email: ████████████ / phone: ████ ████████████ | email on 1/7 |
| ████████████ | LI: ████████████ / email: ████████████ / phone: ████ ████████████ | LinkedIn on 1/8 |
| ████████████ | ████████████ | Phone on 1/11 |
| ████████████ | LI: ████████████ / phone: ████████ | LinkedIn on 1/11 |
| ████████████ | Phone: ████████████ / email: ████████████ | Phone, initial call on 1/11 or 1/12 |
| ████████████ | email: ████████████ / phone: ████████ | Initial contact by email on 1/7 |
| ████████████ | ████████████ | email on 1/7 |