# EXHIBIT X



## Harter Secrest & Emery LLP
ATTORNEYS AND COUNSELORS

WWW.HSELAW.COM

May 10, 2016

Peter M. Skinner
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022

      Re:    *Meyer v. Kalanick*, 1:15-cv-09796-JSR (S.D.N.Y.)

Dear Mr. Skinner:

      I write in response to your April 25, 2016 letter concerning Ergo's deceptive conduct at the direction of your client, Defendant Travis Kalanick.

      We asked for assurances that Defendant would not engage in similar conduct in this litigation, along with information to attempt to remedy any harm to Plaintiff. Defendant has largely refused. Instead, by letters dated March 29, 2016, and April 25, 2016, Defendant offered to disclose a mere fraction of the information Plaintiff requested. And, presumably to avoid judicial review of Defendant's misconduct, Defendant refused to provide Plaintiff even this narrow slice of information unless Plaintiff first commit "not to use the information in this litigation for any purpose whatsoever."

      Plaintiff cannot accept this offer. Plaintiff will therefore apply to the Court for assistance. Please identify dates and times at which you will be available for a telephonic conference with the Court, in accordance with Judge Rakoff's Individual Rules.

      Very truly yours,

      Harter Secrest & Emery LLP

      /s/ Brian M. Feldman

      Brian M. Feldman
      DIRECT DIAL: 585.231.1201
      EMAIL: BFELDMAN@HSELAW.COM