# EXHIBIT AA

# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

PETER M. SKINNER
Tel.: (212) 303-3654
E-mail: pskinner@bsfllp.com

May 16, 2016

VIA EMAIL

Mr. Brian Feldman
Harter Seacrest & Emery, LLP
1600 Bausch & Lomb Place
Rochester, NY 14604-2711
bfeldman@hselaw.com

Re: *Meyer v. Kalanick*, No. 15 Civ. 9796 (S.D.N.Y.)

Dear Brian:

We write in response to your May 13, 2016 letter. We have now told you on multiple occasions that Ergo has not conducted any further investigation since at least February 19, 2016, and will not conduct any further inquiry in this case. Moreover, no one else has investigated Plaintiff of Plaintiff's counsel. There is nothing more to say.

With respect to your demands for additional information, our offer still stands to provide the information you claim that you need to ensure that your client's reputation has not been "harmed." Despite our repeated assurances that there is no further investigation ongoing, and our repeated offers to provide you with the relevant information, you threaten to raise this to the Court. We are willing to discuss the issue with you further this afternoon in a final attempt to resolve this amicably, but we continue to maintain that involving the Court is unnecessary.

Sincerely,

/s/
Peter M. Skinner