UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
SPENCER MEYER, individually and on :
behalf of those similarly situated, :
:
:
Plaintiff, :
:
vs. : Case No. 1:15-cv-9796 (JSR)
:
:
TRAVIS KALANICK and UBER :
TECHNOLOGIES, INC., :
:
Defendants. :
-----------------------------------------------------------x

**DEFENDANTS UBER TECHNOLOGIES, INC. AND TRAVIS KALANICK'S JOINT OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF RELATED TO THE ERGO INVESTIGATION**

REDACTED

CONFIDENTIAL

GIBSON, DUNN & CRUTCHER LLP

Reed Brodsky
200 Park Avenue
New York, NY  10166-0193
Telephone:    212.351.4000
Facsimile:     212.351.4035
RBrodsky@gibsondunn.com

Theodore J. Boutrous, Jr.
Daniel G. Swanson
Nicola T. Hanna
Joshua S. Lipshutz
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:    213.229.7000
Facsimile:     213.229.7520

TBoutrous@gibsondunn.com
DSwanson@gibsondunn.com
NHanna@gibsondunn.com
JLipshutz@gibsondunn.com

Cynthia E. Richman
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:     202.955.8500
Facsimile:     202.467.0539
CRichman@gibsondunn.com

*Counsel for Uber Technologies, Inc.*


BOIES, SCHILLER & FLEXNER LLP

Karen L. Dunn
William A. Isaacson
Ryan Y. Park
5301 Wisconsin Avenue, NW
Washington, DC  20015
Telephone:     (202) 237-2727
Facsimile:     (202) 237-6131
kdunn@bsfllp.com
wisaacson@bsfllp.com
rpark@bsfllp.com

Alanna C. Rutherford
Peter M. Skinner
Joanna C. Wright
575 Lexington Avenue, 7th Floor
New York, NY  10022
Telephone:     (212) 446-2300
Facsimile:     (212) 446-2350
arutherford@bsfllp.com
pskinner@bsfllp.com
jwright@bsfllp.com

*Counsel for Defendant Travis Kalanick*

## TABLE OF CONTENTS

Page

PRELIMINARY STATEMENT ................................................................................................ 1

FACTUAL AND PROCEDURAL BACKGROUND.................................................................. 2

    A.    Plaintiff Files the Complaint ................................................................................. 2

    B.    Potential Security Threat is Identified .................................................................. 2

    C.    The Security Investigation .................................................................................... 4

    D.    The Report is Delivered and the Investigation is Closed...................................... 6

    E.    The Miscommunication and Correction ............................................................... 7

    F.    Meet and Confer Process ...................................................................................... 8

    G.    Proceedings Before the Court ............................................................................... 9

ARGUMENT ............................................................................................................................... 11

    A.    Plaintiff Is Not Entitled To Attorney's Fees ....................................................... 11

        1.    Plaintiff has not shown that Defendants acted in bad faith........................12

        2.    Plaintiff has not demonstrated any prejudice.............................................16

        3.    Defendants' legitimate attempts to protect privileged communications are not grounds for sanctions...........................................17

    B.    The Cases Plaintiff Cites Do Not Support the Imposition of Sanctions ............... 18

    C.    Plaintiff Is Not Entitled to an Order Precluding Defendants from Seeking Discovery About Him .......................................................................................... 19

## TABLE OF AUTHORITIES

Page(s)

### Cases

*Amchem Products, Inc. v. Windsor*,
   521 U.S. 591 (1997)..................................................................................................20

*Browning Debenture Holders' Comm. v. DASA Corp.*,
   560 F.2d 1078 (2d Cir. 1977)..............................................................................14, 15, 16, 19

*Chambers v. NASCO, Inc.*,
   501 U.S. 32 (1991)....................................................................................................17

*Chateau de Ville Prods., Inc. v. Tams-Witmark Music Library, Inc.*,
   586 F.2d 962 (2d Cir. 1978)........................................................................................20

*De Beers Consol. Mines v. United States*,
   325 U.S. 212 (1945)..................................................................................................12

*Fayemi v. Hembrecht & Quist, Inc.*,
   174 F.R.D. 319 (S.D.N.Y. 1997) ...............................................................................18, 19, 20

