UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
SPENCER MEYER, individually and on :
behalf of those similarly situated, :
:
Plaintiff, :
:
vs. : Case No. 1:15-cv-9796 (JSR)
:
TRAVIS KALANICK and UBER :
TECHNOLOGIES, INC., :
:
Defendants. :
-----------------------------------------------------------x

**DECLARATION OF NICOLA T. HANNA IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND TRAVIS KALANICK'S JOINT OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF RELATED TO THE ERGO INVESTIGATION**

GIBSON, DUNN & CRUTCHER LLP

Reed Brodsky
200 Park Avenue
New York, NY  10166-0193
Telephone:     212.351.4000
Facsimile:     212.351.4035
RBrodsky@gibsondunn.com

Theodore J. Boutrous, Jr.
Daniel G. Swanson
Nicola T. Hanna
Joshua S. Lipshutz
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:     213.229.7000
Facsimile:     213.229.7520
TBoutrous@gibsondunn.com
DSwanson@gibsondunn.com
NHanna@gibsondunn.com

JLipshutz@gibsondunn.com

Cynthia E. Richman
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:     202.955.8500
Facsimile:     202.467.0539
CRichman@gibsondunn.com

*Counsel for Uber Technologies, Inc.*


BOIES, SCHILLER & FLEXNER LLP

Karen L. Dunn
William A. Isaacson
Ryan Y. Park
5301 Wisconsin Avenue, NW
Washington, DC  20015
Telephone:     (202) 237-2727
Facsimile:     (202) 237-6131
kdunn@bsfllp.com
wisaacson@bsfllp.com
rpark@bsfllp.com

Alanna C. Rutherford
Peter M. Skinner
Joanna C. Wright
575 Lexington Avenue, 7th Floor
New York, NY  10022
Telephone:     (212) 446-2300
Facsimile:     (212) 446-2350
arutherford@bsfllp.com
pskinner@bsfllp.com
jwright@bsfllp.com

*Counsel for Defendant Travis Kalanick*

I, Nicola T. Hanna, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.  I am a partner at Gibson, Dunn & Crutcher LLP, representing Defendant Uber Technologies, Inc. ("Uber") in the above-captioned case. I make this declaration in support of Uber and Defendant Travis Kalanick's Joint Opposition to Plaintiff's Motion for Relief Related to the Ergo investigation.

2.  I am over eighteen years of age and have personal knowledge of the matters stated herein.

3.  Attached to this declaration as Exhibit A is a true and correct copy of a document produced by Uber as UBER-PRIV0000022. Uber has designated this document "Confidential" under the Protective Order entered on June 16, 2016 ("Protective Order").

4.  Attached to this declaration as Exhibit B is a true and correct copy of a document produced by Uber as UBER-PRIV0000043. Uber has designated this document "Confidential" under the Protective Order.

5.  Attached to this declaration as Exhibit C is a true and correct copy of a document produced by Uber as UBER-PRIV0000040. Uber has designated this document "Confidential" under the Protective Order.

6.  Attached to this declaration as Exhibit D is a true and correct copy of a document produced by Uber as UBER-PRIV0000039. Uber has designated this document "Confidential" under the Protective Order.

7.  Attached to this declaration as Exhibit E is a true and correct copy of a document produced by Uber as UBER-PRIV0000055. Uber has designated this document "Confidential" under the Protective Order.

8. Attached to this declaration as Exhibit F is a true and correct copy of a document produced by Global Precision Research LLC d/b/a Ergo ("Ergo") as ERGO-0000936. Ergo has designated this document "Confidential" under the Protective Order.

9. Attached to this declaration as Exhibit G is a true and correct copy of a document produced by Uber as UBER-PRIV0000058. Uber has designated this document "Confidential" under the Protective Order.

10. Attached to this declaration as Exhibit H is a true and correct copy of a document produced by Uber as UBER-PRIV0000059. Uber has designated this document "Confidential" under the Protective Order.

11. Attached to this declaration as Exhibit I is a true and correct copy of a document produced by Ergo as ERGO-0000986. Ergo has designated this document "Confidential" under the Protective Order.

12. Attached to this declaration as Exhibit J is a true and correct copy of a document produced by Ergo as ERGO-0001067. Ergo has designated this document "Confidential" under the Protective Order.

13. Attached to this declaration as Exhibit K is a true and correct copy of excerpts from the transcript of the June 23, 2016 deposition of Joseph Sullivan. Uber has designated this document "Confidential" under the Protective Order.

14. Attached to this declaration as Exhibit L is a true and correct copy of excerpts from the transcript of the June 22, 2016 deposition of Mathew Henley. Uber has designated this document "Confidential" under the Protective Order.

15. Attached to this declaration as Exhibit M is a true and correct copy of excerpts from the transcript of the June 23, 2016 deposition of Craig Clark. Uber has designated this document "Confidential" under the Protective Order.

16. Attached to this declaration as Exhibit N is a true and correct copy of excerpts from the transcript of the June 15, 2016 deposition of Todd Egeland. Ergo has designated this document "Confidential" under the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 6, 2016

/s/ Nicola T. Hanna
Nicola T. Hanna
