# EXHIBIT A

## CONFIDENTIAL

## [INTENTIONALLY OMITTED]