# EXHIBIT B

## CONFIDENTIAL

## [INTENTIONALLY OMITTED]