# EXHIBIT A

# CONFIDENTIAL



PRIVILEGED & CONFIDENTIAL   UBER-PRIV0000022