# EXHIBIT D

# CONFIDENTIAL



OpenPGP Decrypted message                                                                                                    Details

**Re: Note for Todd**                                                                                              🟡 Important

From: **Mat Henley**                                                                                             12/24/15, 5:36 AM
To: Todd Egeland                                                                                                  mat@uber.com - All Mail
Cc: Matthew Moneyhon

Hey Todd,

Attached is the complaint with him and his lawyer named. In your SOW, can you make sure to keep it general enough so that the research remains discreet from a discovery perspective?

Let me know when you think you have a due date in mind so I can relay it up.

Thanks,
Mat

Todd Egeland wrote:
> Mat,   we are happy to undertake the requested research; we do quite a bit of this work for law firms. Please provide the details when available, and I will get back to you immediately.

>

> Also, our MSA with Pooja and the lawyers is completed.  We now have a very easy way to undertake individual projects.  Once we have the details on this project, I will complete that form and submit as well.

>

> Merry Christmas to you and your growing family!

> Todd and Matt

>

>

> _____

> Todd Egeland

> Managing Partner

> tel +1 703 332 1911

>

>

> Ergo

> 122 East 55th St.

> New York, NY 10022

> tel +1 212 421 4035

> www.ergo.net

PRIVILEGED & CONFIDENTIAL                                                                                  UBER-PRIV0000039