# EXHIBIT E

# CONFIDENTIAL



PRIVILEGED & CONFIDENTIAL              UBER-PRIV0000055