# EXHIBIT F

# CONFIDENTIAL

From: **Craig Clark** <craig.clark@uber.com>
Subject: Re: Explanatory info
Date: February 24, 2016 at 12:04 PM America/Los_Angeles
To: Todd Egeland <egeland@ergo.net>
Cc: Matthew Moneyhon <moneyhon@ergo.net>, Mat Henley <mat@uber.com>



Thank you, Todd. I am talking to our litigation team on next steps here. I know you have confirmed this already, but please do ensure that Ergo has completely stood down on this matter.


Craig Clark | Uber | Legal
Mobile: 415.830.2934

Confidentiality Note: This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, or an employee or agent authorized by the intended recipient, is prohibited. If you have received this message in error, please notify the sender by email.


On Wed, Feb 24, 2016 at 7:04 AM, Todd Egeland <egeland@ergo.net> wrote:
WORK PRODUCT PROTECTED BY ATTORNEY-CLIENT PRIVILEGE

Mr. Craig Clark
Legal Counsel
Uber Technologies
1455 Market St
4th Floor
San Francisco, CA 94103


Dear Craig:

The following and attached are a summary of our work on the price-fixing lawsuit filed against the CEO. This report contains Confidential and/or Privileged information and is protected under Attorney-Client Work Product Privilege.

Attached is a spreadsheet laying out with whom we spoke and the date(s) of the interaction. Please note that the second page contains the specific names of the contacts.

I additionally went back to our investigator to inquire again whether he made any inquires about opposing counsel. He said that while he never actually had a discussion regarding opposing counsel, he did reach out to one of his previous colleagues in Colorado to ask some general questions. The colleague asked for written questions, and our investigator sent the attached vanilla questions. Obviously, this is the incident that is causing the response from opposing counsel.

I do want to assure you that we have safeguards in place (and training) that should have prevented our investigator from going beyond the scope of the project or sending Ergo-identified questions to a potential interviewee. This will not happen again, and we will certainly seek guidance to fully understand the risk levels and how far you wish for us to push primary sources in the future.

Let me know if you wish for any further clarifications.

All my best,
Todd

CONFIDENTIAL  ERGO-0000936

Todd Egeland
Managing Partner
tel +1 703 332 1911

Ergo
122 East 55th St.
New York, NY 10022
tel +1 212 421 4035
www.ergo.net

CONFIDENTIAL                                                                                                                   ERGO-0000937