# EXHIBIT G

# CONFIDENTIAL



PRIVILEGED & CONFIDENTIAL