# EXHIBIT J

# CONFIDENTIAL

From: **Todd Egeland** egeland@ergo.net
Subject: Re: Explanatory info -- Client Attorney Privilege
Date: May 18, 2016 at 7:33 AM America/Los_Angeles
To: Craig Clark craig.clark@uber.com
Cc: Mat Henley mat@uber.com, Nicholas Gicinto nicko@uber.com, Matthew Moneyhon moneyhon@ergo.net



This report contains Confidential and/or Privileged information and is protected under Attorney-Client Work Product Privilege.

Craig, all contact information regarding this issue is on the attached Excel spreadsheet, along with notes at the top of the spreadsheet in red. You may wish to review that note before passing.

We double checked all information for accuracy. Also note that we are unsure whether the first outreach to Hood was on the 11th or 12th.

Let me know if you have any further questions,
Best, Todd

_____

Todd Egeland
Managing Partner
tel +1 703 332 1911


Ergo
122 East 55th St.
New York, NY 10022
tel +1 212 421 4035
www.ergo.net



On Tue, May 17, 2016 at 4:18 PM, Craig Clark <craig.clark@uber.com> wrote:
> <<A/C PRIV>>
>
> Todd - Please see below. Can you make sure you've covered all bases on contacts and get it back to me asap? We need well before noon tomorrow.
>
> Thank you
>
> Craig Clark | Uber | Legal Director, Security & Law Enforcement
> Mobile: 415.830.2934
>
> Confidentiality Note: This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, or an employee or agent authorized by the intended recipient, is prohibited. If you have received this message in error, please notify the sender by email.
>
>
> ---------- Forwarded message ----------
> From: **Lindsey Haswell** <haswell@uber.com>

CONFIDENTIAL                                                                                                                                                    ERGO-0001067

Date: Tue, May 17, 2016 at 4:10 PM
Subject: Re: Explanatory info
To: Craig Clark <craig.clark@uber.com>
Cc: Mat Henley <mat@uber.com>


A/C PRIV

Craig,

As I mentioned, we have a call with the court tomorrow on this issue. Can you please get Ergo to send the following info from Ergo asap, please:

- the list of contacts that Ergo provided previously (copy attached) does not include Alexander Hood. We know that they contacted Alex by email on 1/13. We need Ergo to confirm that we are not missing anyone else or any other dates of contact. Please have them double check their info.
- we need the contact info for each person they contacted -- address or phone number.

I need this information to produce it to the other side by noon PST tomorrow.

thanks,
Lindsey

On Wed, Feb 24, 2016 at 10:00 AM, Craig Clark <craig.clark@uber.com> wrote:
> Attorney-Client Privileged.
>
> Lindsey- Please see below and attached related to ongoing litigation. Happy to chat further.
>
>
> Craig Clark | Uber | Legal
> Mobile: 415.830.2934
>
> Confidentiality Note: This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, or an employee or agent authorized by the intended recipient, is prohibited. If you have received this message in error, please notify the sender by email.
>
>
> ---------- Forwarded message ----------
> From: **Todd Egeland** <tegeland@ergo.net>
> Date: Wed, Feb 24, 2016 at 7:04 AM
> Subject: Explanatory info
> To: craig.clark@uber.com
> Cc: Matthew Moneyhon <moneyhon@ergo.net>
>
>
> WORK PRODUCT PROTECTED BY ATTORNEY-CLIENT PRIVILEGE
>
> Mr. Craig Clark
> Legal Counsel
> Uber Technologies
> 1455 Market St
> 4th Floor
> San Francisco, CA 94103

CONFIDENTIAL                                                                                                                ERGO-0001068

Dear Craig:

The following and attached are a summary of our work on the price-fixing lawsuit filed against the CEO. This report contains Confidential and/or Privileged information and is protected under Attorney-Client Work Product Privilege.

Attached is a spreadsheet laying out with whom we spoke and the date(s) of the interaction. Please note that the second page contains the specific names of the contacts.

I additionally went back to our investigator to inquire again whether he made any inquires about opposing counsel. He said that while he never actually had a discussion regarding opposing counsel, he did reach out to one of his previous colleagues in Colorado to ask some general questions. The colleague asked for written questions, and our investigator sent the attached vanilla questions. Obviously, this is the incident that is causing the response from opposing counsel.

I do want to assure you that we have safeguards in place (and training) that should have prevented our investigator from going beyond the scope of the project or sending Ergo-identified questions to a potential interviewee. This will not happen again, and we will certainly seek guidance to fully understand the risk levels and how far you wish for us to push primary sources in the future.

Let me know if you wish for any further clarifications.

All my best,
Todd

_____

Todd Egeland
Managing Partner
tel +1 703 332 1911


Ergo
122 East 55th St.
New York, NY 10022
tel +1 212 421 4035
www.ergo.net

**Attachments:**
Spreadsheet with Ergo source outreach.xlsx (13.82 kB)

CONFIDENTIAL                                                                                                                         ERGO-0001069