# EXHIBIT N

# CONFIDENTIAL

1                  T. Egeland
2    China or Russia.  We may just say we can
3    help you there, we have capabilities there,
4    we can help you.
5              But typically we market ourselves
6    as we have these five capacities that I
7    mentioned; diligence, stakeholder analysis,
8    market access issues, regulatory issues and
9    geopolitical risk analysis.
10        Q.   Do you also supervise projects?
11        A.   No, I don't.
12        Q.   What is your current position at
13   Ergo?
14        A.   My title is managing partner.
15        Q.   Okay.
16             Has that been your title
17   throughout your time?
18        A.   Yes.
19        Q.   Have your responsibilities been
20   the same throughout your 8 years at Ergo?
21        A.   Yes.  I was hired to do business
22   development.
23        Q.   Who is -- do you have a direct
24   supervisor?
25        A.   The CEO.

```
 1                    T. Egeland
 2      Q.     Is that R.P. Eddy?
 3      A.     Yes.
 4      Q.     Do you have any direct reports?
 5      A.     No.
 6      Q.     Before you worked at Ergo, what
 7   did you do?
 8      A.     I worked at Central Intelligence
 9   Agency.
10      Q.     For about how long?
11      A.     A little over 28 years.
12      Q.     Do Ergo's clients, are they aware
13   of your background with the Central
14   Intelligence Agency?
15      A.     I would say yes, the majority,
16   yes.  I don't know what all of them know,
17   but yeah.
18      Q.     Do you know if Uber is aware that
19   you previously used to work at the CIA?
20      A.     I believe so, yeah.  I can't
21   remember having a specific conversation
22   with Matt Henley about it, but I'm assuming
23   he does.
24      Q.     Do you have a New York State
25   private investigator's license?
```