UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER, individually and on behalf of those similarly situated,<br><br>      Plaintiffs,<br><br> -against-<br><br>TRAVIS KALANICK and<br>UBER TECHNOLOGIES, INC.<br><br>      Defendants. | 1:15 Civ. 9796 (JSR) |

**ERGO'S OPPOSITION TO PLAINTIFF'S MOTION
<u>FOR RELIEF RELATED TO THE ERGO INVESTIGATION</u>**

**REDACTED**

**CONFIDENTIAL**

## **TABLE OF CONTENTS**

Page

TABLE OF AUTHORITIES ................................................................................................... ii
INTRODUCTION ...................................................................................................................1
ARGUMENT ..........................................................................................................................2
    I.    ERGO ACTED IN GOOD FAITH..............................................................................2
    II.   ERGO'S REPORT WAS OBJECTIVE, ACCURATE, AND POSITIVE .................6
    III.  ERGO NEVER OBSTRUCTED THE DISCOVERY PROCESS ..............................8
CONCLUSION.......................................................................................................................10

- ii -

# TABLE OF AUTHORITIES

Page(s)

**Cases**

*Amezcua v. Jordan Transportation, Inc.*,
    No. 2:13-cv-01608, 2016 U.S. Dist. LEXIS 71259 (D. Nev. May 27, 2016) ..........................4

*Apple Corps v. Int'l Collectors Soc'y*,
    15 F. Supp. 2d 456 (D.N.J. 1998) .............................................................................................3

*Bridgestone/Firestone, Inc. v. Recovery Credit Servs., Inc.*,
    98 F.3d 13 (2d Cir. 1996) .........................................................................................................2

*Dickson v. Slezak*,
    902 N.Y.S.2d 206 (2010) .........................................................................................................3

*Fox Indus. v. Gurovich*,
    No. CV 03-5166, 2006 U.S. Dist. LEXIS 73035 (E.D.N.Y. Oct. 6, 2006) ..............................2

*Germain v. M & T Bank Corp.*,
    111 F. Supp. 3d 506, 539 (S.D.N.Y. 2015) ..............................................................................3

*Gidatex, S.r.L. v. Campaniello Imports*,
    82 F. Supp. 2d 119 (S.D.N.Y. 1999) ........................................................................................3

*LeBreton v. Weiss*,
    680 N.Y.S.2d 532 (1998) .........................................................................................................3

# PAGES 1-10 INTENTIONALLY OMITTED

Dated:  July 7, 2016

                                  Respectfully submitted,

                                  /s/ *David W. Bowker*
                                  David W. Bowker
                                  WILMER CUTLER PICKERING
                                     HALE AND DORR LLP
                                  1875 Pennsylvania Avenue, NW
                                  Washington, DC 20006
                                  Tel:  (202) 663-6000
                                  david.bowker@wilmerhale.com

                                  *Counsel for Ergo*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2016, I caused the foregoing document to be served via e-mail on all parties registered for CM/ECF in the above-captioned matter:

*/s/ David W. Bowker*
David W. Bowker