Exhibit 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    -------------------------------------
 5    SPENCER MEYER, individually and on
 6    behalf of those similarly situated,
 7                    Plaintiffs,
 8        vs.                 1:15 Civ. 9796 (JSR)
 9    TRAVIS KALANICK,
10                    Defendant.
11    -------------------------------------
12
13            DEPOSITION OF TODD EGELAND
14
15          Wednesday, June 15, 2016
16                  9:06 a.m.
17
18
19
20
21
22    Reported by:
23    Joan Ferrara, RPR, RMR, CRR
24    Job No. 174300
25
```

```
 1
 2                         June 15, 2016
 3                         9:06 a.m.
 4                         New York, New York
 5
 6
 7         Deposition of TODD EGELAND, held
 8    at the offices of McKool Smith, One Bryant
 9    Park Avenue, New York, New York, pursuant
10    to Notice, before Joan Ferrara, a
11    Registered Professional and Merit Reporter
12    and Notary Public of the State of New York.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

                         T. Egeland

        the project are the e-mails between them

        that you've reviewed, e-mails of chats?

             A.    Yes, yes.

                   Could I point something out?

             Q.    Please.

             A.    The date that Matt Henley first

        sent me the project on 17 December, I was

        going in for surgery, I had thyroid cancer.

        So I was sort of -- Matthew was sort of

        trying to handle it for me, you'll see

        e-mails where Matthew reaching back out to

        him.

                   So when I wasn't -- I wasn't

        focusing well and also I was having, you

        know, controlling my hormones, I was having

        trouble focusing, I was tired, and I was

        happy to throw this over the transom and

        because I now had more treatments coming up

        later in January.

                   So I'm not saying that for pity.

        It was that I kind of launched this over

        and I was focused on my health and I was

        focused on something else.  So I wasn't --

        it was like, just take this and I've got

1                   T. Egeland
2    other things to worry about.  So I had
3    medical tests all month, and then I had to
4    take radioactive pill to kill the rest of
5    my thyroid cells and all that.  So that was
6    happening during all of this.
7         Q.   Understood.  I can certainly see
8    why it wasn't at the top of your mind.
9         A.   I wanted to put this in
10   perspective for you.
11              MR. BOWKER:  I should add just
12        for you guys, I wasn't aware of that
13        until yesterday.  So that's why you
14        haven't heard it before.
15              MR. BRIODY:  Understood.
16              MR. BOWKER:  I probably would
17        have said something if I had known
18        that.
19              MR. BRIODY:  Appreciate that.  We
20        obviously empathize with that
21        situation.
22              THE WITNESS:  Thank you.
23   BY MR. SMITH:
24        Q.   So outlined in the project and
25   the instructions that you, or the