Exhibit 2

Case 1:15-cv-09796-JSR   Document 114-2   Filed 07/08/16   Page 1 of 4

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   ------------------------------------------
 5   SPENCER MEYER, individually and on
 6   behalf of those similarly situated,
 7                   Plaintiffs,
 8        vs.                 1:15 Civ. 9796 (JSR)
 9   TRAVIS KALANICK,
10                   Defendant.
11   ------------------------------------------
12
13       DEPOSITION OF MIGUEL SANTOS-NEVES
14
15           Tuesday, June 14, 2016
16                 9:13 a.m.
17
18
19
20
21
22   Reported by:
23   Joan Ferrara, RPR, RMR, CRR
24   Job No. 174299
25
```

```
 1
 2                         June 14, 2016
 3                         9:00 a.m.
 4                         New York, New York
 5
 6
 7           Deposition of MIGUEL
 8   SANTOS-NEVES, held at the offices of McKool
 9   Smith, One Bryant Park Avenue, New York,
10   New York, pursuant to Notice, before Joan
11   Ferrara, a Registered Professional and
12   Merit Reporter and Notary Public of the
13   State of New York.
14
15
16
17
18
19
20
21
22
23
24
25
```

1           M. Santos-Neves
2    not on the e-mail chain.  Can you take a
3    look at it and tell me if you recognize the
4    subject matter?
5        A.    During preparation for
6    deposition, allusion was made to this
7    particular document, but this is the first
8    time that I'm seeing it.
9        Q.    So the top e-mail is an e-mail
10   from Matthew Moneyhon to Todd Egeland, May
11   20th of this year.
12          And Mr. Moneyhon states:
13          "Miguel Santos-Neves is the only
14   person that had any contact with anyone on
15   this matter.  You should know that it's our
16   intention to dismiss him for breach of our
17   research protocol.  We will, however, keep
18   him on staff until we hear from you that he
19   is not needed for any further explanation."
20          Is that the first time that you
21   heard that you -- that Mr. Moneyhon
22   believes you breached the research
23   protocol?
24       A.    Yes.
25       Q.    Were you ever informed that you