Exhibit 4

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    ------------------------------------------

5    SPENCER MEYER, individually and on

6    behalf of those similarly situated,

7                         Plaintiffs,

8         vs.                 1:15 Civ. 9796 (JSR)

9    TRAVIS KALANICK,

10                        Defendant.

11   ------------------------------------------

12

13            DEPOSITION OF TODD EGELAND

14

15            Wednesday, June 15, 2016

16                 9:06 a.m.

17

18

19

20

21

22   Reported by:

23   Joan Ferrara, RPR, RMR, CRR

24   Job No. 174300

25

Todd Egeland
June 15, 2016                                                    2

```
 1

 2                            June 15, 2016

 3                            9:06 a.m.

 4                            New York, New York

 5

 6

 7            Deposition of TODD EGELAND, held

 8   at the offices of McKool Smith, One Bryant

 9   Park Avenue, New York, New York, pursuant

10   to Notice, before Joan Ferrara, a

11   Registered Professional and Merit Reporter

12   and Notary Public of the State of New York.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                T. Egeland

 2        Q.    Which I think you just mentioned.

 3              What does light touch

 4    reputational due diligence mean?

 5        A.    I wrote light touch to mean we're

 6    going to go out and not ask -- we're going

 7    to ask open-ended questions that would

 8    protect the client's identity and just not

 9    be directing -- not asking leading

10    questions or asking, you know, has this

11    person done anything wrong -- you know,

12    asking derogatory questions.

13              The light touch means we just go

14    out, say do you know this person, what do

15    you think of this person.  We get what we

16    get.  We don't -- we don't have questions

17    that go down paths.

18              And again, most of that is to

19    ensure that -- you know, in theory, at

20    least, that we're protecting the client's

21    identity.

22        Q.    Protecting the client's identity

23    was important to Mr. Henley?

24        A.    Well, when he said sensitive

25    under the radar, I took it to mean that,
```