UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPENCER MEYER, individually and on behalf of those similarly situated,

        Plaintiffs,

-against-

TRAVIS KALANICK and UBER TECHNOLOGIES, INC.

        Defendants.

1:15 Civ. 9796 (JSR)

ECF Case

---

**PLAINTIFF'S REPLY MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR RELIEF RELATED TO THE ERGO INVESTIGATION**

# REDACTED
# CONFIDENTIAL

---

**CONSTANTINE CANNON LLP**
Matthew L. Cantor
David A. Scupp
335 Madison Avenue
New York, New York 10017

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes
Ellen Meriwether
1101 Market Street, Suite 2650
Philadelphia, PA 19107

**ANDREW SCHMIDT LAW PLLC**
Andrew Arthur Schmidt
97 India Street
Portland, Maine 04101

**MCKOOL SMITH, P.C.**
John Briody
James H. Smith
One Bryant Park, 47th Floor
New York, New York 10036

Lewis T. LeClair
300 Crescent Court, Suite 1500
Dallas, Texas 75201

**HARTER SECREST & EMERY LLP**
Brian Marc Feldman
Jeffrey A. Wadsworth
Edwin M. Larkin
A. Paul Britton
1600 Bausch & Lomb Place
Rochester, New York 14604

*Counsel for Plaintiff Spencer Meyer*

# TABLE OF AUTHORITIES

**Page(s)**

**CASES**

*Adkins v. GMAC*,
   479 Fed. Appx. 386 (2d Cir. 2012) .................................................................................... 2

*Broadrock Gas Servs., LLC v. AIG Specialty Ins. Co.*,
   2015 U.S. Dist. LEXIS 26462 (S.D.N.Y. Mar. 2, 2015) ...................................................... 6

*Chambers v. NASCO, Inc.*,
   501 U.S. 32, 45 (1991) .......................................................................................................... 2

*Harley v. Nesby*,
   2012 U.S. Dist. LEXIS 61576 (S.D.N.Y. May 2, 2012) ...................................................... 5

*In re Futterman*,
   99-CV-8793, 2001 U.S. Dist. LEXIS 3177 (S.D.N.Y. Mar. 21 2001) ............................... 5

*Midwest Motor Sports v. Arctic Sales, Inc.*,
   347 F.3d 693 (8th Cir. 2003) ................................................................................................ 3

*SunTrust Mortg., Inc. v. AIG United Guar. Corp.*,
   2011 U.S. Dist. LEXIS 33118 (E.D. Va. Mar. 29, 2011) .................................................... 2

*Upjohn Co. v. Aetna Cas. & Sur. Co.*,
   768 F. Supp. 1186 (W.D. Mich. 1990) ................................................................................ 3

*Wilder v. GL Bus Lines*,
   258 F.3d 126 (2d Cir. 2001) .................................................................................................. 2

**STATUTES**

Fed. R. Civ. P. 37 ........................................................................................................................ 2

28 U.S.C. § 1651(a) .................................................................................................................... 2

**PAGES 1-6 INTENTIONALLY OMITTED**

Dated: New York, New York
July 8, 2016

| | |
|---|---|
| **CONSTANTINE CANNON LLP**<br>Matthew L. Cantor<br>David A. Scupp<br>335 Madison Avenue<br>New York, New York 10017<br>Tel: (212) 350-2700<br>Fax: (212) 350-2701<br>mcantor@constantinecannon.com<br>dscupp@constantinecannon.com | **MCKOOL SMITH, P.C.**<br>*/s/ John C. Briody*<br>John C. Briody<br>James H. Smith<br>One Bryant Park, 47th Floor<br>New York, New York 10036<br>Tel: (212) 402-9400<br>Fax: (212) 402-9444<br>jbriody@mckoolsmith.com<br>jsmith@mckoolsmith.com |
| **CAFFERTY CLOBES<br>MERIWETHER & SPRENGEL LLP**<br>Bryan L. Clobes<br>Ellen Meriwether<br>1101 Market Street, Suite 2650<br>Philadelphia, PA 19107<br>Tel: (215) 864-2800<br>Fax: (215) 864-2800<br>bclobes@caffertyclobes.com<br>emeriwether@caffertyclobes.com | Lewis T. LeClair<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Tel: (214) 978-4984<br>Fax: (214) 978-4044<br>lleclair@mckoolsmith.com |
| **ANDREW SCHMIDT LAW PLLC**<br>Andrew Arthur Schmidt<br>97 India Street<br>Portland, Maine 04101<br>Tel: (207) 619-0320<br>Fax: (207) 221-1029<br>andy@maineworkjustice.com | **HARTER SECREST & EMERY LLP**<br>Brian Marc Feldman<br>Jeffrey A. Wadsworth<br>Edwin M. Larkin<br>A. Paul Britton<br>1600 Bausch & Lomb Place<br>Rochester, New York 14604<br>Tel: (585) 232-6500<br>Fax: (585) 232-2152<br>bfeldman@hselaw.com<br>jwadsworth@hselaw.com<br>elarkin@hselaw.com |

*Counsel for Plaintiff Spencer Meyer*

7

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2016, I filed and therefore caused the foregoing document to be served via e-mail and the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned matter:

/s/ James H. Smith
James H. Smith