# EXHIBIT B

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF NEW YORK

 3

 4   SPENCER MEYER, individually
     and on behalf of those
 5   similarly situated,

 6            Plaintiffs,
     vs.                                No. 1:15 Civ. 9796 (JSR)
 7
     TRAVIS KALANICK,
 8
              Defendant.
 9   _____/

10

11

12       CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

13              DEPOSITION OF JOSEPH SULLIVAN

14              SAN FRANCISCO, CALIFORNIA

15                THURSDAY, JUNE 23, 2016

16

17

18

19

20

21

22   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

23        CSR LICENSE NO. 9830

24        JOB NO. 504146

25
```

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF NEW YORK

 3

 4   SPENCER MEYER, individually
     and on behalf of those
 5   similarly situated,

 6             Plaintiffs,
     vs.                              No. 1:15 Civ. 9796 (JSR)
 7
     TRAVIS KALANICK,
 8
                Defendant.
 9   _____/

10

11

12

13        Deposition of Joseph Sullivan, taken on

14     behalf of the Plaintiff, at Gibson, Dunn &

15     Crutcher, LLP, 555 Mission Street, 30th Floor,

16     San Francisco, California, Pursuant to Notice,

17     before me, ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR,

18     CLR ~ CSR License No. 9830.

19

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S:

 2

 3

 4      ON BEHALF OF THE PLAINTIFF:

 5           MCKOOL SMITH, P.C.

 6           By:  JOHN C. BRIODY, Esq.

 7           One Bryant Park, 47th Floor

 8           New York, New York 10036

 9           Phone: 212.402.9400

10           jbriody@mckoolsmith.com

11

12      ON BEHALF OF UBER TECHNOLOGIES:

13           GIBSON DUNN & CRUTCHER, LLP

14           By:  NICOLA T. HANNA, Esq.

15                LAURA J. PLACK, Esq.

16           3161 Michelson Drive

17           Irvine, California 92612-4412

18           Phone:  949.451.3800

19           nhanna@gibsondunn.com

20

21      ALSO PRESENT:  Martin White, Uber

22                     Angela Padilla, Uber

23

24                    ---oOo---

25
```

1  sometimes we don't learn about it until someone files
2  a lawsuit.  And so, as a result of that, sometimes we
3  do investigations related to people who are involved
4  in litigation.
5         And it's in that context that I -- I think I
6  would say "yes" to your question, because we're trying
7  to figure out what actually happened in the vehicle.
8  Is this a safe -- is this driver someone who should be
9  allowed to continue to drive?  Is this passenger
10 someone who should continue to be allowed to press a
11 button and get a ride?
12        Other than that, I don't think that we have
13 at Uber.
14    Q   Okay.  And do you have some familiarity, as
15 we sit here today, with the investigation that Ergo
16 undertook with respect to Mr. Meyer?
17    A   I read the report at the time it came in.  I
18 have not gone back and looked at it since then.
19    Q   Do you have an understanding of how Ergo went
20 about obtaining the information that was contained in
21 its report to you?
22    A   I don't.
23    Q   Have you attempted to figure that out as you
24 sit -- prior to today, as we sit here today?
25    A   No.