UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER,<br><br>   individually and on behalf of those similarly situated,<br><br>                         Plaintiff,<br><br>                         v.<br><br>TRAVIS KALANICK and UBER TECHNOLOGIES, INC.,<br><br>                         Defendants. | Civil Action No. 1:15 Civ. 9796 (JSR)<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that, pursuant to the Court's order conveyed via telephone conference on July 29, 2016, and upon the Memorandum of Law, and any attachments thereto, to be filed on or before August 1, 2016, Plaintiff Spencer Meyer will move this Court, before the Honorable Jed S. Rakoff, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an order joining Alessandra Dreyer, William Madden, Gabriel Nathanson, and Todd Radonsky as plaintiffs in this action pursuant to Federal Rule of Civil Procedure 20(a)(1).  Pursuant to Local Civil Rule 6.1(b), absent further order from the Court, response papers are to be filed on or before August 15, 2016.

Dated: New York, New York
July 29, 2016

| | |
|---|---|
| **HARTER SECREST & EMERY LLP**<br>Brian Marc Feldman<br>Jeffrey A. Wadsworth<br>Edwin M. Larkin<br>1600 Bausch & Lomb Place<br>Rochester, New York 14604<br>Tel: (585) 232-6500<br>Fax: (585) 232-2152<br>bfeldman@hselaw.com<br>jwadsworth@hselaw.com<br>elarkin@hselaw.com | **CONSTANTINE CANNON LLP**<br><br>____/s/ David A. Scupp____<br>Matthew L. Cantor<br>David A. Scupp<br>335 Madison Avenue<br>New York, New York 10017<br>Tel: (212) 350-2700<br>Fax: (212) 350-2701<br>mcantor@constantinecannon.com<br>dscupp@constantinecannon.com |
| **MCKOOL SMITH**<br>John Briody<br>James H. Smith<br>One Bryant Park, 47th Floor<br>New York, New York 10036<br>Tel: (212) 402-9400<br>Fax: (212) 402-9444<br>jbriody@mckoolsmith.com<br>jsmith@mckoolsmith.com | **ANDREW SCHMIDT LAW PLLC**<br>Andrew Arthur Schmidt<br>97 India Street<br>Portland, Maine 04101<br>Tel: (207) 619-0320<br>Fax: (207) 221-1029<br>andy@maineworkjustice.com<br><br>**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**<br>Bryan L. Clobes<br>Ellen Meriwether<br>1101 Market Street, Suite 2650<br>Philadelphia, Pennsylvania 19107<br>Tel: (215) 864-2800<br>Fax: (215) 864-2800<br>bclobes@caffertyclobes.com<br>emeriwether@caffertyclobes.com<br><br>*Counsel for Plaintiff Spencer Meyer* |