UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
SPENCER MEYER, individually and on                           :
behalf of those similarly situated,                          :
                                                             :
                Plaintiffs,                   :   Case No. 1:15-cv-9796 (JSR)
                                                             :
     -against-                                              :
                                                             :
TRAVIS KALANICK and UBER                                     :
TECHNOLOGIES, INC.                                           :
                                                             :
                Defendants.                   :
------------------------------------------------------------x

## NOTICE OF APPEAL

Notice is hereby given that Defendant Uber Technologies, Inc. ("Uber") appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order signed by Judge Jed S. Rakoff of this Court on July 29, 2016 (Dkt. 126) (the "Order") denying Uber's motion to compel arbitration, and from any and all of the Court's rulings adverse to Uber incorporated in, antecedent to, or ancillary to the Order. *See* 9 U.S.C. § 16(a)(1)(B).

Dated:   August 5, 2016

                                            Respectfully submitted,

                                            /s/  Theodore J. Boutrous, Jr.
                                            Theodore J. Boutrous, Jr.

                                            GIBSON, DUNN & CRUTCHER LLP

                                            Theodore J. Boutrous, Jr.
                                            Daniel G. Swanson
                                            Nicola T. Hanna
                                            Joshua S. Lipshutz
                                            333 South Grand Avenue
                                            Los Angeles, CA  90071
                                            Telephone:    213.229.7000
                                            Facsimile:    213.229.7520

TBoutrous@gibsondunn.com
DSwanson@gibsondunn.com
NHanna@gibsondunn.com
JLipshutz@gibsondunn.com

Reed Brodsky
200 Park Avenue
New York, NY  10166-0193
Telephone:     212.351.4000
Facsimile:      212.351.4035
RBrodsky@gibsondunn.com

Cynthia E. Richman
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:     202.955.8500
Facsimile:      202.467.0539
CRichman@gibsondunn.com

*Attorneys for Uber Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2016, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned matter:

/s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr.
