UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
SPENCER MEYER, individually and on                          :
behalf of those similarly situated,                         :
                                                            :
                     Plaintiffs,                                  :  Case No. 1:15-cv-9796 (JSR)
                                                            :
     -against-                                            :
                                                            :
TRAVIS KALANICK and UBER                                    :
TECHNOLOGIES, INC.                                          :
                                                            :
                     Defendants.                                  :
------------------------------------------------------------x

## NOTICE OF APPEAL

      Notice is hereby given that Defendant Travis Kalanick appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered by Judge Jed S. Rakoff of this Court on July 29, 2016 (Dkt. 126) (the "Order") denying Mr. Kalanick's motion to compel arbitration, and from any and all of the Court's rulings adverse to Mr. Kalanick incorporated in, antecedent to, or ancillary to the Order.  *See* 9 U.S.C. § 16(a)(1)(B).

Dated: August 5, 2016

                                                      Respectfully submitted,

                                                       /s/ Karen L. Dunn

                                                     Karen L. Dunn
                                                     William A. Isaacson
                                                     Ryan Y. Park
                                                     BOIES, SCHILLER & FLEXNER LLP
                                                     Tel:  (202) 237-2727
                                                     Fax:  (202) 237-6131
                                                     5301 Wisconsin Ave, NW
                                                     Washington, DC 20015
                                                     kdunn@bsfllp.com
                                                     wisaacson@bsfllp.com
                                                     rpark@bsfllp.com

Peter M. Skinner
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave, 7th Floor
New York, NY 10022
Tel:  (212) 446-2300
Fax:  (212) 446-2350
pskinner@bsfllp.com

*Counsel for Defendant Travis Kalanick*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2016, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned matter:

                                            /s/ Ryan Y. Park_____
                                            Ryan Y. Park