IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER, *individually and on behalf of those similarly situated,*<br><br>                              Plaintiffs,<br><br>          v.<br><br>TRAVIS KALANICK,<br><br>                              Defendant. | Case No.: 1:15-cv-09796 (JSR) |

## NOTICE OF APPEARANCE OF ANKUR KAPOOR

PLEASE TAKE NOTICE that Ankur Kapoor of Constantine Cannon LLP shall appear as counsel of record for plaintiff Spencer Meyer and those similarly situated, and hereby requests service of all documents in this matter.

Dated: New York, New York
       August 8, 2016

                                        Respectfully submitted,

                                        CONSTANTINE CANNON LLP

                                        By:    /s/ Ankur Kapoor
                                               Ankur Kapoor
                                               Constantine Cannon LLP
                                               335 Madison Avenue, 9th Fl.
                                               New York, NY 10017
                                               Telephone: (212) 350-2700
                                               Facsimile:  (212) 350-2701
                                               akapoor@constantinecannon.com

350494.1