UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPENCER MEYER,

    individually and on behalf of those similarly situated,

        Plaintiff,

-against-

TRAVIS KALANICK and
UBER TECHNOLOGIES, INC.

        Defendants.

Case No. 1:15-cv-9796 (JSR)

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Spencer Meyer, plaintiff in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from the Order: (1) granting the motion by Defendant Uber Technologies, Inc. to compel arbitration; (2) granting the motion by Defendant Travis Kalanick for judgment on the pleadings; (3) dismissing the case without prejudice to Plaintiff Spencer Meyer pursuing his claims in arbitration; and (4) denying as moot the motion by Plaintiff Spencer Meyer to join four additional plaintiffs, which Order was signed by Judge Jed S. Rakoff of this Court and entered in this action on the 27th day of November, 2017 (Dkt. 169),[1] and from any and all of the Court's rulings adverse to Plaintiff Spencer Meyer incorporated in, antecedent to, or ancillary to that Order.

---

[1] On December 22, 2017 the District Court entered an Order providing that, for good cause shown, Plaintiff Spencer Meyer's motion for an extension of time to file a notice of appeal, made pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure, was granted, and that "[t]o the extent entry of the Order on November 27, 2017, is deemed to have commenced Plaintiff's time to file a notice of appeal, the period in which Plaintiff may file such a notice of appeal is extended by thirty days, to January 26, 2018." (Dkt. 170).

Dated: January 26, 2018

| | |
|---|---|
| **HARTER SECREST & EMERY LLP** | **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** |
| Brian M. Feldman | |
| Jeffrey A. Wadsworth | */s/  Bryan L. Clobes* |
| Edwin M. Larkin | |
| 1600 Bausch & Lomb Place | Bryan L. Clobes |
| Rochester, New York 14604 | Ellen Meriwether |
| Tel: (585) 232-6500 | 1101 Market Street, Suite 2650 |
| Fax: (585) 232-2152 | Philadelphia, Pennsylvania 19107 |
| bfeldman@hselaw.com | Telephone: 215-864-2800 |
| jwadsworth@hselaw.com | Facsimile: 215-864-2810 |
| elarkin@hselaw.com | bclobes@caffertyclobes.com |
| | emeriwether@caffertyclobes.com |
| **CONSTANTINE CANNON LLP** | |
| Matthew L. Cantor | **MCKOOL SMITH** |
| Ankur Kapoor | John Briody |
| David A. Scupp | James H. Smith |
| 335 Madison Avenue | One Bryant Park, 47th Floor |
| New York, New York 10017 | New York, New York 10036 |
| Tel: (212) 350-2700 | Tel: (212) 402-9400 |
| Fax: (212) 350-2701 | Fax: (212) 402-9444 |
| mcantor@constantinecannon.com | jbriody@mckoolsmith.com |
| akapoor@constantinecannon.com | jsmith@mckoolsmith.com |
| dscupp@constantinecannon.com | |
| | **ANDREW SCHMIDT LAW PLLC** |
| | Andrew Arthur Schmidt |
| | 97 India Street |
| | Portland, Maine 04101 |
| | Tel: (207) 619-0320 |
| | Fax: (207) 221-1029 |
| | andy@maineworkjustice.com |

*Counsel for Plaintiff Spencer Meyer*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above- captioned matter:

*/s/ Bryan L. Clobes*
Bryan L. Clobes