**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

1:15-cv-09796-JSR

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of April, two thousand and eighteen,

_____

| | |
|---|---|
| Spencer Meyer, Individually and on behalf of those similarly situated, | **ORDER** <br> Docket No. 18-247 |
| Plaintiff-Counter-Defendant - Appellant, | |
| v. | |
| Travis Kalanick, | |
| Defendant - Appellee, | |
| Uber Technologies, Inc., | |
| Defendant-Counter-Claimant - Appellee, | |
| Ergo, | |
| Third-Party-Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 13, 2018

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/13/2018