UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER, individually and on behalf of those similarly situated,<br><br>      Plaintiffs,<br><br> -against-<br><br>TRAVIS KALANICK and UBER TECHNOLOGIES, INC.,<br><br>      Defendants. | 1:15 Civ. 9796 (JSR)<br><br>**NOTICE OF MOTION TO VACATE AN ARBITRAL AWARD** |

  PLEASE TAKE NOTICE THAT Plaintiff Spencer Meyer moves this Court for an order vacating an arbitral award entered on February 22, 2020 in favor of Uber Technologies, Inc. (the Award). Plaintiff's motion is based upon this Notice of Motion, the Memorandum of Law in Support of Plaintiff's Motion to Vacate an Arbitral Award, the supporting declarations of Brian M. Feldman, Lauren Mendolera, Kaleigh Wood, and Spencer Meyer, and all exhibits thereto, all documents in the Court's file, any matters of which the Court may take judicial notice, and any evidence or argument presented in this matter.

  Plaintiff respectfully requests that the Court vacate the Award under 9 U.S.C. § 10(a)(2). As per the Court's instruction, any answering papers must be served by June 12, 2020; any reply papers must be filed by June 19, 2020; and oral argument is scheduled for July 30, 2020, at 2:00 in the afternoon.

Dated: Rochester, New York
    May 22, 2020

                 Respectfully submitted,

                  <u>/s/ Brian M. Feldman</u>
                  Brian Marc Feldman
                  HARTER SECREST & EMERY LLP
                  1600 Bausch & Lomb Place
                  Rochester, New York 14604
                  Telephone No. (585) 231-1201
                  bfeldman@hselaw.com

                  *Attorneys for Spencer Meyer*