UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER, individually and on behalf of those similarly situated,<br><br>        Plaintiffs,<br><br> -against-<br><br>TRAVIS KALANICK and UBER TECHNOLOGIES, INC.<br><br>        Defendants. | 1:15 Civ. 9796 (JSR)<br><br>**DECLARATION OF SPENCER MEYER** |

   I, Spencer Meyer, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

   1.  I am the plaintiff in the above-captioned case and the claimant in the arbitration against Uber Technologies, Inc. (Uber), which was heard before AAA arbitrator Les J. Weinstein (the Arbitrator) on October 23–25, 2019, in New York, New York. I make this declaration in support of Plaintiff's Motion to Vacate an Arbitral Award. I make this declaration on personal knowledge.

   2.  I attended the first two days of the arbitration hearing. I was present for the testimony of Travis Kalanick, Uber's founder and former Chief Executive Officer, Travis Kalanick. From my seat, I was able to see both Mr. Kalanick and the Arbitrator.

   3.  Following Mr. Kalanick's testimony, I saw the Arbitrator use his smartphone to photograph Mr. Kalanick, as Mr. Kalanick got up from his seat and headed toward the door. The Arbitrator held the phone just barely above the table, as if to conceal it, and hurriedly pointed the camera of the smartphone away from his body and towards Mr. Kalanick, who was about to exit the room. It was apparent to me that the Arbitrator was taking a photograph or photographs of Mr. Kalanick.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2020

_____<br>SPENCER MEYER