UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER, individually and on behalf of those similarly situated,<br><br>      Plaintiffs,<br><br> -against-<br><br>TRAVIS KALANICK and UBER TECHNOLOGIES, INC.<br><br>      Defendants. | 1:15 Civ. 9796 (JSR)<br><br>**DECLARATION OF KALEIGH WOOD** |

I, Kaleigh Wood, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am employed at Harter Secrest & Emery LLP, the firm representing Plaintiff Spencer Meyer ("Meyer") in the above-captioned case. I was part of Spencer Meyer's trial team in his arbitration against Uber Technologies, Inc. (Uber), which was heard before AAA arbitrator Les J. Weinstein (the Arbitrator) on October 23–25, 2019, in New York, New York. I make this declaration in support of Plaintiff's Motion to Vacate an Arbitral Award. I make this declaration on personal knowledge.

2. I attended each day of the arbitration hearing. I was present for the testimony of Travis Kalanick, Uber's founder and former Chief Executive Officer. From my seat, I was able to see both Mr. Kalanick and the Arbitrator.

3. Following Mr. Kalanick's testimony, the Arbitrator appeared to be taking a photograph of Mr. Kalanick using his smartphone. I saw the Arbitrator position his phone in a manner that would capture a photograph of the hearing room, including Mr. Kalanick. The smartphone was pointed specifically in the direction of Mr. Kalanick. I saw the Arbitrator adjust the angle and position of his phone. The Arbitrator appeared to be doing so discreetly to avoid attention.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2020

*Kaleigh C Wood*
_____
Kaleigh Wood