UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPENCER MEYER, individually and on behalf of those similarly situated,

      Plaintiffs,

-against-

TRAVIS KALANICK and UBER TECHNOLOGIES, INC.

      Defendants.

1:15 Civ. 9796 (JSR)

**DECLARATION OF BRIAN M. FELDMAN**

I, Brian M. Feldman, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an attorney at Harter Secrest & Emery LLP representing Plaintiff Spencer Meyer ("Meyer") in the above-captioned case, and I make this declaration in support of Plaintiff's Motion to Vacate an Arbitral Award. I make this declaration on personal knowledge.

2. Attached to this declaration as **Exhibit A** is a true and complete copy of Meyer's Demand for Arbitration, dated May 31, 2020, which commenced the arbitration between Spencer Meyer and Uber Technologies, Inc. (the Arbitration).

3. Attached to this declaration as **Exhibit B** is a true and complete copy of a letter dated September 18, 2018, from the American Arbitration Association, appointing Les J. Weinstein to serve as arbitrator in the Arbitration.

4. Attached to this declaration as **Exhibit C** is a true and complete copy of the Joint Pre-Hearing Order in the Arbitration, dated October 11, 2019.

5. Attached to this declaration as **Exhibit D** is a true and complete copy of Uber's Motion to Dismiss Claims for Injunctive and Declaratory Relief, dated December 21, 2018, as submitted in the Arbitration.

1

6. Attached to this declaration as **Exhibit E** is a true and complete copy of the Reply in Further Support of Uber's Motion to Dismiss, dated February 5, 2019, as submitted in the Arbitration.

7. Attached to this declaration as **Exhibit F** is a true and complete copy of the Memorandum of Law in Opposition to Uber Technologies, Inc' Motion to Dismiss, dated January 18, 2019, as submitted in the Arbitration.

8. Attached to this declaration as **Exhibit G** is a true and complete copy of the Supplemental Memorandum of Law in Opposition to Uber Technologies, Inc' Motion to Dismiss, dated March 11, 2019, as submitted in the Arbitration.

9. Attached to this declaration as **Exhibit H** is a true and complete copy of an Order, dated April 16, 2019, as issued in the Arbitration.

10. Attached to this declaration as **Exhibit I** are excerpts from the official transcript of the third and final day of the Arbitration hearing, October 25, 2019.

11. Attached to this declaration as **Exhibit J** are excerpts from the official transcript of the first day of the Arbitration hearing, October 23, 2019.

12. Attached to this declaration as **Exhibit K** are excerpts from the official transcript of the second day of the Arbitration hearing, October 24, 2019.

13. Attached to this declaration as **Exhibit L** is a true and complete copy of Joint Stipulations of Law and Fact, dated October 18, 2019, submitted in the Arbitration.

14. Attached to this declaration as **Exhibit M** is a true and complete copy of Meyer Exhibit 25 as admitted in the Arbitration.

15. Attached to this declaration as **Exhibit N** is a redacted copy of the Award of Arbitrator, dated February 22, 2020, in the Arbitration (the Award). Exhibit N is a true and

complete copy of the Award, except for the redaction of a facsimile number within the header of each page. Meyer is prepared to submit an unredacted copy if requested by the Court.

16. Attached to this declaration as **Exhibit O** is a redacted copy of Claimant Spencer Meyer's Pre-Hearing Brief, dated October 16, 2019. Exhibit O is a true and complete copy of Claimant Spencer Meyer's Pre-Hearing Brief, except for the redaction of certain information as agreed between Meyer and Uber Technologies, Inc. Meyer is prepared to submit an unredacted copy if requested by the Court.

17. Attached to this declaration as **Exhibit P** is a redacted copy of Claimant Spencer Meyer's Post-Hearing Reply Brief, dated January 6, 2020. Exhibit P is a true and complete copy of the Claimant Spencer Meyer's Post-Hearing Reply Brief, except for the redaction of certain information as agreed between Meyer and Uber Technologies, Inc. Meyer is prepared to submit an unredacted copy if requested by the Court.

18. Attached to this declaration as **Exhibit Q** is a redacted copy of Claimant Spencer Meyer's Post-Hearing Brief, dated November 15, 2019. Exhibit Q is a true and complete copy of the Claimant Spencer Meyer's Post-Hearing Brief, except for the redaction of certain information as agreed between Meyer and Uber Technologies, Inc. Meyer is prepared to submit an unredacted copy if requested by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2020
       Pittsford, New York

                                           /s/ Brian M. Feldman
                                           BRIAN M. FELDMAN