# EXHIBIT B



Northeast Case Management Center
Neil Currie
Vice President
1301 Atwood Avenue, Suite 211N
Johnston, RI 02919
Telephone: (866)293-4053
Fax: (866)644-0234

September 18, 2018

A. Paul Britton, Esq.
Harter Secrest and Emery, LLP
1600 Bausch and Lomb Place
Rochester, NY 14604
Via Email to: pbritton@hselaw.com

Peter Skinner, Esq.
Boies Schiller & Flexner LLP
575 Lexington Avenue
Floor 7
New York, NY 10022
Via Email to: pskinner@bsfllp.com

Melinda Haag, Esq.
Orrick
405 Howard Street
San Francisco, CA 94105
Via Email to: mhaag@orrick.com

Case Number: 01-18-0002-1956

Spencer Meyer
-vs-
Uber Technologies, Inc.
-vs-
Travis Kalanick

Dear Parties:

Per the applicable Consumer Arbitration Rules, the American Arbitration Association (AAA) has made an administrative appointment of Les J Weinstein to serve as arbitrator.  Enclosed please find the Notice of Appointment, which includes the Arbitrator's Oath and Disclosure Guidelines, the Notice of Compensation Arrangements for consumer cases as well as the arbitrator's resume.

Please advise the AAA of any factual objections to the appointment of the arbitrator within five (5) business days of the date of this letter.  Copies of the objection are to be provided to all parties.  However, the arbitrator shall not be copied on any correspondence regarding objections to their service.

If any objections are received, the other party will be given an opportunity to respond before the AAA makes a determination, in accordance with the Rules, regarding the arbitrator's continued service.

As requested by the arbitrator, and specified in the Consumer Arbitration Rules, the parties and their

representatives must provide information to the AAA of any circumstances likely to raise justifiable doubt as to whether the arbitrator can remain impartial or independent. Further, such obligation to provide disclosure information remains in effect throughout the arbitration.

Once the arbitrator's appointment is confirmed, the AAA will coordinate the scheduling of the preliminary hearing conference call.

Please contact me with any questions or concerns.

Sincerely,

Derek S Coppola
Case Administrator
Direct Dial: (401)431-4884
Email: DerekCoppola@adr.org
Fax: (866)644-0234


Supervisor Information: *Adam Shoneck, Assistant Vice President, (401) 431 - 4798, ShoneckA@adr.org*


Enclosures

cc:
Les J. Weinstein, Esq.

Nyran R. Rasche
Brian M. Feldman, Esq.
Ellen Meriwether
Walter Brown, Esq.
Byron Pacheco