# EXHIBIT H

THE ARBITRATION TRIBUNALS OF THE
AMERICAN ARBITRATION ASSOCIATION
AAA No. 01-18-0002-1956

---

**In the Matter of the Arbitration between**
**Spencer Meyer,**
  Claimant,
    v.
**Uber Technologies, Inc.; and Travis Kalanick,**
  Respondents,

---

**Rulings on Respondents' Motions and Hearing Scheduling Order**

Whereas Respondent Kalanick has moved for his dismissal as a respondent in this arbitration and he and Uber have agreed and assured this Tribunal and Claimant that Kalanick will voluntarily appear if called as a witness in this proceeding; and

Whereas Respondent Uber has moved for dismissal or summary disposition of Claimant's claims for relief subject only to a later determination of attorney's fees sought by Claimant;

This Tribunal rules as follows and Orders:

1. Uber's motion is denied; and

2. Kalanick's motion is granted.

The remaining parties Meyer and Uber are ordered to promptly confer as to their availability for a final hearing on the merits to occur sometime during the period July through August 2019 and to then consult with me by telephone conference to enable the formal scheduling of the proceeding.

_____            April 16, 2019
Arbitrator                       Date