# EXHIBIT K

THE ARBITRATION TRIBUNALS OF THE AMERICAN
ARBITRATION ASSOCIATION
- - - - - - - - - - - - - - - - - - - - - x
In the Matter of Arbitration between
SPENCER MEYER,
        Claimant,
                  Les Weinstein
  -against-       AAA No. 01-18-0002-1956
UBER TECHNOLOGIES, INC.,
        Respondent.
- - - - - - - - - - - - - - - - - - - - - x

             October 24, 2019
             9:30 a.m.

             BOIES SCHILLER FLEXNER LLP
             55 Hudson Yards
             New York, New York 10001

B E F O R E:

    LES WEINSTEIN, The Arbitrator


                - - -



          MAGNA LEGAL SERVICES
   320 West 37th Street, 12th Floor
      New York, New York 10018
         (866) 624-6221



```
 1
 2   APPEARANCES:
 3
 4   HARTER SECREST & EMERY LLP
     Attorneys for Claimant
 5           1600 Bausch & Lomb Place
             Rochester, New York 14604
 6   BY:     BRIAN M. FELDMAN, ESQUIRE
             LAUREN MENDOLERA, ESQUIRE
 7
 8
     BOIES SCHILLER FLEXNER LLP
 9   Attorneys for Respondent
             55 Hudson Yards
10           New York, New York 10001
     BY:     WILLIAM ISAACSON, ESQUIRE
11           PETER SKINNER, ESQUIRE
             ABBY DENNIS, ESQUIRE
12           ALEXANDRA JUMPER, ESQUIRE
             WILLIAM WEAVER, ESQUIRE
13
14   ALSO PRESENT:
15      SPENCER MEYER, CLAIMANT
16      ERIC LIPMAN, ESQUIRE, UBER
17       KALEIGH WOOD, PARALEGAL
18
19
20
21
22
23
24
25
```



```
 1                    ▮▮▮▮▮ - Direct
 2   we compete for drivers.
 3        Q.   That's why it's important, you said
 4   to give drivers more money?
 5        A.   I said that driver incentives are a
 6   way for us to run a more efficient
 7   marketplace.
 8        Q.   I thought you said something about
 9   giving drivers extra money.
10        A.   I said that the way that drivers
11   can earn extra money is by completing a
12   driver incentive, but the goal of driver
13   incentives is to help Uber run a more
14   efficient marketplace on behalf of the
15   drivers and riders that we serve.
16        Q.   Just to make sure that I have the
17   jargon down at the beginning, marketplace
18   means the Uber platform, marketplace of
19   riders and drivers?
20        A.   That's correct, yes.
21        Q.   You oversee driver surge?
22        A.   I do, yes.
23        Q.   Can you just generally explain to
24   us what driver surge is?
25        A.   Sure.  Driver surge is the way that --
```



1                 ▮▮▮▮▮ - Direct
2         Q.   The driver can't, in any way,
3    signal a price to riders through the Uber
4    app, correct?
5         A.   That's right.
6         Q.   Let's talk about drivers adjusting
7    fares for riders.
8         A.   Okay.
9         Q.   Can drivers adjust the upfront
10   pricing by request to Uber?
11        A.   Can drivers adjust the upfront
12   fare?  So can drivers adjust the upfront fare
13   that riders receive before the trip?
14        Q.   Yes.  That's my question.
15        A.   Not to my knowledge, no.
16        Q.   That upfront fare is based on city
17   specific rates, correct?
18        A.   There are many things that go into
19   the rider upfront price and the rates, as you
20   say, are what we previously said we will pay
21   drivers on a per mile, per minute and minimum
22   basis and that forms the cost basis on which
23   we are setting the upfront price.  The good
24   business, hopefully, takes more money from
25   the buyers than they give to their cost of



```
 1                  ▇▇▇▇▇ - Direct
 2              ARBITRATOR WEINSTEIN:  Mr. Feldman,
 3      I don't want to limit you, but is this
 4      not -- we're beating a horse we are
 5      afraid may be dead or may not be dead?
 6              MR. FELDMAN:  It's dead now.  I
 7      will move on, Mr. Weinstein.
 8              THE WITNESS:  I didn't see the
 9      beating, but it sounds bad.
10      Q.   Let's turn to page 7.  This is the
11   part I'm most interested in actually.
12           So page 7, 4.1 talks about fare
13   calculation in your payment, which I
14   understand is the driver's payment.
15           Do you see that?
16      A.   Yes.
17      Q.   The first sentence says, You are
18   entitled to charge a fare for each instance
19   of completed transportation services provided
20   to a user that are obtained via the Uber
21   services, a defined term fare, where such
22   fare is calculated based upon a base fare
23   amount, plus distance, parenthetically, as
24   determined by company using location-based
25   services enabled through the device, end
```



```
 1                    ██████ - Direct
 2        A.    Thousands.
 3        Q.    You can set Meyer Exhibit 50 aside.
 4              Let's talk about another potential
 5   option provided to riders that we touched on
 6   earlier.
 7              If you take the example of the ride
 8   to the airport, we talked earlier that if
 9   surge pricing were in effect and a $30 ride
10   was surging, it was $40, that there wasn't
11   another option on that product at that time
12   with a different ETA without surge, correct?
13        A.    Yes.
14        Q.    Would that be technically feasible?
15        A.    What is that?
16        Q.    Offering a no surge product with a
17   longer ETA.
18        A.    So anything is technically
19   feasible.  That specific product, especially
20   in sparse areas, would become incredibly
21   difficult to deliver from a product
22   prospective and the reason for that is we
23   have very, very few cars waiting around Mr.
24   Weinstein's house and if, let's say, one of
25   those drivers opted into this no surge
```



```
 1                  ████ - Direct
 2      product, they would get snapped up at too
 3      high of rates, at too fast a rate relative to
 4      all the other people in Mr. Weinstein's
 5      neighborhood.  That would mean that having
 6      had them all locked in, all of the cars would
 7      be exhausted and every subsequent rider in
 8      the neighborhood, including Mr. Weinstein,
 9      would now see a very high ETA, from which we
10      could not recover.  There would be no
11      choices, all the ETAs would be very bad and
12      everyone would have a bad experience until
13      more drivers flowed back in.
14           Q.   The reason that would move so
15      quickly, that product, is because riders
16      would be very interested in that option,
17      right?
18           A.   Riders would have the same level of
19      interest, there are just too many of them.
20           Q.   What did you mean by that?
21           A.   So the imbalance comes from having
22      too many riders show up relative to the
23      number of drivers in that neighborhood and
24      without -- if half, more of those drivers
25      opted into a no surge product, riders in that
```

