# EXHIBIT L

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>SPENCER MEYER,<br>   Claimant,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>   Respondent. | Arbitrator Les Weinstein<br>AAA No. 01-18-0002-1956<br><br>**JOINT STIPULATIONS OF LAW AND FACT** |

**The parties agree and stipulate to the following, for purposes of this arbitration only:**

**Legal Background**

1. This arbitration is governed by the AAA Consumer Rules.

2. This arbitration was commenced following proceedings in the U.S. District Court for the Southern District of New York, docketed as *Meyer v. Kalanick*, 15-cv-9796 (S.D.N.Y.).

**Uber**

3. Uber is a technology company that, among other things, develops smartphone applications (apps) to match riders requesting rides with drivers willing to provide transportation.

4. For purposes of these joint stipulations, the term "Uber Rider" shall mean "individuals who have sought and received transportation through the Uber App within the United States."

5. Uber Riders who have downloaded the Uber app on their smartphone can open the app and request a ride. An Uber Rider may choose from available Uber products, such as UberX, Uber Black, or Uber SUV. A typical ride-request with Uber is as follows: The

Uber Rider will be told the approximate waiting time until pickup and estimated arrival time at the destination prior to requesting a ride. If the Uber Rider then requests a ride, the Uber Rider's request is sent to an available driver-partner in the area for that Uber product, who may accept or decline the request. If a driver declines the request, the request will be conveyed to another driver-partner.

6. Uber is not a transportation company or transportation carrier.

7. Uber does not sell transportation services to Uber Riders in the United States.

8. Uber's driver-partners are independent providers of transportation services.

9. Uber's driver-partners sell transportation services to Uber Riders.

10. Uber's agreement with Uber driver-partners, dated December 2015, states, "no joint venture, partnership, or agency relationship exists between Uber and Customer or Uber and any Driver."

11. Uber's driver-partners are independent contractors who are not Uber employees or part of any joint venture, partnership, or agency relationship with Uber.

12. Uber driver-partners are not required to drive exclusively on the Uber platform.

13. The Uber app facilitates the payment of an Uber Rider's fare.

14. The Uber app has the ability to generate and send to Uber Riders receipts for transportation services provided by Uber driver-partners.

15. The Uber app contains no mechanism for riders to negotiate fares with driver-partners.

16. Where the Uber app is used to facilitate payment between an Uber Rider and an independent transportation provider, the independent transportation provider may contact Uber in order to adjust a charged fare.

17. The Uber app has the ability to notify Uber driver-partners of instances of surge pricing.

**<u>Spencer Meyer</u>**

18. Meyer is a registered Uber Rider.

19. Meyer registered with Uber on or about October 18, 2014.

20. As a registered Uber Rider, Meyer may use the Uber app to obtain rides on any of Uber's product lines (e.g., UberX, Uber Black, or Uber SUV), where those products are available.

STIPULATED TO AND AGREED BY:

Dated: October 18, 2019

| | |
|---|---|
| /s/ Brian Marc Feldman | /s/ William A. Isaacson |
| Brian Marc Feldman | William A. Isaacson |
| HARTER SECREST & EMERY LLP | |
| 1600 Bausch & Lomb Place | Abby L. Dennis |
| Rochester, New York 14604 | William Weaver |
| T: (585) 232-6500 | Alexandra C. Jumper |
| | BOIES SCHILLER FLEXNER LLP |
| Lauren R. Mendolera | 1401 New York Ave. NW |
| HARTER SECREST & EMERY LLP | Washington, D.C. 20005 |
| 50 Fountain Plaza, Suite 1000 | T: (202) 237-2727 |
| Buffalo, New York 14202 | |
| | Peter M. Skinner |
| Andrew Arthur Schmidt | BOIES SCHILLER FLEXNER LLP |
| ANDREW SCHMIDT LAW PLLC | 55 Hudson Yards |
| Portland, Maine 04101 | New York, New York 10001 |
| T: (207) 619-0320 | T: (212) 446-2300 |
| *Attorneys for Spencer Meyer* | *Attorneys for Uber Technologies, Inc.* |