UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER, individually and on behalf of those similarly situated,<br><br>      Plaintiffs,<br><br> -against-<br><br>TRAVIS KALANICK and UBER TECHNOLOGIES, INC.<br><br>      Defendants. | 1:15 Civ. 9796 (JSR)<br><br>**DECLARATION OF LAUREN MENDOLERA** |

I, Lauren Mendolera, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an attorney at Harter Secrest & Emery LLP, the firm representing Plaintiff Spencer Meyer ("Meyer") in the above-captioned case. I was part of Spencer Meyer's trial team in his arbitration against Uber Technologies, Inc. (Uber), which was heard before AAA arbitrator Les J. Weinstein (the Arbitrator) on October 23–25, 2019, in New York, New York. I make this declaration in support of Plaintiff's Motion to Vacate an Arbitral Award. I make this declaration on personal knowledge.

2. I attended each day of the arbitration hearing. I was present for the testimony of Travis Kalanick, Uber's founder and former Chief Executive Officer. From my seat, I was able to see both Mr. Kalanick and the Arbitrator.

3. Following Mr. Kalanick's testimony, I saw the Arbitrator photograph Mr. Kalanick using his smartphone. It appeared to me that the Arbitrator asked Mr. Kalanick to pose for a photograph. The Arbitrator then used his smartphone to take a photograph of Mr. Kalanick.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2020
    Buffalo, New York

                  /s/ Lauren Mendolera
                  LAUREN MENDOLERA