UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER MEYER,<br><br>   individually and on behalf of those similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>TRAVIS KALANICK and UBER TECHNOLOGIES, INC.,<br><br>                    Defendants. | Civil Action No. 1:15 Civ. 9796 (JSR)<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and upon the accompanying declarations of Lewis LeClair, John Briody, and James Smith, Messrs. LeClair, Briody, and Smith of the law firm McKool Smith, P.C. hereby move this Court for an Order allowing them to withdraw as counsel for plaintiff Spencer Meyer and the putative class in this action. On Mr. Meyer's consent, McKool Smith and its attorneys ceased to represent Mr. Meyer as of April 2018. Mr. Meyer and the putative class will continue to be represented in this action by other counsel of record, including Brian Marc Feldman and Jeffrey A. Wadsworth of Harter, Secrest & Emery, LLP.

1

Dated: May 26, 2020
       New York, New York

                                                McKool Smith, P.C.

                                                /s/ *John C. Briody*
                                                Lewis T. LeClair
                                                John C. Briody
                                                James H. Smith
                                                One Manhattan West
                                                395 9th Avenue, 50th Floor
                                                New York, NY   10001-8603

SO ORDERED on this ___ day of ___, 2020

_____