# Exhibit 2



Peter M. Skinner
Tel.: (212) 303-3654
E-mail: pskinner@bsfllp.com

June 29, 2018

**BY FEDERAL EXPRESS**

Derek S. Coppola
Case Administrator
Northeast Case Management Center
American Arbitration Association
1301 Atwood Avenue, Suite 211N
Johnston, RI 02919

Re: *Spencer Meyer v. Uber Technologies,*
Case No. 01-18-0002-1956

Dear Mr. Coppola:

This firm represents Respondent Uber Technologies, Inc., in the above-referenced arbitration. We are enclosing a check in the amount of $250 as payment of the fee under the Consumer Arbitration Rules for a list of five panelists from the national roster of AAA arbitrators. As provided in the parties' arbitration agreement, we request that the list be comprised of retired California judges or attorneys licensed to practice in California, and that they be willing to conduct the arbitration in New York City.

Uber further requests panelists experienced with antitrust law. Claimant's only allegation is a novel antitrust claim—that all of the hundreds of thousands of independent drivers using the Uber App in the United States entered into a single agreement to fix prices when using the Uber App. Claimant further seeks to shut down Uber's App—an app that has been used billions of times by millions of users. To resolve this substantial antitrust matter, the arbitrator will need facility with antitrust principles, including the distinctions between vertical and horizontal actors and the application of the rule of reason, as well as the experience to assess whether the users of Uber's App adversely impacted any definable market. If helpful, we are happy to work with you and claimant's counsel to identify individuals on or off the national roster who have antitrust experience.

Lastly, the parties' arbitration agreement requires the parties to try to agree on the arbitrator. The parties have agreed to extend their time to select an arbitrator until at least one week from the time the parties receive the list of five potential panelists. Once we receive the list, we will send you the deadline by which the parties will attempt to agree upon an arbitrator.

Very truly yours,

Peter M. Skinner

cc: Claimant's Counsel
(by email)

BOIES SCHILLER FLEXNER LLP

575 Lexington Avenue, New York, NY 10022 | (t) 212 446 2300 | (f) 212 446 2350 | www.bsfllp.com