# Exhibit 9



PETER M. SKINNER
Tel.: (212) 303-3654
E-mail: pskinner@bsfllp.com

June 3, 2020

**BY ELECTRONIC MAIL**

Karen D'Amico
Manager of ADR Services
Northeast Case Management Center
American Arbitration Center
1301 Atwood Avenue, Suite 211N
Johnston, RI 02919

    Re:    *Spencer Meyer v. Uber Technologies*,
                **Case No. 01-18-0002-1956**

Dear Ms. D'Amico:

    We represent Respondent Uber Technologies, Inc., in the above matter. As we wrote on May 26, 2020, Claimant Spencer Meyer has filed a motion to vacate the Award entered by Arbitrator Les J. Weinstein in favor of Uber. In that motion, Mr. Meyer claims that Arbitrator Weinstein "photographed [Travis] Kalanick in the hearing room" and "confessed that he was afraid to rule against Uber." We write to invite Arbitrator Weinstein to submit a declaration addressing Mr. Meyer's allegations. *See Jardine Matheson & Co. v. Saita Shipping, Ltd.*, 712 F. Supp. 423, 425-27 (S.D.N.Y. 1989) (relying on affidavits from arbitrators in resolving a bias motion).

    If Arbitrator Weinstein wishes to submit a declaration addressing Mr. Meyer's allegations, we respectfully request that the AAA send it to counsel for Uber and Mr. Meyer on or before June 10, 2020 so that it can be addressed in Uber's opposition to the motion, which is due on June 12, 2020, and in Mr. Meyer's reply, which is due on June 19, 2020. Uber will file any declaration received from Arbitrator Weinstein with the District Court, along with our correspondence with the AAA making clear that Uber has had no *ex parte* communications with the Arbitrator.

                          Very truly yours,

                          S/
                          Peter M. Skinner

cc:    Les J. Weinstein, Esq.
        *Arbitrator*

        Brian M. Feldman, Esq.
        *Counsel to Claimant Spencer Meyer*