# Exhibit 10

| | |
|---|---|
| **From:** | Neil Currie <CurrieN@adr.org> |
| **Sent:** | Monday, June 8, 2020 1:57 PM |
| **To:** | Peter Skinner; Feldman, Brian M. |
| **Cc:** | AAA Karen D'Amico |
| **Subject:** | RE: Spencer Meyer v. Uber Technologies, Inc. - Case 01-18-0002-1956 [HSELAW-WORKSITE.FID672620] |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Mr. Skinner and Mr. Feldman,

The AAA is in receipt of Mr. Skinner's letter of June 3, 2020 requesting Arbitrator Weinstein submit a declaration addressing Mr. Meyer's allegations, and Mr. Feldman's email of June 4, 2020 objecting to that request, and Mr. Skinner's letter in reply dated June 5, 2020.  We have consulted with the arbitrator, and Arbitrator Weinstein is in agreement that the applicable AAA Rule appears to preclude him from voluntarily submitting a declaration or furnishing any other form of testimony in the litigation concerning this arbitration. Arbitrator Weinstein has advised the AAA that he will however abide by an order of the court that rules his testimony is not precluded by the AAA Rule.

We ask that the parties continue to refrain from communicating with Arbitrator Weinstein directly and instead, send any communication related to this matter to the AAA with opposing counsel on copy.

Thank you.

Neil Currie



**Neil Currie**
**Vice President**

American Arbitration Association
International Centre for Dispute Resolution
T: 213 622 6358  F: 213 622 6199  E: CurrieN@adr.org
725 S. Figueroa Street, Suite 400, Los Angeles, CA 90017
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Peter Skinner <pskinner@bsfllp.com>
**Sent:** Friday, June 5, 2020 8:22 AM
**To:** AAA Karen D'Amico <KarenDamico@adr.org>
**Cc:** Les Weinstein <lesweinsteinadr@gmail.com>; Feldman, Brian M. <bfeldman@hselaw.com>
**Subject:** RE: Spencer Meyer v. Uber Technologies, Inc. - Case 01-18-0002-1956 [HSELAW-WORKSITE.FID672620]

**\*\*\* External E-Mail – Use Caution \*\*\***

Ms. D'Amico,

Please see the attached correspondence.

Very truly yours,

**Peter M. Skinner**
Partner

**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards
New York, NY 10001
(t) +1 212 303 3654
pskinner@bsfllp.com
www.bsfllp.com

---

**From:** Feldman, Brian M. [mailto:bfeldman@hselaw.com]
**Sent:** Thursday, June 4, 2020 2:31 PM
**To:** KarenDAmico@adr.org
**Cc:** Peter Skinner <pskinner@bsfllp.com>
**Subject:** RE: Spencer Meyer v. Uber Technologies, Inc. - Case 01-18-0002-1956 [HSELAW-WORKSITE.FID672620]

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Ms. D'Amico,

We respectfully refer the tribunal and Uber to Rule R-49(e) of the AAA Consumer Arbitration rules.  That rule provides both that "[p]arties to an arbitration under these rules may not call the arbitrator . . . as a witness in litigation or any other proceeding relating to arbitration" and that "[t]he arbitrator . . . [is] not competent to testify as a witness in any such proceeding."  The Rule thus appears to preclude testimony from the arbitrator.

Please advise as to the applicability of Consumer Rule 49(e) here.  We respectfully request guidance from the AAA as to whether arbitrator's testimony, as contemplated below, is appropriate under the Rule.

Respectfully submitted,
Brian Feldman



**Brian M. Feldman**, Partner
**Harter Secrest & Emery LLP**, Attorneys and Counselors

1600 Bausch & Lomb Place, Rochester, NY 14604-2711
Firm 585.232.6500 Direct 585.231.1201 Fax 585.232.2152
BFeldman@hselaw.com vCard Bio
www.hselaw.com

**Visit the HSE COVID-19 web page for guidance and resources for your business, and click here to receive updates from the HSE COVID-19 Task Force.**

This e-mail message is from a law firm and may contain information that is privileged or confidential. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail at BFeldman@hselaw.com or by calling 585.231.1201, so that our address record can be corrected.

---

**From:** Peter Skinner <pskinner@bsfllp.com>
**Sent:** Thursday, June 4, 2020 2:03 PM
**To:** Les Weinstein <lesweinsteinadr@gmail.com>
**Cc:** KarenDAmico@adr.org; Feldman, Brian M. <bfeldman@hselaw.com>
**Subject:** RE: Spencer Meyer v. Uber Technologies, Inc. - Case 01-18-0002-1956

**CAUTION: External email. Beware of links and attachments.**

Arbitrator Weinstein,

I am copying Karen D'Amico from the AAA and Brian Feldman, Claimant's counsel. I respectfully ask that you include them in any future correspondence so that we have no *ex parte* communications.

You can provide whatever relevant facts you wish. We had suggested a declaration, but if you prefer to respond in some other format, that is of course fine. We will provide Judge Rakoff with any facts that you provide to us.

Respectfully,

**Peter M. Skinner**
Partner

**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
(t) +1 212 303 3654
pskinner@bsfllp.com
www.bsfllp.com

---

**From:** Les Weinstein [mailto:lesweinsteinadr@gmail.com]
**Sent:** Thursday, June 4, 2020 12:47 PM
**To:** Peter Skinner <pskinner@bsfllp.com>
**Subject:** Re: Spencer Meyer v. Uber Technologies, Inc. - Case 01-18-0002-1956

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

May I respond with relevant facts ?

> On Jun 3, 2020, at 5:54 PM, Peter Skinner <pskinner@bsfllp.com> wrote:
>
> Ms. D'Amico,
>
> Please see the attached correspondence concerning the above-referenced matter.
>
> Very truly yours,
>
> **Peter M. Skinner**
> Partner
>
> BOIES SCHILLER FLEXNER LLP
> 55 Hudson Yards
> New York, NY 10001
> (t) +1 212 303 3654
> pskinner@bsfllp.com
> www.bsfllp.com
>
> The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]
> <2020.06.03 letter to AAA.pdf>