# Exhibit 12

Page 50

1

2          two.

3                  So the evidence is going to show,

4          again, Uber makes unilateral decisions,

5          we don't cooperate with driver partners

6          to determine the price.  It's not part

7          of the Uber business plan to say,

8          drivers, what should be the price and

9          there is not some nationwide conspiracy.

10                 So another thing that's a label,

11         and we point this out on slide 15.

12         Actually, it sort of shifts on this, you

13         heard in the opening statement, higher

14         prices, which is not an antitrust term.

15         The antitrust term is super competitive,

16         which is sort of awkward above

17         competitive levels, and that's what the

18         District Court said, that they had

19         alleged super-competitive prices for the

20         common motive and for antitrust injury,

21         that there would be super-competitive

22         prices for super-competitive products.

23         You will not here boo about that in this

24         case.  For that, you have to do an

25         analysis where you compare the market



1

2      before and after and they decided not to

3      put on any evidence about that.

4          ARBITRATOR WEINSTEIN:  Is boo

5      Latin?

6          MR. ISAACSON:  I took four years of

7      Latin in high school and I blanked

8      almost all of it out of my mind.

9          All I remember is ubi sub ubi.

10     Always wear underwear.  That's it.

11     That's all I've got.

12         The other thing about the economic

13     analysis is lawyers use this term,

14     economists use this term, but-for world,

15     sort of an awkward way of saying how

16     would things be different if you

17     actually had a competitive system as

18     opposed to these restraints and instead

19     of analyzing that, instead, they suggest

20     alternative business structures without

21     showing that they would work, but such

22     as employer, employee, franchise, they

23     don't actually show, here is what the

24     prices would be in a competitive

25     structure and, in fact, they don't even



Page 55

 1
 2          ARBITRATOR WEINSTEIN:  Call your
 3      witness.
 4          MR. FELDMAN:  Claimant calls
 5      Spencer Meyer for the first witness.
 6  S P E N C E R   M E Y E R,  called as a
 7      witness, having been duly sworn by a
 8      Notary Public, was examined and testified
 9      as follows:
10          ARBITRATOR WEINSTEIN:  Before we
11      begin, let me make just a couple of
12      observations with regarding the subject
13      of evidence and how I conduct these
14      proceedings.
15          First of all, this is arbitration.
16      Federal rules do not govern it, so there
17      is automatically a greater liberale in
18      allowing in evidence.
19          I am also very mindful of the fact,
20      as I was with regard to the preliminary
21      motions, that I decided that for all
22      practical purposes, there is no appeal
23      from what is decided here.  There is
24      some exceptions, but not many and that,
25      therefore, the plaintiff is entitled to,



Page 56

S. Meyer - Direct

1
2      in a sense, certain presumptions that he
3      might not get if there were an Appellate
4      Court standing there to rule on certain
5      things.
6              I have, in my mind, decided nothing
7      or certainly nothing I would tell you
8      about.  I claim to have an open mind.  I
9      am aware there are lots of issues in
10     this case that are fascinating and it,
11     obviously, involves more than $80, so
12     with that in mind, proceed.
13             MR. FELDMAN:  Thank you, Mr.
14     Weinstein.
15  DIRECT EXAMINATION
16  MR. FELDMAN:
17     Q.   Good morning, Mr. Meyer.
18     A.   Good morning.
19     Q.   I would like to start with a few
20  background questions.
21             Mr. Meyer, how old are you?
22     A.   Forty-one.
23     Q.   Where do you live?
24     A.   Guilford, Connecticut.
25     Q.   With whom?



Page 117

1              T. Kalanick - Direct

2    H.E Yasir Al-Rumayyan, spelling I will give

3    you later, Ursula Burns, Garrett Camp, Wan

4    Ling Martello, John Thain, David Trujillo and

5    the current CEO?

6        A.    And me, it sounds about right,

7    sounds good.

8        Q.    In addition to your seat on the

9    Uber board, you've appointed three of the

10   other current members, correct?

11       A.    Ursula Burns, Wan Ling Martello and

12   John Thain.

13       Q.    So including yourself, you filled

14   four out of the nine seats on the current

15   Uber board, correct?

16       A.    Yeah, but one of them was common

17   stock approved appointment, that was Wan Ling

18   Martello, so I nominated her and then she was

19   approved.

20       Q.    Thanks for clarifying.

21              You were the CEO of Uber from

22   October 2010 through June 2017, right?

23       A.    Yes, that's correct.

24       Q.    You were also, for a brief period,

25   a driver on Uber platform, right?



Page 135

                    T. Kalanick - Direct

 1              MR. FELDMAN:  For the same trip.

 2              ARBITRATOR WEINSTEIN:  You need to

 3         tighten up these questions.  They're

 4         very fuzzy.

 5         A.   So the consumer fare on Uber was

 6    always the same.

 7         Q.   Drivers themselves had no --

 8         A.   By the way, that's at the

 9    beginning, over time that changed.

10         Q.   To be clear, I'm asking you about

11    the launch of Uber.

12         A.   The timeframe is important because

13    that changed over time.

14         Q.   So drivers had no ability to

15    control the fare displayed to passengers over

16    the Uber platform, correct?

17         A.   That is correct.

18         Q.   Uber controlled the setting of that

19    fare, correct?

20         A.   That is correct.

21         Q.   When you pitched these first

22    companies on joining Uber, you explained how

23    pricing would work, right?

24         A.   Usually, it was about how they



Page 146

```
 1              T. Kalanick - Direct
 2    rough or refined, was generally the same in
 3    the new cities, is that correct?
 4        A.   Again, we were always trying to
 5    find, what was the lowest price we could hit
 6    that would still allow for drivers to be on
 7    the system and be excited about being on the
 8    system.
 9        Q.   Let me direct you back to page 64
10    of your deposition transcript, starting at
11    the bottom.
12              ARBITRATOR WEINSTEIN:  Why the
13         lowest price?
14              THE WITNESS: Because the lowest
15         price meant you would do the most trips
16         because you have the most demand and
17         when you got more demand, the system
18         would get more efficient and drivers
19         would do more trips per hour and
20         actually make more money.
21              So there was an interesting effect
22         where lower prices ended up allowing
23         drivers to actually make more money per
24         hour, though it was harder work in that
25         individual hour.
```



Page 147

1          T. Kalanick - Direct

2          ARBITRATOR WEINSTEIN:  Supply and

3     demand.

4          THE WITNESS:  That is true.

5     Q.   At the bottom of page 64, on line

6  25, I asked you the following questions, you

7  gave the following answers.

8          We have read some of this before,

9  my apologies.

10          Question:  In the new city where

11  Uber launched in that period of time, what

12  was the pitch to drivers?

13          Answer:  It was the same.

14          Question:  And by what process did

15  Uber design pricing?

16          Answer:  I think I have described

17  that.

18          Question:  It's the same as what

19  you described earlier?

20          Answer:  Yes.

21          Did I read that correctly?

22     A.   I believe so.

23          ARBITRATOR WEINSTEIN:  Isn't the

24     question, did you not read it correctly,

25     but is that the fact?



Page 159

1                    T. Kalanick - Direct
2   that's not a 2010 thing, that's more of --
3   that's a later on thing, so 2014, '15, '16,
4   et cetera, and I don't know the exact date.
5   At some point, there was an upfront price
6   that became much more dynamic.
7           Q.   So any particular point in time
8   when an Uber rider is requesting a ride, each
9   of the Uber products will almost certainly
10  have a different ETA associated with them, as
11  well, correct?
12          A.   That's a totally different thing.
13  That just depends on where the cars are for
14  each of those products.  If there is an SUV
15  that is one minute away and an UberX one
16  minute away, you will get the same ETA.
17          Q.   So they may or may not have the
18  same ETA, is that right?
19          A.   Yeah.
20          Q.   And drivers cannot control the fare
21  displayed to a potential rider today on the
22  Uber app, can they?
23          A.   That's correct.
24          Q.   That's true for all of the Uber
25  driving products, is that right?



Page 160

1                    T. Kalanick - Direct

2          A.    I believe so, yes.

3          Q.    As far as you know, Uber has never

4    considered allowing drivers to control the

5    fare displayed to riders, right?

6          A.    It's just really hard to come up

7    with a model that would make that work.

8          Q.    You don't know of any consideration

9    of that, do you?

10         A.    I mean, it's been a thought.   It's

11   never something we've done.

12         Q.    Is it ever something you worked up?

13         A.    I don't know what that means.

14         Q.    Is it ever something you've taken

15   beyond the thought process?