*Gidatex, S.r.L v. Campaniello Imps., Ltd.*,
   82 F. Supp. 2d 119 (S.D.N.Y. 1999)............................................................................13

*Grupo Mexicano de Desarrollo S.A. v. All. Bond Fund, Inc.*,
   527 U.S. 308 (1999)..................................................................................................12

*Hensley v. Eckerhart*,
   461 U.S. 424 (1983)..................................................................................................16

*Mackler Prods., Inc. v. Cohen*,
   225 F.3d 136 (2d Cir. 2000)........................................................................................17

*New York State Ass'n for Retarded Children, Inc. v. Carey*,
   711 F.2d 1136 (2d Cir. 1983)......................................................................................16

*Oliveri v. Thompson*,
   803 F.2d 1265 (2d Cir. 1986)......................................................................................12

*Plum Creek Lumber Co. v. Hutton*,
   608 F.2d 1283 (9th Cir. 1979).....................................................................................12

*Roadway Exp., Inc. v. Piper*,
   447 U.S. 752 (1980)..................................................................................................12

# TABLE OF AUTHORITIES *(continued)*

Page(s)

*Sakon v. Andreo*,
  119 F.3d 109 (2d Cir. 1997) ................................................................................12, 14, 16

*Salahuddin v. Harris*,
  782 F.2d 1127 (2d Cir. 1986) ........................................................................................12

*United States v. Hayman*,
  342 U.S. 205 (1952) ......................................................................................................12

*United States v. Int'l Bhd. of Teamsters, Chauffeurs, Warehousemen & Helpers of Am., AFL-CIO*,
  948 F.2d 1338 (2d Cir. 1991) .....................................................................................1, 12

*Update Art, Inc. v. Modiin Pub., Ltd.*,
  843 F.2d 67 (2d Cir. 1988) ............................................................................................19

*Upjohn Co. v. Aetna Cas. & Sur. Co.*,
  768 F. Supp. 1186 (W.D. Mich. 1990) .............................................................18, 19, 20

*Wilson v. Citigroup, N.A.*,
  702 F.3d 720 (2d Cir. 2012) ..........................................................................................12

*Wolters Kluwer Fin. Servs., Inc. v. Scivantage*,
  564 F.3d 110 (2d Cir. 2009) ....................................................................................12, 16

# PAGES 1-20 INTENTIONALLY OMITTED

Dated:   July 6, 2016

Respectfully submitted,


/s/ Nicola T. Hanna
       Nicola T. Hanna


GIBSON, DUNN & CRUTCHER LLP

Reed Brodsky
200 Park Avenue
New York, NY  10166-0193
Telephone:     212.351.4000
Facsimile:      212.351.4035
RBrodsky@gibsondunn.com

Theodore J. Boutrous, Jr.
Daniel G. Swanson
Nicola T. Hanna
Joshua S. Lipshutz
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:     213.229.7000
Facsimile:      213.229.7520
TBoutrous@gibsondunn.com
DSwanson@gibsondunn.com
NHanna@gibsondunn.com
JLipshutz@gibsondunn.com

Cynthia E. Richman
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:     202.955.8500
Facsimile:      202.467.0539
CRichman@gibsondunn.com

*Attorneys for Uber Technologies, Inc.*


BOIES, SCHILLER & FLEXNER LLP

Karen L. Dunn
William A. Isaacson

Ryan Y. Park
5301 Wisconsin Avenue, NW
Washington, DC  20015
Telephone:     (202) 237-2727
Faxsimile:     (202) 237-6131
kdunn@bsfllp.com
wisaacson@bsfllp.com
rpark@bsfllp.com

Alanna C. Rutherford
Peter M. Skinner
Joanna C. Wright
575 Lexington Avenue, 7th Floor
New York, NY  10022
Telephone:     (212) 446-2300
Facsimile:     (212) 446-2350
arutherford@bsfllp.com
pskinner@bsfllp.com
jwright@bsfllp.com

*Counsel for Defendant Travis Kalanick*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2016, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned matter.

/s/ Nicola T. Hanna
Nicola T. Hanna