16         A.    No.

17         Q.    Let's talk now about surge pricing.

18               You invented surge pricing, too,

19   didn't you?

20         A.    What do you mean?

21         Q.    You invented surge pricing, you

22   came up with the idea?

23         A.    Yes.

24         Q.    Something you thought up actually

25   in the shower, right?



Page 165

 1          T. Kalanick - Direct
 2    if a rider has better alternatives or cheaper
 3    alternatives, they will or maybe it's just
 4    too expensive, the alternative could be
 5    walking, unfortunately, but not, basically,
 6    the price gets too high, not as many people
 7    will afford it or they will have better
 8    alternatives to get there.
 9          Q.   So when surge pricing increases the
10    fares, some people won't be willing to pay
11    that higher price, is that true?
12          A.   That's true, but there is sort of a
13    nonintuitive result, which is when surge
14    happens, more rides would happen because more
15    cars would come on the road and those cars
16    would be full because there was high demand,
17    so you are already in a situation where
18    demand was outstripping supply and what you
19    want to do is increase supply, so you could
20    do more trips, but part of that when you
21    raise prices is decrease demand, so the price
22    is right where demand and supply sort of
23    match.
24          ARBITRATOR WEINSTEIN:  I don't want
25       to hurt your feelings, but when surge



Page 166

1          T. Kalanick - Direct
2        prices go on, I check Lyft.
3          THE WITNESS:  That's fair.  I get
4        that.  That is very much about, okay, is
5        this system that we have to find the
6        right price, the right time and the
7        right route, is it the best system.  My
8        guess is your ETAs on Lyft are longer.
9        Just putting it out there, so the value
10       of time is also part of that equation.
11         ARBITRATOR WEINSTEIN:  We will talk
12       later.
13         THE WITNESS:  Fair enough.  I have
14       a discount code.
15         MR. FELDMAN:  Objection.  That was
16       a joke for the record.
17       Q.   I want to talk about the mechanics.
18  Mr. Weinstein asked you about how drivers who
19  are off the system, find out about busy
20  times.  I want to ask about drivers who are
21  already on the system when surge pricing
22  kicks in.
23         So at least during the -- going
24  back to the time you were last CEO, at the
25  time you were last CEO, a driver on the



1                T. Kalanick - Direct

2      system during surge pricing would see areas

3      with surged prices, correct?

4           A.    That is correct, yes.

5           Q.    Can you explain how that worked?

6           A.    So there would be an area of high

7      demand and if a driver was a little bit too

8      far away to be an available driver for people

9      that are there, we would highlight the areas

10     of high demand, so the driver would go there.

11     If the driver goes there, it increases the

12     supply in that area, but the reason that a

13     driver would go there is because the prices

14     would be higher in that area of high demand.

15          Q.    How would the driver know that from

16     the system?

17          A.    It was just, like, a color coded

18     map they could look at, so while you are

19     driving, it would basically just show where

20     this high demand area was.

21          Q.    Was that called a heat map?

22          A.    That was one way to describe it,

23     and there are a bunch of different iterations

24     to try to make make that super efficient and

25     safe at the same time.



Page 185

1               T. Kalanick - Direct

2          Q.   Are you familiar generally with the

3     position Uber took in those cases?

4          A.   You would have to give me a

5     specific case.  I don't know what you are

6     referring to.

7          Q.   As far as you know, Uber has taken

8     the position it's not responsible for

9     accidents by Uber drivers?

10         A.   It's a very practical question and

11    --

12              ARBITRATOR WEINSTEIN:  You provide

13         insurance, don't you?

14              THE WITNESS:  We sure do.

15              ARBITRATOR WEINSTEIN:  Who do you

16         insure?

17              THE WITNESS:  We insure the riders

18         and I think there is something like, its

19         liability.

20              ARBITRATOR WEINSTEIN:  Who do you

21         insure?  Do you insure the drivers?

22              THE WITNESS:  Again, there is

23         specific terms here that, like, what do

24         we insure of the driver, what do we

25         insure of the -- there is liability --



Page 186

1           T. Kalanick - Direct

2       so here is the thing, the driver has an

3       insurance policy already, which we all

4       have on our car.

5           ARBITRATOR WEINSTEIN:  You require

6       an insurance policy?

7           THE WITNESS:  They have to have

8       insurance on their car, at a minimum.

9       If they are Uber Black, they not only

10      have normal insurance, they also have a

11      commercial insurance policy and they

12      already have commercial insurance.  If

13      it's UberX, then they have their own

14      personal policy and then there is

15      another policy which we have, as well,

16      and what covers what.  I think you

17      should just get our insurance expert

18      here to talk about the details.  What

19      their personal insurance covers and what

20      we cover, I just don't have the answers,

21      but it's the two together that create

22      the umbrella for liability and damages

23      and, you know, medical, and things like

24      that, but it's the two together and,

25      again, in almost every state in the



Page 187

1          T. Kalanick - Direct

2     country and I think probably every state

3     in the country, this is all prescribed

4     by law as to what it needs to be and

5     it's going to be different in every

6     state.

7          ARBITRATOR WEINSTEIN:  Do you

8     require drivers in a given state to

9     carry insurance that only meets the

10    state minimum or do you have a minimum

11    that you set?

12         THE WITNESS:  So there is a

13    personal insurance that they have to

14    have that needs to meet whatever

15    minimums exist in that state and then we

16    provide a policy that goes way, way, way

17    beyond that.  I think the standard

18    policy in the U.S. is up to -- it's a

19    million dollars, which is way above the

20    minimum.

21         ARBITRATOR WEINSTEIN:  You mean

22    your policy?

23         THE WITNESS:  The policy we have,

24    that's right.  But in some cities in the

25    U.S., I think it goes above million, I



Page 188

1            T. Kalanick - Direct

2       believe, but, again, it's been a long

3       time and I'm not the insurance expert.

4            ARBITRATOR WEINSTEIN:  In

5       California, for example, the minimum is

6       $25,000, you don't have to insure your

7       car, you only have to insure a minimum

8       of $25,000 for injury to third parties.

9            Do you require more than that?

10           THE WITNESS:  Again, you are

11      talking to the wrong guy.

12           ARBITRATOR WEINSTEIN:  You are the

13      CEO.  How many times has Uber been sued?

14           THE WITNESS:  I was the CEO in

15      2017.

16           ARBITRATOR WEINSTEIN:  How many

17      times had Uber been sued by the time you

18      were there?

19           THE WITNESS:  Probably 1,000 times.

20           ARBITRATOR WEINSTEIN:  You don't

21      know the answer to these questions?

22           THE WITNESS:  I don't.  Remember,

23      we are not just in California, we are in

24      50 states in the U.S. and 65 more

25      countries.  Do I remember every policy



Page 189

```
 1          T. Kalanick - Direct
 2      and every regulation in every single
 3      city in 65 countries, it's hard.
 4          ARBITRATOR WEINSTEIN:  I didn't ask
 5      that.
 6          THE WITNESS:  My point is, you are
 7      asking me on the record what is the
 8      answer to these very technical questions
 9      and I would prefer if an insurance
10      expert came up and answered them because
11      we are in, like, 600 jurisdictions
12      worldwide and I could just as easily do
13      a deposition in India and they would ask
14      me the same question and it's better if
15      we want to get the right answer on
16      insurance, let's get the insurance
17      expert here to give the exact answer.
18      They are very nuanced answers and I
19      don't want to get it wrong.
20          ARBITRATOR WEINSTEIN:  Your
21      witness.
22      Q.   Would it surprise you to learn that
23  Uber's litigation position has been that it's
24  not legally responsible to victims for driver
25  accidents?
```



1               T. Kalanick - Cross

2    the more luxurious product because time is

3    the most important luxury we all have.

4               So ETAs would go down, reliability

5    would go up, you save more time, you have a

6    service that's cheaper and getting you around

7    more efficiently than a high priced product

8    would do.

9        Q.    When surge is not in effect, when

10   you are matching riders and drivers and

11   determining prices, what's the math problem

12   that's involved?

13       A.    Say that again.

14       Q.    In a nonsurge period, I will ask

15   you the same question about surge afterwards.

16   Let's start with nonsurge.

17              What's the mathematical problem,

18   you are matching riders and drivers and

19   determining the right price?

20       A.    If it's nonsurge, the price is just

21   fixed, so the math problem is significantly

22   reduced, but it depends, there is still

23   significant math in other areas, but the math

24   around price is we figure out what the fixed

25   price would be based on how low can we get



Page 200

1              T. Kalanick - Cross

2     this price based on how many trips per hour

3     we think are going to happen at that price

4     while keeping ETAs low.

5              So if you go too low, demand will

6     be super high, but drivers won't engage in

7     the product and then ETAs will be very long

8     and consumers won't like the product and the

9     whole system won't work, so if we offered a

10    price that was 5 cents for a ride, riders

11    would love it and there would be no drivers

12    out there and nobody would get a ride, so if

13    the price is too low, you don't get a lot of

14    rides, but, also, if the price is too high.

15    Well, all the drivers are out.  They're

16    pumped about the price, but there will be no

17    consumer that wants to pay, so if the price

18    is too high, you also have no rides.

19             So it's always about finding that

20    point where you're maximizing the number of

21    rides by getting riders and drivers to engage

22    at a particular price point.

23       Q.    Who is deciding that, that what is

24    that right point?

25       A.    It's an algorithm.  I don't know



1          T. Kalanick - Cross

2   exactly how many Ph.D.s are at the company

3   right now working on this problem, but it's

4   dozens, if not hundreds.

5       Q.   If the drivers don't like that

6   price point, does that change the algorithm?

7       A.   Well, if the drivers don't like the

8   price point, then you have fewer drivers on

9   the system which might be okay if you don't

10  need extra drivers.  It depends what demand

11  is doing at that moment in time.  So, again,

12  if it's 10:30 p.m. on New Year's Eve and

13  everybody figured out where they are going to

14  be for the ball to drop, it's crickets out

15  there, the streets are empty, you don't need

16  a lot of drivers, and so the price point goes

17  really far down, the drivers then go get

18  coffee and donuts, they hang out for a bit

19  and then around 11:45, they get back on the

20  road ready for a 12:05, 12:10 surge.

21      Q.   Did you have any agreements with

22  drivers, you used the example of 5 cents and

23  a high price.  Do you have any agreements

24  with drivers that you are going to have a 5

25  cent price or $50 price or anything in



```
 1              T. Kalanick - Cross
 2   between?
 3        A.   No, the only agreement is that we
 4   set the price.
 5        Q.   You described the math problem
 6   without surge and described the math problem
 7   with surge that the algorithm has to account
 8   for?
 9        A.   I mean, it's the same thing.  The
10   only question without surge is, what is the
11   baseline, sort of, certainty that you should
12   provide in the system where riders and
13   drivers can initially get engaged, but surge
14   becomes the majority of what is going on
15   because sometimes surge could go below the
16   standard price, sometimes it goes above,
17   especially in, like, an upfront price world,
18   which is how the product works today.
19        Q.   Now, from your experience, could
20   Uber offer a product that matched riders and
21   drivers, but when the consumer got in the
22   car, they would negotiate the price with the
23   driver?
24        A.   No.
25        Q.   What would be wrong with that
```



Page 211

1           T. Kalanick - Cross

2     working the algorithm?

3           THE WITNESS:  Yes.

4           ARBITRATOR WEINSTEIN:  I

5     interrupted you, I'm sorry.  I have a

6     few more questions, but you go ahead

7     first.

8           MR. ISAACSON:  If you want to ask

9     them now, go ahead.

10          ARBITRATOR WEINSTEIN:  Why don't

11    you tell us what effect Uber has had on

12    the taxi business, in general?

13          THE WITNESS:  Well, I think you

14    first have to understand the taxi

15    business.  So the taxi industry,

16    let's -- in many ways, started here in

17    New York.  There were licenses that were

18    given out to individuals for free that

19    basically allowed them to provide

20    transportation to the public.  At the

21    beginning, it wasn't even a fixed price,

22    it was whatever price they wanted.  Over

23    time, those people who had those

24    licenses sort of came together as a

25    trade group and started lobbying city



Page 212

```
 1          T. Kalanick - Cross
 2     council.
 3          ARBITRATOR WEINSTEIN:  You are
 4     going back.
 5          THE WITNESS:  You have to
 6     understand it.  They start lobbying city
 7     council saying, no more of these free
 8     licenses can be given out, what is known
 9     as a taxi medallion.  That then meant
10     you didn't have enough drivers on the
11     system, which is why when it is raining
12     here, you can't get a cab.
13          It also meant that the drivers were
14     100 percent full all the time or they
15     had a high utilization.
16          The problem was, the guys that got
17     those free licenses, they were like,
18     wow, this is now a controlled system, I
19     don't have competition, I can lease this
20     out to a driver and New York City taxi,
21     let's say, numbers as of 2013, let's
22     just say, 2014, was making, I don't
23     know, 80 or $90,000 a year.  If you own
24     one of these licenses, the medallion,
25     you would rent your car out for 80 or
```



Page 213

```
 1            T. Kalanick - Cross
 2       $90,000 a year to a taxi driver and for
 3       that privilege, that taxi driver got to
 4       be impoverished.  So he was basically
 5       renting a car for $80,000 a year so that
 6       he could make $10 an hour.
 7            And when we came into New York, we
 8       had flexible supply and flexible price
 9       which meant that it was a far better
10       product for consumers and a far better
11       product for drivers because a driver
12       could go into business for themselves
13       instead of renting a car for 80 grand a
14       year.
15            ARBITRATOR WEINSTEIN:  So you put
16       more cars on the road?
17            THE WITNESS:  It allowed for
18       drivers to; A, work for themselves and;
19       B, be a system that consumers could
20       engage in with reliability that made the
21       system work better and there were more
22       cars, yes, correct.
23            ARBITRATOR WEINSTEIN:  New York is
24       atypical.  Takes cities like
25       Philadelphia or Los Angeles, what did
```



Page 214

1          T. Kalanick - Cross
2      Uber do to the taxis there?
3          THE WITNESS:  Similar there, the
4      structures are similar.
5          ARBITRATOR WEINSTEIN:  I thought
6      that was a softball question.  I thought
7      the taxis have gotten a lot better, a
8      lot cleaner, drivers have gotten
9      cleaner.
10         THE WITNESS:  That is true, but if
11     you are one of those medallion owners.
12         ARBITRATOR WEINSTEIN:  There are
13     medallion owners in Los Angeles.
14         THE WITNESS:  Yes, there are.
15         ARBITRATOR WEINSTEIN:  Shows what I
16     know.
17         I have two other questions I wanted
18     to ask you.  I want to ride and there is
19     a driver a mile away from me and a
20     driver five miles away from me and I
21     want to go to the airport.  When you say
22     there is a price point, the drivers
23     don't know what the price points are.
24     You were asked questions by counsel
25     about drivers knowing price points.



Page 215

```
 1            T. Kalanick - Cross
 2       What do you mean when a driver knows a
 3       price point?
 4            THE WITNESS:  A driver, when he
 5       accepts a trip, generally knows the
 6       pricing model for that trip that's about
 7       to happen.
 8            ARBITRATOR WEINSTEIN:  What does
 9       that mean?  What does the driver know
10       when he gets a call and says Weinstein
11       wants to go to the airport?
12            THE WITNESS:  He knows what it
13       costs to go to the airport and he knows
14       when it is surging.
15            ARBITRATOR WEINSTEIN:  Does it
16       depend on traffic?
17            THE WITNESS:  When he accepts the
18       trip --
19            ARBITRATOR WEINSTEIN:  About?
20            THE WITNESS:  He knows what the
21       exact price is for the airport trip and
22       he knows what the exact surge is.
23            ARBITRATOR WEINSTEIN:  I have been
24       told the price, but he hasn't been told
25       --
```



Page 216

1          T. Kalanick - Cross

2          THE WITNESS:  He hasn't been told

3     the consumer price, but he knows what he

4     is going to get paid on the trip.

5          ARBITRATOR WEINSTEIN:  Exactly.

6          THE WITNESS:  An airport trip,

7     which is the example, he knows.  If it's

8     a trip where he is paid per minute, per

9     mile, he doesn't exactly know, but he

10    knows what the per minute, per mile

11    price is and he understands what the

12    surge is.

13         ARBITRATOR WEINSTEIN:  A guy a mile

14    away doesn't want the trip, but a guy

15    five miles away wants the trip.

16         Does he get paid more to travel the

17    extra distance to take me to the

18    airport?

19         THE WITNESS:  I don't know for

20    certain.  There were discussions during

21    my time of, like, how do you sort of

22    compensate drivers for the pickup time

23    and that may be built into the system at

24    this point.

25         ARBITRATOR WEINSTEIN:  You are on



Page 217

```
 1            T. Kalanick - Cross
 2       the board of directors, don't they talk
 3       about these things?
 4            THE WITNESS:  No.
 5            ARBITRATOR WEINSTEIN:  What do they
 6       talk about, money, share price -- you
 7       don't have to answer that question.
 8            THE WITNESS:  I wish they talked
 9       about these things.  It would be
10       exciting.
11            ARBITRATOR WEINSTEIN:  Isn't one of
12       the consumer benefits here the cleanness
13       of the transaction, the efficiency, I
14       don't have to go into my wallet, I don't
15       have to make change, I don't have to put
16       my card into a machine, isn't that one
17       of the things?
18            THE WITNESS:  Yes, absolutely.
19            ARBITRATOR WEINSTEIN:  Back to you
20       sir.
21       Q.   Just a few more questions.  We were
22   talking about Lyft, some other ride sharing
23   platform.
24            Do they, to your knowledge, use
25   dynamic pricing?
```



Page 219

1          T. Kalanick - Cross

2    additional money, in addition to a job,

3    right.

4          So the average Uber driver is doing

5    under 10 hours a week, but those hundreds of

6    dollars a week extra can make a big

7    difference for a family.

8    Q.   Mr. Weinstein mentioned cleaner

9    cars, I mentioned cars now have -- I can

10   swipe a credit card, I didn't used to be able

11   to do it.  You've been focused on

12   reliability.  What about the reliability for

13   a consumer, since Uber has come on to the

14   scene, what happened to my ability to get

15   transportation promptly, whether I'm going to

16   the airport or crosstown?

17   A.   Because we exist, this is a great

18   option and if it's the lowest cost reliable

19   ride, it creates a dynamic for direct

20   competitors like Lyft or taxis which are kind

21   of indirect, but still in the game.  It

22   forces everybody to up their game, to also

23   provide their low cost reliable ride and a

24   high quality one, as well.

25          So taxi systems have upped their



Page 220

```
 1              T. Kalanick - Cross
 2   game because they need to create an
 3   experience that people want to engage in, so
 4   credit card readers exist, the cars are
 5   cleaner, drivers are nicer because that is
 6   required for that business or industry to
 7   stay in the transportation market.
 8        Q.   What about costs for consumers or
 9   riders, whether you are going to the airport
10   or crosstown, what's happened since Uber has
11   come on the scene?
12        A.   So I don't think that -- first, I
13   mean Uber is far bigger than the taxi system
14   in most places around the world at this point
15   and it's far cheaper than taxis, so the way
16   that people get around town and having
17   somebody take them somewhere is far cheaper
18   than it used to be and the drivers make more.
19   A driver on Uber will make more than -- so
20   the drivers are making more income per hour
21   and the riders are paying less per trip
22   because the thing is just way more efficient.
23        Q.   This is technically a U.S.
24   antitrust case.  Everything would be true in
25   the United States?
```



Page 225

 1          T. Kalanick - Redirect

 2   forward.

 3          Q.   If it were perfect today, you

 4   wouldn't need to employ crazy physicist

 5   Ph.D.s constantly revising it, correct?

 6          A.   That's true.  I mean, but also, the

 7   world changes, too, so the problem changes as

 8   time goes on.

 9          Q.   Let me ask you another question.

10   You talked about potential clunkiness on the

11   Uber system if you were to follow some of the

12   suggestions I made during your testimony --

13          A.   We have product manager roles open.

14          Q.   I will reject the offer to avoid

15   the appearance of a conflict with my client

16   on the record.

17              Let me restate the question.

18              MR. LIPMAN:  They get paid better

19         than the lawyers.

20              ARBITRATOR WEINSTEIN:  There is a

21         pitch for a raise.  I can see it coming.

22              THE WITNESS:  I was just kidding.

23          Q.   My question is, Uber could sell

24   rides itself and then contract with its

25   drivers to provide those rides, couldn't it?



Page 228

```
 1          T. Kalanick - Redirect

 2     brochures says -- every brief in your

 3     hundreds of cases says we don't sell

 4     rides to customers.

 5          THE WITNESS:  Then you have your

 6     answer.

 7          ARBITRATOR WEINSTEIN:  Don't you

 8     know that's the answer?

 9          THE WITNESS:  I am not the legal

10     guy.  I'm not going through the briefs.

11          ARBITRATOR WEINSTEIN:  You were the

12     CEO, you founded this company.  Why are

13     you being evasive?

14          THE WITNESS:  I'm not being

15     evasive.

16          ARBITRATOR WEINSTEIN:  You are.

17          THE WITNESS:  If I'm being evasive,

18     it's because I don't know the answer.  I

19     apologize for not knowing the answer.

20          ARBITRATOR WEINSTEIN:  You are

21     worried about saying something wrong.

22     It's a simple question he asked.  Isn't

23     it Uber's position that it does not sell

24     rides to riders?

25          THE WITNESS:  I have no idea.  I
```



Page 229

```
 1
 2      apologize.
 3            ARBITRATOR WEINSTEIN:  Don't
 4      apologize, you don't know.
 5            THE WITNESS:  Okay.
 6            MR. FELDMAN:  I have no further
 7      questions.  Thank you, Mr. Kalanick.
 8            MR. ISAACSON:  Nothing further.
 9            ARBITRATOR WEINSTEIN:  Thank you
10      for coming.
11            May the witness be excused?
12            (Witness excused.)
13            MR. FELDMAN:  The claimant calls
14      ███████ ██████.
15            (Recess.)
16      █████████████████████ called as a
17      witness, having been duly sworn by a
18      Notary Public, was examined and testified
19      as follows:
20            ARBITRATOR WEINSTEIN:  State your
21      name for the record.
22            THE WITNESS:  ███████ ███████
23      █████████████ █████████████
24            MS. MENDOLERA:  Mr. Weinstein, you
25      asked me to go through some of the
```



Page 268

1                    ███ ███   - Direct

2       Q.    We will turn to page 5584.  This is

3   where the text gets a little bit smaller.

4             ARBITRATOR WEINSTEIN:  You mean

5       Uber stamp 5584?

6             MS. MENDOLERA:  Yes, exactly.

7       Thank you.

8       Q.    Before we zoom in.

9             ARBITRATOR WEINSTEIN:  I'm glad

10      it's so readable.

11      Q.    The upper right-hand corner says,

12   Driver Yelp List?

13      A.    Yes.

14      Q.    You testified today that you looked

15   up town car businesses on Yelp as part of the

16   recruiting process in Seattle, right?

17      A.    Yes.

18      Q.    You can see one of the columns here

19   is titled, Company.  Let's zoom in on the

20   company.

21            Do you see that one of the columns

22   is titled, Company?

23      A.    Yes.

24      Q.    This is a list of Seattle town car

25   companies?



Page 294

1          ▆▆  ▆▆▆
2   Uber would be constantly surging?
3        A.    Yes.
4             MS. DENNIS:  That's all I have.
5             ARBITRATOR WEINSTEIN:  I just have
6        a few questions.
7             You said you were the longest
8        tenured hire at Uber?
9             THE WITNESS:  I am now, yes.
10            ARBITRATOR WEINSTEIN:  You
11       proceeded Mr. Kalanick and everybody
12       else?
13            THE WITNESS:  Mr. Kalanick doesn't
14       work there anymore and he was only
15       there, I think, a total of eight years
16       and I have been here nine years.
17            ARBITRATOR WEINSTEIN:  I see.  I
18       have two more questions.
19            Do you regret passing up the job as
20       a barista?
21            THE WITNESS:  I don't.
22            ARBITRATOR WEINSTEIN:  Have you
23       thanked your parents from kicking you
24       out?
25            THE WITNESS:  I have, indeed.



```
 1              ███████ - Direct
 2    city to create neighborhoods and so the
 3    reason for that is we didn't want to, by way
 4    a very old version of surge, would surge the
 5    entire city or not, we are talking multiple
 6    years ago.  A more refined version of that
 7    would say, actually, it's really just this
 8    neighborhood, but that would still require a
 9    manual boundary of where a neighborhood was.
10    A more advanced version of surge would enable
11    us to just really precisely target areas
12    without hard neighborhood boundaries, so
13    those are the types of improvements we made
14    to the surge algorithm and the goal is to
15    really make this as targeted as possible.
16              ARBITRATOR WEINSTEIN:  Lawyers
17         charge by the hour.  Slow down.
18         Q.   So one of the things you talked
19    about was making the surge algorithm sort of
20    more specific by targeting smaller geographic
21    areas with surge?
22         A.   Right.
23         Q.   So instead of surging larger areas,
24    Uber surges smaller areas now?
25         A.   Yes.
```



Page 364

1                    ▉▉▉▉▉▉   - Direct

2        A.    The underlying algorithms and logic

3   don't differ from state to state.  We are

4   testing, as I mentioned, with the rollout of

5   our upfront pricing, we are always testing

6   new features, so there is a feature maybe

7   tested in a city, but the underlying system

8   is the same across all cities in the U.S.

9        Q.    Does Uber use anyone outside of

10  Uber employees to quality check its surge

11  algorithm?

12       A.    No.

13       Q.    Yesterday, Mr. Kalanick testified

14  that Uber has dozens, if not hundreds of

15  Ph.D.s working on the surge pricing

16  algorithm, is that right?

17       A.    A large portion of our data science

18  team and some of our engineers do have

19  Ph.D.s.

20            ARBITRATOR WEINSTEIN:  I think he

21       said crazy Ph.D.s.

22            MS. MENDOLERA:  I didn't want to

23       put that.

24       Q.    He also called them physicist

25  Ph.D.s.



1                    ███████  - Cross

2        A.   Yes.

3        Q.   Would you agree that surge ensures

4   reliable user experience?

5        A.   Yes, absolutely.

6        Q.   And that it maximizes efficiency?

7        A.    It maximizes efficiency and it

8   maximizes output in the system.

9        Q.   I want to turn to the next page in

10  the presentation where it says what happens

11  when surge breaks.

12             Do you see that?

13        A.   Yes.

14        Q.   Can you briefly describe for us

15  what this section of the presentation is

16  meant to show?

17        A.    Yeah, this next section of the

18  presentation walks through a case where the

19  engineering system for surge was briefly

20  broken, I think for like a 40-minute period

21  or so here, and it's actually showing what

22  happened in a specific city at that time that

23  happened.

24             So what you see maybe on, I think

25  on page 8, is the first thing this graph is



Page 441

1              ███████  - Cross

2              In the prior weeks, the average

3      surge had been closer to 1.5 at this

4      time and place.

5      Q.   So if you flip the page to page 9

6  of 35, can you describe for us what this page

7  is showing?

8      A.   Sure.  So the top graph here is

9  just the same one, kind of for comparison of

10  the time period and the next two graphs on

11  this page are showing the number of open cars

12  in this period are getting -- are cars that

13  are available to take riders are getting much

14  more rapidly consumed and there isn't

15  sufficient replenishment of new cars coming

16  in, drivers don't know to move here because

17  they're not seeing anything on the map, they

18  are not seeing surge here, so the dropoff in

19  open available cars is significant compared

20  to -- much deeper than the previous weeks and

21  the cars are all getting used up, which is

22  what the utilization is showing.

23      Q.   If you flip the page to page 10 of

24  35.

25      A.   Yes.



1                    ███████  - Cross

2        Q.    It says, ETAs skyrocket as a

3   result.

4              Can you explain what is happening

5   here?

6        A.    Yeah.  So that second and third

7   graph are showing what happens to rider

8   request times, so, on average, this is an

9   area where, in historical weeks, ETAs were

10  around three to four minutes and when surge

11  is breaking and there is no way to

12  efficiently clear the market, that time

13  starts skyrocketing up to eight minutes,

14  eight plus minutes, prerequest of what we are

15  quoting and over 10 minutes to actually get

16  the car to you.

17       Q.    If you flip the page to page 11 of

18  35, do you see where it says, Rider?  I

19  assume that should be riders and drivers get

20  awful experiences.

21             Do you see that?

22       A.    Yes.

23       Q.    Can you explain that a bit for us?

24       A.    This is kind of what happens when

25  the market starts degrading that severely and



Page 443

1                          █████ - Cross

2    people are waiting and, by the way, that 10

3    minutes as an average, that could be for

4    individual riders, that could mean 15 or 20

5    minutes for some individual riders and

6    drivers.  They are canceling on both sides of

7    the market, cancellation rates are

8    skyrocketing up to 40 percent on the riders'

9    side.  What that means is I'm getting 10

10   minutes, I will cancel and see if I get lucky

11   and somebody happens to opens up near me,

12   this time, it's 12 minutes.  I will keep

13   canceling.  It's terrible for drivers that

14   they keep getting cancelled on.  It's a

15   really bad experience for riders to have to

16   be fishing for closer cars and 40 percent

17   rider cancellation rate is terrible.

18             On the flip side, some percentage

19   of drivers is also doing the same thing when

20   they get that 15, 20-minute pickup, they are

21   just cancelling it and knowing that, okay, if

22   I just keep canceling enough, I will get

23   lucky and get someone closer by.

24        Q.   The next page, this is page 12 of

25   35.  Trips suffer as the network bottlenecks.



1        ████████ - Cross

2        Can you explain what is happening

3 on this page?

4        A.    Yeah, so the first two graphs are

5 showing the cancellation rates again, but

6 what you can actually see, completed trips is

7 the overall output of the system and you can

8 see overall, the system is far fewer trips

9 are actually happening compared to the

10 historical patterns. It's a very steep

11 decline in the number of trips because riders

12 and drivers are essentially giving up on our

13 ability to provide them with a reliable

14 experience.

15        Q.    On the next page, which is page 13

16 of 35, it says, Other examples of how Uber

17 breaks, and it lists New York, New Year's

18 2015, in a sold out Ariana Grande concert at

19 Madison Square Garden in 2015.

20        Do you know what to those are

21 referring?

22        A.    Yeah, so New Year's Eve,

23 unfortunately, is among the peak hours of New

24 Year's Eve right after 1:00 a.m., our surge

25 system went down and we can talk about what



```
 1                  ███████  - Direct
 2    switched over, many of our cities, maybe most
 3    of them from nonsticky surge to sticky surge.
 4         Q.   You believe some cities are still
 5    using the nonsticky version?
 6         A.   I don't know.
 7              ARBITRATOR WEINSTEIN:  I may have
 8         gotten the decaf by mistake.
 9              What is sticky?
10              THE WITNESS:  In the past, in the
11         old version, that colored heat map would
12         be recomputed every two minutes, so if
13         drivers and rider balances within a
14         hexagon change from two minutes to two
15         minutes, the surge can go up and then
16         down very fast.  This made drivers mad
17         because drivers who were trying to drive
18         in to get to the hexagon were going to
19         think they would get a reward, but as
20         soon as they got there, too many other
21         drivers arrived, so the surge went down,
22         so they have driven all the way for
23         nothing, so drivers didn't like that, so
24         we updated it, so we now have what I
25         call it sticky driver surge and that one
```



Page 613

```
 1                    ███████  - Direct
 2      exact words of the stipulation with him.
 3           ARBITRATOR WEINSTEIN:  Again, I
 4      think this horse has also left the barn,
 5      as I recall.
 6           MR. LIPMAN:  It's impressive
 7      because he is dead.
 8           ARBITRATOR WEINSTEIN:  They buried
 9      it.
10           MR. ISAACSON:  I don't know if we
11      need a stipulation.  We are not going to
12      disagree with the statement of the chief
13      legal officer of Uber, which is in the
14      record.
15           ARBITRATOR WEINSTEIN:  It's in
16      evidence in the end.
17      Q.   Just a few more questions.
18           These are about metrics.  Earlier
19 on, you told me about your work at Uber
20 developing metrics.
21           You did that as a senior product
22 manager, correct?
23      A.   Yes.
24      Q.   One metric you used was ETA,
25 estimated times of arrival, correct?
```



1                 ███████  - Direct

2                 You understand this to be some

3    promotional material by Side Car, right?

4         A.   It could be.  It could also just be

5    their experience, it could be either of

6    those, I don't know.

7         Q.   In this example, there is two

8    drivers offered?

9         A.   As well as a third at the bottom,

10   that is peaking, it tells you that you can

11   scroll and get more.

12        Q.   What happens if you get -- if there

13   are 50 drivers available, do you have to

14   scroll through all of them?

15        A.   Yes.

16             ARBITRATOR WEINSTEIN:  It's like a

17   dating service.

18             THE WITNESS:  Yes.

19        Q.   Perhaps less interesting.

20             What happened to Side Car?

21        A.   They went out of business.

22        Q.   I think you explained very

23   completely the change in how surge price is

24   shown and the upfront pricing, but did I

25   understand that if there is a surge price



```
 1                    ███████  - Direct
 2   optimal solution and what that does is it
 3   ensures that there is no pockets of riders or
 4   drivers that end up, by dumb luck, being too
 5   far away from other drivers that they can't
 6   be served.
 7            So batch matching is a key
 8   innovation to helping serve all of our riders
 9   and drivers better by ensuring none of them
10   get starved in these localized pockets.
11            ARBITRATOR WEINSTEIN:  This sounds
12       like the three-city problem for which
13       there will be a prize in mathematics,
14       there is an unsolvable problem of
15       connecting three cities.
16            THE WITNESS:  The three-body
17       problem.
18            ARBITRATOR WEINSTEIN:  Yes.
19            THE WITNESS:  That's planets that
20       gravitate around each other.
21            ARBITRATOR WEINSTEIN:  There is
22       also one about not crossing the lines
23       and -- it's the salesmen, a trip for the
24       salesmen.
25            THE WITNESS:  Traveling salesmen.
```



1               ██████ - Direct

2          ARBITRATOR WEINSTEIN:  You solved

3      it.  You should put in for the metal.

4          THE WITNESS:  We come up with a

5      good enough answer, that's not the

6      optimal one, so no one will give us a

7      metal.  But the other thing is we solved

8      it for hundreds of thousands of people

9      all at once, which is, in my opinion, a

10     way cooler answer, a better answer.

11     Q.   On page 2, the question is, What's

12     so complicated about matching?

13     A.   Yes.

14     Q.   Why don't you explain what's so

15     complicated about matching?

16     A.    In addition to this problem of the

17     localized pockets of riders and drivers

18     getting starved, we also have to account for

19     the fact that the nearest driver to you may

20     also have a river in between you and so we

21     actually have to account for the fact that

22     that driver has to drive all the way up,

23     cross over a bridge and come down to find

24     you, so even if I was matching you to the

25     closest driver, I wouldn't be aware that you



1                    ▮▮▮▮ - Direct
2    had to cross a bridge.
3              Another problem is that every group
4    of riders and drivers have a different
5    propensity to cancel, so if some drivers see
6    a certain kind of trip clause and they just
7    cancel the trip right away.
8              So, now, in my fancy batch solution
9    that I came up with, if the first driver I
10   allocated you to is a known canceler, he will
11   cancel straight-away.  Now, you are the odd
12   one out in this network that's been solved
13   and then I have to go and solve it all again.
14             So I have to account for the fact
15   that riders and drivers cancel because I must
16   have a good enough solution when I have to
17   fall back when things go wrong.
18             And the final thing that happens is
19   that we have things called driver
20   preferences, so this allows for drivers to
21   tell us that they would like to go home at
22   the end of the day and if you want to go home
23   at the end of the day from San Francisco to
24   Marin County or something, you would be
25   devastated if we gave you a trip that had to



Page 628

    1                    ██████  - Direct

    2    take you to Santa Cruz.  That would make you

    3    very miserable because then you would have to

    4    drive all the way back out empty at the end.

    5              And so we have what's called driver

    6    destinations that allows drivers to tell us

    7    where they want to get to and that helps us

    8    not give them trips in this big batch match

    9    that are going to go towards a place they

   10    don't want to go.

   11              So we are solving all of these and

   12    a whole lot more issues in this batch

   13    solution that we are coming up with and it's

   14    the benefit of that matching, when you are

   15    coming up with 20 different drivers or more

   16    that can serve every rider and then picking

   17    the best combinations of solutions of all of

   18    those candidates for each one.

   19              ARBITRATOR WEINSTEIN:  You are in

   20        the happiness business.

   21              THE WITNESS:  Yes, everyone happy

   22        all the time is what we like.

   23        Q.   And as it states here, you are

   24    doing all that while millions of people

   25    around the world are logged on to your app?



Page 629

```
 1                  ███████  - Direct
 2        A.   Yes.  This is happening tens of
 3    millions of times a day, all in realtime
 4    through a very large computational server.
 5        Q.   And it says, under the next thing,
 6    it says how batch matching works.  There is a
 7    reference about how you are aiming to reduce
 8    the average wait time for everyone.
 9             How does batch matching reduce the
10    wait time?
11        A.   That is the narrow benefit of the
12    first benefit of the batching is that you
13    remove those riders and drivers on the edges
14    that through dumb luck, were close to an
15    available driver, so everyone's ETAs come
16    down on average because we can better match
17    all the pairs together.
18        Q.   Then it says on the next page, page
19    3 of 4, the last sentence on the page says,
20    In fact, every day it saves 10 years of
21    people's time.
22             Can you explain that?
23        A.   In the opposite world where we
24    didn't have batch matching, the ETAs of so
25    many of these drivers to get to riders would
```



1             ███████ - Direct

2     bad overall experiences.

3             The last thing I will say is that

4     in this model, this model, I don't believe it

5     was pricing in these higher wait times, so

6     drivers were bearing the cost of having

7     riders select them from much further away.

8     They would set the base price for the time

9     and distance, but the driver would bear the

10    cost of the much higher wait times, even

11    though they were chosen from further away.

12    Which in our view is unfair to the drivers

13    and it's inefficient to have that many human

14    minutes spent driving around without getting

15    paid.  That's the reason why 10 years worth

16    of time are saved every day by Uber's batch

17    matching.

18        Q.   Just to finish up.  From your work

19    at Uber, what did you observe about what is

20    happening with local transportation since

21    Uber started and as its continued to grow?

22        A.   There has been an explosion, I

23    think is the right word, in demand and

24    service and an example of this is Los

25    Angeles, where we have the data in one of



Page 642

```
 1              ███████  - Redirect
 2   these slides you showed.  Before Uber
 3   arrived, there were roughly 9 million taxi
 4   trips in the city.  After Uber had launched
 5   and grown quite a bit, I think it was 2016,
 6   there were almost the same number of taxi
 7   trips, but there were additionally 90 million
 8   more Uber trips, so I think that examples
 9   like that, and we have many of them from
10   other cities, just demonstrate the hunger
11   that cities had for great transportation that
12   was not met by the solutions they had before
13   Uber and Uber can really take a lot of the
14   credit for breaking into those markets and
15   figuring out how to do it in a way that was
16   better than it had been done before.
17             MR. ISAACSON:  No more questions.
18             ARBITRATOR WEINSTEIN:  How much do
19        you have?
20             MR. FELDMAN:  Before 5:30.
21   REDIRECT EXAMINATION
22   BY MR. FELDMAN:
23        Q.   You talked about antigaming
24   measures at Uber?
25        A.   Yes.
```



Page 750

 1          C. O'Muircheartaigh - Direct
 2     whom she interviewed were such that we cannot
 3     rely on her report to represent correctly the
 4     views, even of those drivers.
 5          Q.   And how about drivers, more
 6     generally?
 7          A.   Given the absence of the other
 8     stages I described of creating a frame and
 9     selecting a scientific sample, even had they
10     been, if we were to continue on the data of
11     the drivers themselves, being of value, there
12     would have been no way to generalize from
13     these drivers to the broader, to any broader
14     population of drivers.
15               MS. DENNIS:  Thank you, Professor.
16          I have no further questions at this
17          time.
18               ARBITRATOR WEINSTEIN:  I am very
19          disappointed in one of your omissions.
20          My wife can attest to the fact that
21          any question put to me while I'm driving
22          in traffic bears no relationship to the
23          same question that I answer later.
24               THE WITNESS:  I fear that I might
25          be able to give a parallel example



Page 769

1            D. Carlton - Direct
2    product quality is wait time and dynamic
3    pricing or surge pricing is an important part
4    of their product.  Without surge pricing, you
5    would have a different -- a lower quality
6    product.
7         Q.   If we can turn to the next page,
8    page 6, why don't you summarize your second
9    opinion?
10         A.   Second opinion is I looked at the
11    empirical evidence and it's consistent with
12    what I just said.
13            If you look at what surge pricing
14    does, maybe it's obvious after listening to
15    the hearing, it's obvious that surge pricing
16    is designed to control wait times in high
17    demand periods, designed to prevent wait
18    times from going up and if you didn't have
19    surge pricing, you would get a lower quality
20    product.  Lower quality, by that I mean, you
21    would have to wait longer.
22            So it's clear what I just -- that
23    the empirical evidence supports the notion
24    that surge pricing is used for the quality of
25    the product.


MAGNA
LEGAL SERVICES

```
 1              D. Carlton - Direct
 2              And the second piece of empirical
 3   evidence I will be talking about is Uber
 4   spent hundreds of millions of dollars to try
 5   to mitigate the use of surge pricing.  They
 6   are trying to induce suppliers to come into
 7   the area, so they pay suppliers, even though
 8   the customer, the rider, me, is not paying a
 9   higher price.
10              The only way you can explain that
11   is they are trying to provide a desirable
12   product to consumers and that observation is
13   completely inconsistent with a claim that its
14   surge pricing is a price fixing conspiracy.
15   Surge pricing is a price fixing conspiracy
16   designed to raise the profits of the drivers
17   and everyone's profits.
18              Uber wouldn't be spending a lot of
19   money to mitigate its use, so that
20   observation completely undercuts the
21   claimant's theory.
22              ARBITRATOR WEINSTEIN:  I thought
23      you are not giving any legal opinions.
24              THE WITNESS:  From an economic
25      point of view, you can't say the price
```



Page 771

1                D. Carlton - Direct

2           fixing conspiracy, that surge pricing

3           raises your profits if you are paying

4           someone to mitigate the use of that, so

5           it's purely from an economic point of

6           view.

7           Q.   In the middle of your answer, you

8      said, I will be talking about how Uber spent

9      hundreds of millions of dollars to try to

10     mitigate the use of surge pricing, they are

11     trying to induce riders to come into the

12     area.

13                You meant to say drivers?

14          A.   Drivers, yes, to induce drivers,

15     they pay drivers to basically hang around.

16          Q.   Your third opinion?

17          A.   My third opinion, again, goes to

18     the business model of Uber that allows free

19     entry is, again, completely undercuts any

20     theory that there could be a successful

21     cartel to raise price.

22                A cartel, a surge pricing being

23     price fixing means price is high, so that the

24     drivers are earning lots of money.

25                Well, if anybody can become a



Page 772

                D. Carlton - Direct
 1
 2   driver, you would have a lot of entry of
 3   people to become drivers and that will drive
 4   down the earnings of drivers, so you can't
 5   have a price fixing conspiracy if there is
 6   free entry into the conspiracy really.
 7            By definition, you prevent drivers
 8   from earning a supracompetitive wage.
 9        Q.   Finally, why don't you summarize
10   your fourth opinion?
11        A.   The fourth opinion, as I understand
12   it, the claimants have not attacked the Uber
13   app.  They said, that's okay, it's surge
14   pricing, that's the problem, but from an
15   economic point of view, you know, if Dennis
16   orders a ride in a nonsurge period and uses
17   the Uber app, the price I pay is determined
18   by the Uber app.  If I am in a surge period,
19   same thing happens.  I can't figure any
20   principle economic basis to distinguish those
21   two things.
22        Q.   So turning to slide 7 before we go
23   through the details of those opinions, just
24   brief background on the point of view of
25   economics about how price fixing conspiracy



1            D. Carlton - Direct

2    work.

3            In general, what does the field of

4    economics teach us about how a price fixing

5    conspiracy works?

6        A.   In a price fixing conspiracy,

7    someone is setting the price that a bunch of

8    horizontal rivals are charging and the price

9    is elevated above the competitive level.

10   That allows the people in the conspiracy to

11   make more money and it harms consumers

12   because they buy less and have to pay a

13   higher price.  Quality of the product stays

14   the same and just a pure harm to society.

15       Q.   How would someone in your field try

16   to determine how or whether a price fixing

17   conspiracy was harming consumers?

18       A.   One thing you would look at is you

19   compare the price in the conspiracy period to

20   the price in a comparable period when there

21   is no conspiracy and is it higher and if it

22   was, you could and couldn't figure out any

23   other reason for why that would happen, you

24   can say that's evidence that the conspiracy

25   has had an effect and that's a standard way



Page 774

```
 1              D. Carlton - Direct
 2   of estimating harm in a price fixing
 3   conspiracy.
 4        Q.   Is that sometimes called a
 5   benchmark analysis for comparison?
 6        A.   Yes.  So when you look at the price
 7   in a conspiracy period and you compare it to
 8   what is sometimes called the but-for world or
 9   benchmark world, which is a comparable period
10   when you don't have the conspiracy.
11        Q.   If you observe a price increase,
12   does that mean that's evidence of a cartel
13   price?
14        A.   No.  So just take a simple example,
15   simple competitive model where supply equals
16   demand and all of a sudden, suppose the
17   demand increases, price will go up.  That's
18   what you teach in every basic economics
19   course.
20              So the fact that price is going up
21   is not proof that there is a cartel, by
22   assumption, I said it was a competitive
23   model.
24              In fact, if you didn't allow price
25   to go up, that would create an inefficiency
```



Page 775

```
 1              D. Carlton - Direct
 2   because you would see demand go up, but
 3   supply is not going up because the price is
 4   remaining at the same level, so you have to
 5   stop rationing customers because there is
 6   excess demand for the product.
 7       Q.    So there has been discussion in
 8   this case that surge pricing is higher than a
 9   base price.
10              Does that higher price for surge
11   pricing compare to a base price mean that
12   that's a cartel price or supracompetitive?
13       A.    It certainly does not indicate that
14   it's a cartel price for exactly the same
15   reason I described.  The price is going up in
16   surge pricing in response to an increase in
17   demand and why is that happening?  That's
18   happening, as I sort of alluded to earlier,
19   because Uber wants to control the quality of
20   its product.  If it didn't raise the price in
21   peak periods, waiting time would go up, so
22   the quality of the product would deteriorate,
23   so interfering with what happens to price
24   when demand goes up is an interference with
25   the process by which you allocate a goods to
```



Page 776

 1             D. Carlton - Direct

 2    consumers and you just can't say, because

 3    price goes up, it must be a cartel, that

 4    doesn't follow at all.

 5        Q.    So let's talk about the details of

 6    your opinions.

 7             On page 8, would you explain, here

 8    is one of the reasons why it's stated that

 9    price fixing is an improper label for Uber's

10    app and surge pricing.

11             Would you explain your opinion

12    there?

13        A.    Sure.  I view Uber as having

14    created a new innovative product.  Through

15    the Uber app, it matches riders to drivers in

16    a way that basically people hadn't done

17    before and as a result, they're able to

18    provide on demand transportation services,

19    reasonable prices and with reasonable quality

20    characteristics and the important quality

21    characteristic is wait time, low wait time

22    and the way they do that is sort of -- it's

23    on the next slide, Uber is in a vertical

24    relationship with riders and drivers and the

25    vertical relationship with drivers is



Page 785

 1            D. Carlton - Direct
 2    the airport, Uber is reliable enough that I
 3    can press a button and they are there within
 4    three to five minutes.  Initially, she says,
 5    what happens if it's a long wait time, then
 6    we will miss our plane.  My experience, I
 7    take it all the time, they are reliable
 8    enough that we can go to the airport that
 9    way.  If you didn't have that, then maybe
10    when I want to go to the airport, I will
11    press the button and it says, oops, it's
12    going to be a long wait and I will catch hell
13    from my wife.
14            ARBITRATOR WEINSTEIN:  You can tell
15        your wife now you can time order it for
16        a specific time?
17            THE WITNESS:  Yes, that she will
18        not agree to because she is not
19        convinced that I know how to use the app
20        correctly.  I assure you, I could do
21        that, but, anyway.
22            MR. LIPMAN:  We can find you a
23        tutor.
24        Q.  On this page, you use an
25    illustration of a price with different wait



Page 786

 1          D. Carlton - Direct

 2    times.

 3             Can you explain your thinking

 4    there?

 5        A.   This is just making the point that

 6    quality is an important characteristic and

 7    the important quality characteristic is wait

 8    time and if you pay a high price, a higher

 9    price, $15 for a low wait time service, four

10    minutes, so that it's $15 for four-minute

11    wait, $10 for an eight-minute wait, it would

12    be wrong to say that the person paying $15 is

13    overpaying, being price gouged.  That person

14    is getting a higher quality product.

15             If I want to go to the airport, I

16    want to get there, I don't want to wait.

17    It's not correct to say, oh, Dennis is paying

18    $15, he is being priced gouged.  I'm get a

19    higher quality product and I'm willing to pay

20    that higher price to get the higher quality

21    product.

22        Q.   So let's turn to page 12.  You said

23    there is empirical data that supports your

24    opinion.

25             Would you describe what that data



Page 867

1          D. Carlton - Cross

2     Q.    You've written that the per se

3  approach to price fixing is based on evidence

4  of conspiracy, rather than the economic

5  affects of the conspiracy.

6          Is that still your understanding?

7     A.    Let me see the context.  Let me

8  tell you my understanding.  I was at the

9  Justice Department where we were constantly

10  talking about per se verse rule of reason.

11          My understanding is that per se is

12  used for that category of violations that we

13  have, we, meaning, the courts, mainly judges,

14  have experience with and which -- and there

15  is no inquiry necessary in order to determine

16  whether the behavior is bad or not.  We want

17  to stop that behavior.  So we are all in the

18  same industry.

19          We get together in a room and we

20  say, let's fix the price.  My understanding

21  is that's a per se violation and, you know,

22  you can be prosecuted and go to jail.  That

23  is not true of many other types of collective

24  behavior in which it's more complicated and

25  that you could have efficiency justifications



Page 868

```
 1              D. Carlton - Cross
 2  and you would want to use a rule of reason to
 3  make a determination whether the
 4  procompetitive aspects of the behavior
 5  outweigh the anticompetitive affects of the
 6  behavior and that's what you weigh in a rule
 7  of reason.
 8              So, for example, I teach that a
 9  case like Ascap or BMI is not a per se case
10  precisely because they are creating a new
11  product.  That's not the behavior you want to
12  stop.  You want to stop the behavior in which
13  people get together in a room and jack up the
14  price for the express purpose and solely for
15  the purpose of raising the price, harms
16  consumers, they make money.
17              ARBITRATOR WEINSTEIN:  How about a
18       hub-and-spokes conspiracy?
19              THE WITNESS:  Absolutely.
20       Hub-and-spokes, you would be opposed to
21       because you have a ringleader who is
22       organizing the cartel and the sole
23       purpose of the cartel is to jack up the
24       price and to harm consumers and for the
25       cartel to make more money, it's not to
```



Page 872

```
 1            D. Carlton - Cross
 2     so he is influencing the quality of the
 3     product.
 4            What do I mean by quality of the
 5     product?  The sales effort that would
 6     accompany the sale of a product.
 7            So if I go into a camera store,
 8     there is a salesman who is knowledgeable
 9     to tell me what camera fits my needs.
10     That's different than having -- walking
11     into a store with no salesman who is
12     knowledgeable and I can buy a camera
13     real cheap.
14            ARBITRATOR WEINSTEIN:  I'm making
15     Mr. Lipman nervous.  Let's go back.
16            MR. LIPMAN:  I'm worried he will
17     take my job.
18            MS. MENDOLERA:  I just want to make
19     sure that I understand.
20            ARBITRATOR WEINSTEIN:  Even
21     arbitrators have to have fun, you know.
22            The nice thing about sitting where
23     I'm sitting is people laugh at your
24     jokes.
25            THE WITNESS:  They also laugh at
```



Page 910

1
2    allow Uber to set the fares, correct?
3         A.   Uber is setting the fares, drivers
4    allow Uber to do that.
5              MR. FELDMAN:  No further questions.
6              ARBITRATOR WEINSTEIN:  I'm sorry,
7         you will be leaving us.  You can have
8         the rest of the day off, as far as I'm
9         concerned.
10             (Witness excused.)
11             MR. ISAACSON:  During Dr. Carlton's
12        testimony, there were certain exhibits
13        of his, the charts, where the issue was
14        whether the data -- whether there was a
15        foundation for saying that the data was
16        Uber data that was in the ordinary
17        course data.
18             ARBITRATOR WEINSTEIN:  Yes.
19             MR. ISAACSON:  I think that
20        foundation has now been laid and the
21        whole dec has come in as reflecting his
22        testimony, but I believe that the charts
23        on pages 14 through 16, as well as 22
24        and 23 and 20 should come in as
25        appropriate summary exhibits of the



Page 958

```
 1
 2        case too in the 2nd Circuit and in the
 3        Southern District, right.  The
 4        contingency that the only condition on
 5        which a publisher would agree to the
 6        terms in Apple was if it could be sure
 7        it's competitors were doing the same
 8        thing.  That's the same with Toys R Us.
 9        That's the same here.  That's why Judge
10        Rakoff got it right.  You don't have to
11        follow him as a matter of preclusion.
12            ARBITRATOR WEINSTEIN:  I have great
13        admiration for Judge Rakoff.
14            I have a few questions for you.
15        Your client is not here now.  He said he
16        will no longer use Uber, right?
17            MR. FELDMAN:  I don't believe that
18        was his testimony.
19            ARBITRATOR WEINSTEIN:  He is now
20        using Lyft.
21            MR. FELDMAN:  He is not using Uber
22        currently, that's right.
23            ARBITRATOR WEINSTEIN:  Lyft is
24        doing the same thing.
25            MR. FELDMAN:  Without revealing
```


MAGNA
LEGAL SERVICES

Page 984

1

2          So let me go back to the what the

3     proof is showing.  On slide five, we

4     have shown evidence of increased supply,

5     there is an increased volume of rides

6     including with surge.

7          ████ ████ walked you through the

8     charts about what happened with surge

9     and how driver supply fell in the

10    absence of surge.  Lower prices, Uber is

11    a low price leader.  You asked the

12    question to Dr. Carlton, you can have a

13    low price conspiracy, they argue about

14    that but that's a predatory pricing

15    conspiracy and that's not a     consumer

16    theory.  That's not what is going on.

17         And they're doing this for all

18    procompetitive reasons, without bringing

19    in profits, in order to compete in the

20    marketplace.

21         You heard uncontested evidence of

22    increased quality, cleaner taxis, Uber,

23    Lyft, stimulating innovation, that this

24    is one of the most revolutionary

25    innovative industries that's ever



Page 985

1

2          happened.  This enormous complexity of

3          all these millions of riders and drivers

4          being matched at a price.  You heard all

5          of that evidence.  And it was

6          uncontested that this was promoting

7          interbrand competition.

8               Now, you heard about the evidence

9          that talks about the balancing of supply

10         and demand, this is a two-sided market

11         and the point is, well, our math isn't

12    perfect.  Exactly, that's the point of

13         competition.  Lyft gets to try with some

14         better math, somebody else gets to try

15         coming in without any math and compete.

16         They can come in, the absence of -- the

17         inability to perfectly match supply and

18         demand is not price fixing.  That's

19         competition.

20              ARBITRATOR WEINSTEIN:  You don't

21         need 50 crazy mathematician Ph.D.s...

22              MR. ISAACSON:  Slide 6, the

23         evidence we heard, I think it's conceded

24         this is a new product, consumer benefits

25         and more efficient market.  Dr. Carlton



Page 1001

```
 1
 2        three days you've spent with us, for the
 3        work you've done before that, the work
 4        we will be asking you to do from this
 5        point forward.  We asked you you for a
 6        reasoned award because we believe
 7        strongly that there should be a
 8        declaration that a company that does
 9        something like this is to lauded under
10        the antitrust laws and not condemned
11        because otherwise the antitrust laws are
12        taking a very dangerous turn and going
13        down a very dark alley.  All of us who
14        worked hard on this appreciate all the
15        hard work you are doing.
16             ARBITRATOR WEINSTEIN:  I want to
17        say on both sides, the writing has been
18        as good as I have seen, and I have seen
19        a lot of writing.  It's been excellent.
20        I want to say to you Mr. Meyer, not --
21        Mr. Feldman, not only do you have the
22        burden of proof, you have the burden of
23        persuasion.  If you think you can
24        distinguish Leegin and you want to brief
25        it, I haven't read Leegin recently but
```



Page 1002

1
2          if you want to brief it, I will give you
3          the opportunity but I think that's where
4          your case rests.  Distinguishing Leegin.
5              Most of the cases we talk about are
6          cases decided before the internet
7          existed, before this digital age was
8          upon us which has changed a lot of
9          stuff.
10             I must say I act out of fear.  My
11         fear is if I ruled Uber illegal, I would
12         need security.  I wouldn't be able to
13         walk the streets at night.  People would
14         be after me.
15             So I want to thank you for your
16         hospitality.
17             Do you want to brief it.
18             MR. FELDMAN:  Of course, yes.
19             ARBITRATOR WEINSTEIN:  How much
20         time do you want to brief it?
21             MR. FELDMAN:  I'm not sure.  I
22         would like to talk to Mr. Isaacson.
23             ARBITRATOR WEINSTEIN:  You can
24         brief whatever you want to brief but I
25         have a good handle on all the arguments



Page 1003

1
2          you made, you've all given me beautiful
3          brochures that are well done.  I know
4          exactly what everybody's position is but
5          I think your problem is Leegin, no pun
6          intended.
7              MR. ISAACSON:  Just some clean up,
8          we will send you electronically a binder
9          of the transcript -- give you manually a
10         binder of the transcripts.  We can send
11         that to your office or to your hotel
12         this week.
13             ARBITRATOR WEINSTEIN:  I'm leaving
14         the country.
15             MR. ISAACSON:  We will also work on
16         having a joint set of admitted exhibits
17         so we will coordinate on that and send
18         that to you.
19             ARBITRATOR WEINSTEIN:  The nicest
20         thing you can do for me is pile up all
21         this stuff that I have here that I leave
22         and send it to me.  And you have been
23         very good about that.  This is not going
24         to Bogota.
25             MR. FELDMAN:  Thank you for your



Page 1004

1

2          time.

3                  (Time noted:   6:00.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

